# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Lori Saroya, | Case No. 24-cv-110 (DWF/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| CAIR Foundation, Inc., | |
| Defendant. | |

The parties filed a stipulation, Dkt. No. 16, to give defendant an extension of time to Answer the Complaint. **IT IS HEREBY ORDERED:** Defendant shall Answer or otherwise respond to the Complaint on or before March 7, 2024.

Dated: February 2, 2024        s/David T. Schultz
                               DAVID T. SCHULTZ
                               U.S. Magistrate Judge