# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Lori Saroya,

    Plaintiff,

v.

CAIR Foundation, Inc. d/b/a Council on American-Islamic Relations & CAIR,

    Defendant.

Case No.: 24-cv-110 (DWF/DTS)

**PLAINTIFF LORI SAROYA'S MOTION TO COMPEL**

---

Plaintiff Lori Saroya ("Saroya"), by and through her undersigned counsel, and for the reasons stated in the supporting Memorandum filed herewith, respectfully moves the Court, pursuant to Rules 26, 33, 34 and 37 of the Federal rules of Civil Procedure, for an Order compelling Defendant CAIR Foundation, Inc. to produce documents responsive to Plaintiff's Document Request Nos. 1-4, 8, 10-16, 18-25 and 32-41, and to provide full responses to Plaintiff's Interrogatory Nos. 4 and 10-19.

This Motion is based on (i) the Notice of Hearing on Plaintiff Lori Saroya's Motion to Compel; (ii) Plaintiff Lori Saroya's Memorandum in Support of Motion to Compel; (iii) the Declaration of Steven C. Kerbaugh in Support of Plaintiff Lori Saroya's Motion to Compel; (iv) the Meet and Confer Statement of Steven C. Kerbaugh; (v) all the files and records herein; and (vi) such other evidence and argument as may be presented to the Court before or at the time of the hearing.

[*Signature Block on Following Page*]

-2-

Dated: July 26, 2024                    **SAUL EWING LLP**

                                                  By:     *s/ Steven C. Kerbaugh*
                                                            Steven C. Kerbaugh (MN #0390429)
                                                            33 S. 6th St., Suite 4750
                                                            Minneapolis, MN 55402
                                                            (612) 225-2946
                                                            steve.kerbaugh@saul.com

                                                            Jefferey S. Robbins
                                                            (admitted pro hac vice)
                                                            Joseph D. Lipchitz
                                                            (admitted pro hac vice)
                                                            Kelsey M. Westrich
                                                            (admitted pro hac vice)
                                                            131 Dartmouth Street, Suite 501
                                                            Boston, MA 02116

                                                           ***Attorneys for Plaintiff Lori Saroya***