IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Lori Saroya,<br><br>    Plaintiff,<br><br>v.<br><br>CAIR Foundation, Inc. d/b/a Council on American-Islamic Relations & CAIR,,<br><br>    Defendant. | Case No.: 24-cv-110 (DWF/DTS)<br><br>DECLARATION OF LENA F. MASRI, ESQ. IN SUPPORT OF CAIR'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL |

    I, Lena F. Masri, Esq. hereby declare as follows:

    I am the General Counsel for CAIR Foundation, Inc., d/b/a Council on American-Islamic Relations and CAIR ("CAIR"). I have served in this capacity since February 2017. I have personal knowledge regarding the matters addressed in this Declaration, all of which are true and correct to the best of my knowledge and belief. If called, I would testify to the same:

    1.    CAIR-Foundation, Inc. is a 501(c)(3) tax-exempt and a domestic nonprofit corporation incorporated under the laws of the District of Columbia.

    2.    CAIR's headquarters and principal place of business is located in Washington, D.C. This office is known as "CAIR-National" or "CAIR."

    3.    CAIR employs 40 individuals at its office Washington, D.C.

    4.    CAIR is affiliated with 20 independent regional chapters nationwide, known as

"chapters." Some of these chapters have multiple branch offices. These offices are named after the city or state they represent.

5. CAIR's relationship with the chapter organizations is governed by individual affiliation and license agreements that CAIR has executed with each of its chapters.

6. Although each affiliation and license agreement is unique, in general, the agreements operate as follows: in exchange for a fee, CAIR chapter organizations license CAIR's federally registered trademark and conduct chapter business under the auspice of CAIR's name and its central mission.

7. The chapters themselves are wholly separate legal entities.

8. Each chapter is required to maintain separate corporate status, status as a 501(c)(3) exempt non-profit organization, separate liability insurance, and separate professional liability insurance for all attorney employees.

9. Each chapter has its own governance structure, generally consisting of an Executive Director and its own Board of Directors.

10. A chapter's Executive Director and Board of Directors govern the chapter's day to day operations, and the chapter's Board of Directors is charged with legal governance and strategic planning.

11. CAIR does not employ any individuals at any chapter, and it does not have the power to hire, fire, or alter the employment status of an employee at the chapter level.

12. CAIR does not have authority to police, manage, or control any chapter employee, or otherwise control the day-to-day actions of any chapter employees.

13. Chapters lease and/or own their own properties and maintain their own payroll, bookkeeping, profit and loss statements, insurance policies, and operating expenses.

14. CAIR has no control over any chapter organizations' lease, bank accounts, payroll, bookkeeping, insurance policies, or operating expenses.

15. CAIR does provide certain services to the chapters.

16. CAIR does provide @cair.com email addresses to chapter employees and board members.

17. CAIR has access to these email communications; however, its permission to access these emails is restricted and can only be exercised based upon a reasonable suspicion of misuse or wrongdoing by a chapter employee and if certain stringent requirements are met.

18. In the absence of suspected email misuse or wrongdoing or the requisite approvals, CAIR does not have any contractual or other legal basis to access chapter employees email correspondence.

19. CAIR does not have access to any chapters' individual servers, or any documents owned by chapters and stored outside of the @cair.com email platform.

20. CAIR does not have any access to the business, proprietary and confidential information of any chapter.

21. CAIR does not have physical access to any chapter offices.

22. Likewise, CAIR has no independent right of access to documents stored at chapter locations.

23. CAIR Action Network, Inc. and Council on American-Islamic Relations, Inc. are no longer in existence.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: August 2, 2024                                  /s/ Lena F. Masri
                                                                          Lena F. Masri, Esq.
                                                                          General Counsel

Executed in Oakland County, Michigan