UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Lori Saroya,<br><br>   Plaintiff,<br><br>v.<br><br>CAIR Foundation, Inc. d/b/a<br>Council on American-Islamic Relations &<br>CAIR,<br><br>   Defendant. | Court File No. 24-CV-110 (DWF/DTS)<br><br>**DECLARATION OF ZACHARY ALTER IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL** |

I, Zachary Alter, declare pursuant to 28 U.S.C. § 1746 as follows:

1.     I am an attorney at Felhaber Larson. I am one of the attorneys representing CAIR Foundation, Inc. d/b/a Council on American-Islamic Relations & CAIR ("CAIR"). I make this declaration in support of CAIR's Memorandum in Opposition to Plaintiff's Motion to Compel.

2.     CAIR produced 55 pages of documents in this case in May 2024, and is in the process of reviewing and producing additional documents.

I declare under penalty of perjury that everything I have stated in this Declaration is true and correct.

Dated:  August 2, 2024            /s/ *Zachary A. Alter*
                                                      Zachary A. Alter

Executed in Hennepin County, Minnesota

4246717.v1