UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Lori Saroya, | Case No.: 24-cv-110 (DWF/DTS) |
|     Plaintiff, | |
| v. | |
| CAIR Foundation, Inc. d/b/a Council on American-Islamic Relations & CAIR, | **DECLARATION OF STEVEN C. KERBAUGH IN SUPPORT OF PLAINTIFF LORI SAROYA'S MOTION TO AMEND** |
|     Defendant. | |

---

I, Steven C. Kerbaugh, hereby state and declare as follows:

1.    I am an attorney with the law firm Saul Ewing LLP ("Saul Ewing"), counsel of record for Plaintiff Lori Saroya ("Saroya"). I make this declaration in support of Saroya's Motion to Amend. The following is true and correct to the best of my knowledge, information and belief.

2.    Attached hereto as **Exhibit A** is a true and correct copy of Defendant CAIR Foundation, Inc. d/b/a Council on American-Islamic Relations & CAIR's Answers to Lori Saroya's First Set of Interrogatories, dated June 6, 2024.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 12, 2024, in Minneapolis, Minnesota.

                                                               */s/ Steven C. Kerbaugh*_____
                                                               STEVEN C. KERBAUGH

1