**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Lori Saroya,                                           Court File No. 24-CV-110 (DWF/DTS)

      Plaintiff,

v.

                                                       **DECLARATION OF**
CAIR Foundation, Inc. d/b/a                            **ISMAIL ALLISON**
Council on American-Islamic Relations &
CAIR,

      Defendant.

---

Pursuant to 28 U.S.C. § 1746, Ismail Allison declares, as follows:

1.     My name is Ismail Allison. I have personal knowledge of the facts stated in this declaration.

2.     I am the Communications Manager of CAIR Foundation, Inc. ("CAIR").

3.     I am a lifelong resident of Virginia. I have never resided in Minnesota. I have never been to Minnesota.

4.     I do not own any property in Minnesota.

5.     In my role at CAIR, my work is not, and has never been, focused specifically on Minnesota.

6.     The entirety of my involvement with respect to CAIR's 2022 statement, which Plaintiff Lori Saroya has referred to as a "press release" and which is attached as Exhibit 4 to her proposed Amended Complaint (the "Community Update"), was in my professional role at CAIR.

7.      Specifically, to the extent I was involved in posting the Community Update on CAIR's website, I did so solely on behalf of CAIR. I did not do so on my own behalf and did not do so in my personal or individual capacity.

8.      I had no intent that the Community Update be shared with any person or entity in Minnesota. It was posted on CAIR's website, was generally available to people who chose to view CAIR's website, and was not specifically targeted to Minnesota or Minnesota residents.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 19, 2024        By: *Ismail S. Allison*

Executed in: Arlington County, VA