UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lori Saroya,                                                            Civil No. 24-110 (DWF/DTS)

    Plaintiff,

v.
                                                                                            **ORDER**
CAIR Foundation, Inc., *doing business as*
Council on American-Islamic Relations
and CAIR,

    Defendant.

This matter is before the Court on Defendant CAIR Foundation, Inc.'s ("CAIR") email to chambers regarding its failure to comply with Local Rule 72.2(c) when filing its objections (Doc. No. 47) to Magistrate Judge Schultz's order dated November 25, 2024 (Doc. No. 43). In its email, CAIR requests leave to file amended objections that comply with Local Rule 72.2(c). CAIR ensures the Court that it will only remove words and will not change or add any words. Relatedly, Plaintiff Lori Saroya asked the Court to strike CAIR's objections in her response to the objections because of CAIR's failure to comply with Local Rules. (Doc. No. 63.) Noting Saroya's objection, the Court grants CAIR's request for leave to file amended objections. The Court reserves the right to discuss any grounds it sees fit upon its review of the matter.

    **IT IS HEREBY ORDERED** that:

    1.    Defendant CAIR Foundation, Inc. may file amended objections to Magistrate Judge Schultz's order dated November 25, 2024.

2. The amended objections must comply with Local Rules and shall be filed no later than January 6, 2025.

Dated: December 23, 2024          s/Donovan W. Frank
                                  DONOVAN W. FRANK
                                  United States District Judge

2