# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Lori Saroya,

    Plaintiff,

v.

CAIR Foundation, Inc.,

    Defendant.

Case No. 24-cv-110 (DWF/DTS)

**ORDER**

Plaintiff Lori Saroya requests leave to file a reply to Defendant CAIR Foundation, Inc.'s opposition to her motion to amend the complaint. Dkt. No. 65. Plaintiff also seeks permission to file an affidavit, with attachments, in support of her reply. *Id.* Based on the file, records, and proceedings;

**IT IS HEREBY ORDERED:**

1. Plaintiff Lori Saroya's request to file a reply and supporting affidavit, Dkt. No. 65, is **GRANTED**.

2. Plaintiff shall file her reply and affidavit by January 3, 2025.

Dated: December 26, 2024

                            s/David T. Schultz
                            DAVID T. SCHULTZ
                            U.S. Magistrate Judge