# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Lori Saroya, | Case No.: 24-cv-110 (DWF/DTS) |
| Plaintiff, | |
| v. | |
| CAIR Foundation, Inc. d/b/a Council on American-Islamic Relations & CAIR, | **CERTIFICATE OF COMPLIANCE UNDER L.R. 72.2** |
| Defendant. | |

I, Steven C. Kerbaugh, certify that Plaintiff Lori Saroya's Reply Brief in Support of her Motion to Amend complies with Local Rule 72.2(c)(1) and 72.2(c)(2).

I further certify that, in preparation of the above-referenced document, we used Microsoft Office Word 365 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced document contains a total of 8455 words, exclusive of the table of content, table of authorities, caption and signature block.

Dated: January 3, 2025          */s/ Steven C. Kerbaugh*

**SAUL EWING LLP**
Steven C. Kerbaugh (MN #0390429)
33 S. 6th St., Suite 4750
Minneapolis, MN 55402
(612) 225-2946
steve.kerbaugh@saul.com

Jefferey S. Robbins
(admitted pro hac vice)
Joseph D. Lipchitz
(admitted pro hac vice)
Kelsey M. Westrich
(admitted pro hac vice)
131 Dartmouth Street, Suite 501
Boston, MA 02116

***Attorneys for Plaintiff Lori Saroya***