# **EXHIBIT B1**

| County | Certificate Number | Marriage Date | Applicant 1 | Applicant 2 |
|---|---|---|---|---|
| HENNEPIN | 09150702 | 05/19/1987 | HAMMAD, NEHAD AWWAD | SMITH, EMILY CLAIRE |

# **EXHIBIT B2**

# Variety



A new wine list/3E

My country, 'tis for sale/6E

She says it's not unpatriotic to criticize/7E

Ann, Abby/9E
TV, Radio/8E

Comics/6,7E
Crossword/9E

**Star Tribune**  THURSDAY/MARCH 2/1989

# TO MUSLIMS, 'VERSES' ARE SATANIC

## Local leaders say controversy over book further isolates them

By Peg Meier/Staff Writer

Discuss their faith, fine. Critique their religion and cultures on an intellectual level, fine. Even argue there is no God or that Muhammad was not a true prophet, that's fine too, if you would please allow them time for a rebuttal.

But to insult Islam, to degrade, to blaspheme, to write and publish and read and promote hate literature — that is not acceptable.

Five Muslim men from the Twin Cities who are active with the Islamic Center of Minnesota said this week that Salman Rushdie's novel, "The Satanic Verses," is incredibly vile so much so that it's primary purpose must have been to shock Muslims. Why else would the author refer to Muhammad as worse than a bastard from hell and call his wives whores? And that's softening Rushdie's language, they said.

The five men are Ezzed Dean Taha, architect; Amin Abdel-Kader, accounting teacher; Hesham Reda, comptroller of a family business; Matthew Ramadan, owner of a seafood business, and Nehad Awad, a student at the University of Minnesota. They haven't read the entire book, but they have passed around Xeroxes of the most disagreeable pages. They said the Rushdie book is so offensive that few Muslims could defend freedom of the press in the face of it.

Not that they want Rushdie shot, they believe Rushdie should apologize and be tried in an Islamic court. Not that they agree with Ayatollah Khomeini, who said all those involved in the publication and were aware of its content should die.

But these Twin Cities Muslims do agree that the controversy over the book will only serve to further alienate them in America. They said they already tend to be seen as bloody, antifemale, terrorist fanatics.

"I get hurt when I hear that," said Awad. "I don't see that in myself. And when people get to know one of us and like us, then they think we're the exception to what Muslims are like."

Abdel-Kader said the world is getting smaller but Americans are abysmally ignorant of other cultures. The number of Muslims in the United States is about 8 million, but so little is known here about the faith, Abdel-Kader said.

Some basics:

Islam is the religion, Muslims are the people. It is not correct to call them Mohammedans. Muslims believe in one God, named Allah. Islam is an Arabic word meaning submission and obedience, referring to acceptance of Allah's commands. A fifth of the world's population is Muslim; most are in the Middle East, the northern half of Africa and Indonesia. Muslims do not worship Mohammed, their prophet, but regard him as a man who was God's messenger. Jesus was sent by God to man, but he is regarded not as a son of God but a prophet. Ninety percent of the world's Muslims are of the Sunni sect. The Sunnites have no clergy and no hierarchy. Khomeini represents another sect, the Shiites.

Read almost any account of Islam and you will learn that it is more than a religion, it is a way of life. The way the local Muslim put it was, "Religion is all our life. Everything is our relation to God." It mandates how a Muslim conducts his or her politics, education, culture, economy and personal affairs. Details as small as how to wash before prayer are strictly determined.

That's part of the reason why more Muslims are vocal against Rushdie's book than Christians were against "The Last Temptation of Christ," according to the five men. To insult the Muslims' God is as personally offensive as if one's parents were ridiculed with terrible language, Ramadan said. He feels American society has become desensitized to God. And the good of the individual is more important to Westerners than the good of society, they said.

As for freedom of expression, the Muslim men said good taste is sometimes more vital than constitutional rights. They said Americans, too, sometimes see the need for restraint — for example, when some television station a few weeks ago refused to air a Morton Downey show they considered offensive. Racist material and anti-semitic literature are routinely shushed in the West, they said: It's not as if U.S. people believe that every inflammatory statement should be made public.

One positive aspect has come of the Rushdie controversy, the local Muslim men said. The media and some individuals are asking Muslims about their religion and their lives. The local Muslims have been interviewed on radio and television and their views printed in newspapers.

Yet, the fact that some men in Iran have called for the death of one man in England has pushed aside the likelihood that the West will learn about their religion, Reda said. Most Americans are asking, "Why are these Muslims picking on America?" and not wondering, "Why did the CIA put the Shah of Iran in place?"

Other Muslims from the Twin Cities and a University of Minnesota professor of Middle Eastern studies had these responses to the controversy:

■ Hassan Lemtouni, a University of Minnesota student in international

**MUSLIMS Continued on page 10E**

---

## Rushdie's wife sees her work caught in fire



By Caryn James/New York Times

After a bookstore in Washington sold out of Salman Rushdie's "Satanic Verses," Marianne Wiggins's new novel, "John Dollar," appeared in the window instead.

