# **<u>EXHIBIT C</u>**

# Commentary/Counterpoint

Star Tribune/Saturday/November 7/1992

# Bosnia: high hopes, empty shelves



Agence France-Presse
A Muslim woman on the front line near her village in Bosnia: The Serbs' "ethnic cleansing" should be called "religious cleansing."

After having seen for myself what is happening in Bosnia-Hercegovina, I now know that the Western media are telling only part of the story. Instead of a defeated, secular population, I found a people whose spirits and spirituality were intact and improving, even after enduring countless massacres, rapes, expulsions and other war crimes.

In the Western press we hear much of the Bosnian love of strong drink and weak religious practice. These myths were soon dispelled when I arrived in the war zone with food and medical supplies gathered in Minnesota.

I noticed the arm patches worn by some of the soldiers. They carried the Islamic declaration of faith: *There is no god but Allah, and Muhammad is the Messenger of Allah.*

The supplies I did bring were needed desperately. In the only working hospital in north central Bosnia I saw hundreds of injured people in the corridors and stairwells. Sometimes there was more than one person in each bed. While I visited Zanica, the town near this hospital, Serbian warplanes attacked, killing three people, wounding 17 and damaging the building in which I sought shelter. Many of the injured were children. I saw an operation performed without anesthesia on one 11-year-old victim.

The director of the hospital, Dr. Muhammed Vejzagic, said he had no more medicine or medical supplies. He handed me an eight-page list of critical supplies. "More than 70 delegations have visited this hospital since April," he said, "but no one has yet sent a single bandage."

Despite these hardships, the people of Bosnia remain confident. I talked to soldiers who stood up to the might of Serbian tanks and planes with just light weapons. They flash the victory sign as they march through the streets. One soldier, who did not have a gun, asked why the West sends "humanitarian" aid but prevents Bosnians from defending themselves. He said, "The world should not send just food to fatten us up for the slaughter. They should also send arms and then they will see how we fight like lions to defend our land."

The Bosnians view the U.N.-imposed arms embargo as greatly favoring the Serbian army, which has had the past 50 years to arm and train. The Bosnians had to create an army from scratch in the past few months.

As I drove through Bosnia-Hercegovina, the people were generous beyond their means. Many insisted on cooking traditional foods even though their family may then go without. At these meals the talk invariably turned to what the Serbs had been doing; Bosnians said that the so-called "ethnic cleansing" should instead be called "religious cleansing."

Since the Muslims and Croats are of the same ethnic stock as the Serbs, the only reason for Serbian use of rape, massacres and mass expulsions is a difference in religion. Refugees told me that the first things Serbs do when they take a village are to blow up its mosque and kill the town's Muslim leaders.

What the Serbs cannot accomplish with these atrocities may soon be finished by "General Winter." Relief agencies say that several hundred thousand Bosnian Muslims and Croats are in danger of starvation and death this winter. Those who still have homes are without heat and electricity. The up to 2 million people who have been forced from their homes need blankets, tents and food.

How long will the West see the suffering in Bosnia and remain indifferent? And what consequences will this indifference have on Muslim-Christian relations? Already, millions of Muslims around the world believe the West is condoning yet another "crusade" against Islam.

I will soon return to Bosnia to deliver another shipment of food, clothing and medical supplies donated by the people of Minnesota. The authorities in that country have provided a detailed list of urgently needed supplies. At the top of that list are winter clothing for children and blankets.

If you would like to help prevent a tragedy that could have worldwide impact, call the Bosnian Relief Committee at (612) 649-4992.
**Nihad Awad**, St. Paul. Minnesota coordinator, Bosnian Relief Committee.



# Old-fashion[ed]
# may be our [...]

"Ours is a generation that likes everything about sex except paying the piper... AIDS is not the only ominous sign of the times. A society that has turned its sexual aberrations into the most sought-after forms of recreation has finally succeeded in poisoning the well." So observes Fr. Robert Griffin, author and teacher at Notre Dame University, in the Oct. 25 issue of Our Sunday Visitor.

I read this after absorbing Julianne Corty's account of the diseased erotica in Madonna's latest vulgar offerings (Commentary, Oct. 21). Corty, a self-described former Madonna fan, wrings her hands a bit and sadly concludes that about all anyone can do to stanch the flow of filth with its resultant societal sickness is to "expect better... write letters and be informed and maybe sooner or later the message will get through. ..." How encouraging.

A few pages later in the Metro section, I note, "Judge strikes down limits on sex-oriented businesses" — a headline so commonplace in "liberated" America that it is more likely to elicit a ho-hum than a gasp of disbelief. (The vic-