# **EXHIBIT E**

Outlook

**Draft Agenda - Feedback Please - Will send final with attachments to morrow inshallah**

From  James Jones <jjones@cair.com>
Date  Tue 2/23/2016 11:10 AM
To    CAIRNationalBoard <CAIRNationalBoard@cair.com>

CAIR Foundation Board Face to Face Meeting - Saturday Feb 26 and Sunday Feb 27 2016

Embassy Suites Minneapolis MN Airport

Draft Agenda

1. Roll call/Quorum

2. Approval of minutes Jan 4, Feb 13

3. Committee and officer updates

Chair update - ED Evaluation /ED Compensation / strategic planning and succession planning / board role and self evaluation/ fundraising strategy

Vice - Chair update - UAE update, WTFI MOU

Treasurer Update

A. Lien debt reduction

B) Financial reports

C) Compensation Committee?

Secretary Update

A) File Retention

B) Board Calendar

C) Board Terms- National Council Election / board position(s) and officer elections
D) WTFI minutes and new WTFI board members

Executive Director Update

Staffing update - Chapter issues, focus areas for new chapter development director, Florida and Chicago, legal review of affiliation agreement legal department and corporate counsel

National Council Meeting

US Presidential Election Strategy regarding Islamophobia


Jimmy Jones
National Board Secretary
203-376-7189



---

**From:** Roula Allouch
**Sent:** Saturday, February 20, 2016 6:37 AM
**To:** James Jones
**Subject:** Agenda

Salam Br. Jimmy, I'll review my notes from recent meetings but the main agenda items I'd like us to discuss are:

- strategic planning and succession planning
- chapter issues, focus areas for new chapter development director, Florida and Chicago, legal review of affiliation agreement
- National Council meeting
- legal department and corporate counsel
- board role and self evaluation
- financial review, compensation committee, debt reduction and fundraising strategy
- board position(s) and officer elections
- WTFI

Thoughts? This already feels jam packed. Anything big I'm missing?

Roula Allouch
CAIR National Board Chair