"If you can't read the husband's book," said a sign above the display, "read the wife's."

Under normal circumstances, such a condescending link between the brilliant, controversial husband and the second-best wife would be offensive, especially to a writer with Wiggins's feminist concerns.

But Wiggins was amused and cheered when she phoned from her hiding place last Friday and heard that story from Terry Karten, her editor at Harper & Row.

Her reaction seems a small symbol of how abnormal every event surrounding "The Satanic Verses" has become.

When Ayatollah Ruhollah Khomeini's death threat against Rushdie sent him and Wiggins into hiding two weeks ago, her identity

**WIGGINS Continued on page 10E**



Staff Photo/Rita Reed

In the prayer room at the Islamic Center of Minnesota were, from left: Amin Abdel-Kader, accounting teacher; university student Nehad Awad (standing); architect Ezzed Dean Taha; Hesham Reda and Matthew Ramadan, both businessmen.

# **EXHIBIT B3**

# Prayers offered for victims of quake

**By Jeff Wilson**
Staff Writer

Yadollah Hooshmand said he feels helpless about friends who may have been killed Thursday when an earthquake devastated a huge portion of northern Iran.

"There are still people under the clay," Hooshmand said. "I have seen bombardment in Iran. And people can be alive under those buildings for five or six days. I can imagine how many people are waiting in darkness, hoping for someone to help them."

He was among about 150 Moslems who gathered for special prayers Friday at Coffman Memorial Union at the University of Minnesota in Minneapolis, part of a weekly service for Moslems who live or work nearby.

"There are lots of areas in the mountains, and it's really hard to reach them," said Hooshmand, a student from Tehran. The city of Masoleh, for instance, is one that probably was destroyed because of the way the houses are built, he said.

"The back of the houses is mountain and rocks. The front of the houses is some clay, and above one house is another house. The top of each house is the sidewalk for the house above. Therefore I imagine those people (have been) killed."

The Moslem Student Association announced yesterday that it has set up a special account where relief donations can be made. Naed Awad, a relief committee member, said people have been urged to put aside their differences to help survivors.

"The United States people are not people who say, 'Oh no, we don't want to help those people. We don't have good relations with those people. We don't want to help,'" Hooshmand said. "They will respond with a humanitarian action."

The student association also has contacted the American Red Cross about donating blood for earthquake survivors, but officials of the Minneapolis chapter said financial contributions are needed now.

Pat Sampson, executive director of the Minneapolis chapter, said the American Red Cross already has sent $50,000 to Iran.

"They need money to buy tents, food acceptable for the Moslem culture, blankets, medicine, clothes and flashlights. They are not looking to send items. They need the money to purchase those items over there," she said.

In the Twin Cities area, contributions can be made to Iranian Earthquake Victims, Account Number 383 (Moslem Student Association), P.O. Box 409, Minneapolis, Minn. 55458, or to Iran Relief, Minneapolis Red Cross, 11 Dell Pl., Minneapolis, Minn. 55403.



Staff Photo by Stormi Greener

**Mirza Anwar Hossain was one of the Moslems at a prayer service Friday who grieved for the dead and injured in the Iranian earthquake.**

# **EXHIBIT B4**

# Muslims offer alternative to media 'cheerleaders'

Associated Press

Annoyed by Western reporting of the Persian Gulf War, Muslims in the Twin Cities have started an audiotape Islamic News Service based on reports from their brethren in the Middle East.

Islamic News Service volunteers gather eyewitness accounts from relatives and friends in Arab countries and receive fax copies of Jordanian and Egyptian newspapers. They also monitor Arabic conversations out of the Middle East on short-wave radio and glean reports from Baghdad and Jordanian radio.

The information is translated into a taped daily update and is available by telephone at no cost to local callers at 331-3611. The one- to three-minute reports are in English, but begin and end with Arabic-spoken Islamic sayings.

"We don't guarantee that all of our reports are true or accurate, but it's what people are believing and hearing in the Arab world," said Ibrahim abd al-Wahid, one of a dozen volunteers operating the service.

"Each side is trying to put the best face on the war that they possibly can," he said.

Abd al-Wahid, a former news producer at two Twin Cities television stations, said many U.S. media are "cheerleaders." Their reports are "nothing but rewrites of Pentagon briefings and glorification of high-tech weapons," he said.

"We feel that the American audiences are on one planet and the audience in the Arab world is on another planet in terms of information," said Niad Awad, 28, a Palestinian from Jordan who emigrated to the United States five years ago.

"Those who are in the Middle East are in the middle of it. Life here is not really disrupted. Everyone goes to work. They have a nice breakfast. They can flip the TV — watch the war or watch a baseball game. There, the people eat the news, they drink the news.

"I'm sure some of the stories (picked up by Islamic News Service) are exaggerated, but every smoke has some fire behind it," said Awad, an office worker at the University of Minnesota Hospital and Clinic.

The eight items in Saturday's recording included a report by Jordanian radio that coalition forces intent on the complete destruction of Iraq are trying to thwart plans for peace, a report that Iraqi military engineers have constructed a fake city near Baghdad to confuse coalition bombers, reports of a conflict between U.S. and Saudi Arabian officials over what to do with the bodies of allied troops, and allegations that Israeli commanders and pilots are taking a direct role in the bombings of Iraq.

Awad said the service's volunteers oppose the allied presence in the gulf. Saddam Hussein was wrong to invade Kuwait, but Arabs and Muslims should be left alone to solve the problem, he said.

According to the Islamic Council of Minnesota, about 15,000 Muslims live in Minnesota, most of them in the Twin Cities.

**Staff writer Jill Hodges contributed to this story.**

# **EXHIBIT B5**

# Muslims o...

By Wendy S. Tai
Staff Writer

Concerned by what they see as the evangelical slant of a refugee resettlement agency in Richfield, some Twin Cities Muslims want to sponsor any Muslims who come to Minnesota from Bosnia next year.

More than 100 Muslims have said they would host any of the 1,000 Bosnians the State Department is allowing to come to Minnesota, local organizers say. Two national groups also have pledged their support of any resettlement in the state.

Local refugee workers estimate that as many as 20 men, victims of civil war in the former Yugoslavia, could arrive here starting in March. It would be the first time in Minnesota that a large group of Muslims has stepped in to help resettle Muslim refugees.

"It's a moral obligation," said Nihad Awad of St. Paul, coordinator of the Bosnian Relief Committee. "It's our golden opportunity to express our full sympathy and support to these people."

# **EXHIBIT B6**

# Protesters condemn U.S. for striking Iraq

By Kevin Duchschere
Staff Writer

In a demonstration reminiscent of Persian Gulf War days, about 130 protesters gathered Monday afternoon at a wind-whipped street corner in downtown Minneapolis to demand that U.S. forces stop attacking Iraq.

The protest was in response to the firing of cruise missiles Sunday at what the United States said was a nuclear weapons facility near Baghdad, but which Iraqi officials described as a mold and die manufacturing plant.

As a shivering crowd listened near Peavey Plaza on Nicollet Mall, speakers criticized the media for not telling the truth about U.S. military actions in the Middle East and called on the government to reverse a policy they said was anti-Muslim and fed mainly by lust for oil.

They also said that the U.N. resolutions on Iraq and the no-fly zones were the corrupt creation of only a few "colonial powers" — the United States France, Germany and Britain.

Nihad Awad, 30, an American from Palestine who lives in Minneapolis, told the crowd: "Today is Martin Luther King's day. It's supposed to be a day of peace and tolerance. Unfortunately, it is the bloodiest day of the year so far."

In tone and manner, the protest was very much like those carried out in the Twin Cities two years ago. There was the constant thumping of a bass drum, the signs, the bullhorn and the chanting — "Stop the bombing, stop the war, U.S. out now!"

Hala Al-Sammarrai, 16, an Iraqi who lives in Minneapolis and has relatives in Baghdad, and Magda Saikali, 40, of Savage, who is from Egypt, directed their signs at motorists passing on 11th St.

"It looks like [the U.S.] objective is to get rid of the Muslims," Al-Sammarrai said. "They're killing the Iraqi people. They're not doing anything to the government."

Saikali described Bush's attitude as "just kill everyone before you leave [office]."

Bush was still the favorite villain yesterday, but some also expressed concern about President-elect Bill Clinton, who has pledged to continue to enforce the U.N. mandates.

"He pretty much indicated this morning that it's going to remain business as usual . . . but I'm hopeful. I'm not down on Clinton yet," said Navy veteran Daniel Johnson, 33, of Minneapolis.

After about 45 minutes, the group marched down Nicollet Mall to 4th St. and the Federal Building, where they listened to more speakers. The rally was sponsored by the Emergency Response Network, which includes several local activist organizations.

# **EXHIBIT B7**

# Ramadan begins with prayer for acceptance

CASE 0:24-cv-00110-BWF-DTS   Doc. 70-2   Filed 01/03/25   Page 14 of 14

By Martha Sawyer Allen
Staff Writer

When Dr. Essam Awad arrived in Minnesota more than 30 years ago, he knew of only one mosque in America — in Washington D.C.

Today there are five just in Minnesota, and almost 1,000 nationwide. "I'm always meeting new people who are Muslim," said Awad, who helped found the Islamic Council of Minnesota.

Muslims this week begin their monthlong observance of the holy season of Ramadan, which falls during the ninth month of the calendar of Islam. During the month they fast from sunrise to sunset each day and abstain from drink and sexual relations. Denying oneself these comforts is seen as a means of self-purification and as a way to gain a truer sympathy with people who go hungry.

As the holy season starts, American Muslims say they are ready to take their place alongside other influential religious groups in this country. Islam is one of the fastest growing religious groups in the United States, and by the turn of the century Muslims are predicted to outnumber Jews to become the nation's largest religious group after Christians.

However, they also are largely an immigrant group, divided among themselves and distrusted by many

Muslims continued on page 14A