# <u>EXHIBIT F1</u>

# Voter's guide/
# Minnesota general election

| Question/ | District 58 Minnesota Senate | | District 59 Minnesota Senate | | | |
|---|---|---|---|---|---|---|
| |  |  |  |  |  |  |
| | **Tom Long, IR** 34. Mental health counselor, Henn. Cty. Medical Center, vice chair., N.E. Planning Dist. Citizens Advisory Committee, 1982; Economic Development Taskforce of CLIC, 1979-80; Eastside Henn. Cty. Human Services Committee, 1982. Candidate for state representative, 1980. Endorsed by IR. | **Lawrence J. Pogemiller, DFL** 30. State representative since 1980. Systems analyst, N. W. National Bank. MPIRG, 1970-73; Mpls. Citywide Citizens Advisory Committee, 1975-82, chairman, Economic Development Comm. 1977. Endorsed by DFL, AFSCME, MFT, CLU, UAW, ADA, HennWPC, DFLFem, Teamsters, MEA, Nurses. | **Nancy Gimmestad, IR** 50. Administrative aide, Minneapolis City Council for four years. Assistant professor, University of Wisconsin, 1971-75; teacher, Edina High School, 1960-68; teacher, Glendora, California High School, 1958-60; Northfield High School, 1956-58; Pelican Rapids High School, 1954-56. Endorsed by IR. | **Robert Halfhill, Gay Survival** 42. Graduate student, U. of Minn. Gay Pride Committee, 1979-present; board, Target City Coalition, 1979-present. board, 1979-present; chair, Citizens for a Loring Park Community, 1982; delegate, Central Community Council, 1981-present; Steering Comm., Coalition for Affordable Housing, 1980-present. | **C.Douglas Hooper, Ind.** 26. Graduate student, U. of Minn. School of Journalism and Mass Communication. Office mgr., Minn. Council for Peace and Justice in the Middle East, 1982; Twin Cities Comm. for the Liberation of S. Africa, 1980; Lebanese Relief Comm., 1982. Endorsed by Minn. Driver and Traffic Safety Education Assoc. | **Allan Spear, DFL*** 45. State senator since 1973. Associate professor of history, University of Minnesota for 18 years. Candidate for state representative, 1968; Endorsed by DFL, Teamsters, AFSCME, MEA, MFT, CLU, UAW, ADA, HennWPC, DFLFem, Sierra, MRA, MplsPolice, MplsFire, EIPA,I-BEW, Nurses. |
| 1/ Temporary taxes 2/ 1983-85 taxing priorities 3/ 1983-85 spending priorities | Keep sales tax. Avoid business and property taxes. Development/tourism. | Keep sales tax. Avoid property and sales taxes. Aid to cities; mass transit; higher education. | Keep sales tax. Avoid income, property, and business taxes. Other. | Neither. Avoid sales and property taxes. AFDC/ GA; aid to cities; school aid. | Keep income tax. Avoid property and sales taxes. Aged, blind, disabled; school aid; mass transit. | Keep sales tax. Avoid property and sales taxes. School aid; higher education; development/tourism. |
| 4/ Hatch amendment 5/ ERA 6/ Workers' compensation. | For. For. Take-home base; no 10% lump; survivor ceiling; pain ceiling. | Against. For. State fund; cut stacking; AMA system; quicker claims.; other. | Against. For. Take-home base; cut stacking; no 10% lump; survivor ceiling; pain ceiling; AMA system. | Against. For. State fund; quicker claims; no change. | For. For. State fund; take-home base; cut stacking. | Against. For. State fund; cut stacking; quicker claims. |

# **<u>EXHIBIT F2</u>**



# C.Douglas Hooper, Ind.

26. Graduate student, U. of Minn. School of Journalism and Mass Communication. Office mgr., Minn. Council for Peace and Justice in the Middle East, 1982; Twin Cities Comm. for the Liberation of S. Africa, 1980; Lebanese Relief Comm., 1982. Endorsed by Minn. Driver and Traffic Safety Education Assoc.

# **<u>EXHIBIT F3</u>**

# Cary (C. Douglas) Hooper Candidate



Photo of Cary Hooper
Minneapolis Star and Tribune, October 29, 1982 (p. V10).

| | |
|---|---|
| **Born:** | January 4, 1956<br>Canada |
| **Resided:** | Minneapolis, Minnesota<br>Hennepin County |
| **Death:** | -- |
| **Gender:** | Man |
| **Occupation:** | Graduate student, University of Minnesota School of Journalism and Mass Communication |
| **Political Party:** | Independent |
| **Notes:** | Hooper later became the National Communications Director for the Council on American-Islamic Relations. |
| **Sources:** | U.S. Federal Naturalization Record (#10927845, April 8, 1981). Minneapolis Star and Tribune, October 29, 1982 (p. V10). Winona Daily News, October 26, 2006 (p. A10). |

## Election Details

| Number of state/federal offices sought | Number of campaigns | Number of winning campaigns |
|:---:|:---:|:---:|
| **1** | **1** | **0** |

| Date | Election | Stage | Party | Votes | Percent | Result |
|---|---|---|---|---|---|---|
| 11/02/1982 | State Senate, District 59 | General | Independent | 416 | 1.58% | Lost |

# **EXHIBIT F4**

# Sad lives of the Palestinians: little to gain from peace

By C. Douglas Hooper

Near the end of my stay two months ago in a Palestinian refugee camp in northern Lebanon, I entered the home of a family whose son had just died. In the half-light of the courtyard I found several women and two men. The men, whom I knew, had come to express condolences.

One was a marine for Fatah and the other a commando for the Democratic Front for the Liberation of Palestine. Both were sobbing. I sat in silence until the men stood to leave. Then I asked the men why they were crying. My friend said it was something the mother said: "If you look for happiness in any Palestinian house, you will not find it. It is our fate."

The woman was right. Every house in the camp has at least one wall decorated with photographs of relatives killed in the decades-long diaspora of the Palestinian people. Some fell defending their homes against Zionist colonizers. Many others suffered at the hands of their Arab "brothers," whether Syrian, Lebanese or Jordanian.

This woman's sense of fate and communal suffering has been with the people of Beddawi camp for 35 years. In 1948 they were driven from Palestine into southern Lebanon. In the early 1950s the Israelis pressured the Lebanese authorities to move the Palestinians away from the border.

Beddawi camp was established in 1951 near the northern port city of Tripoli. Under the Lebanese and their secret police, the "deuxieme bureau," the residents of the camp were constantly harassed. Arbitrary arrest, discrimination and daily humiliation were the norm.

One man who experienced this oppression, Abu Jihad, second in command of the Palestine Liberation Organization (PLO) and resident of Beddawi camp, told me he was arrested in 1959 for merely taking photographs of miserable living conditions in the now-infamous Shatila camp. He said, "All activities, whether social, economic or sport, were prevented. We tried to send our appeals to world opinion, but the Palestinian cause was smashed from the schedule of the U.N."

Abu Jihad (whose name means "father of struggle") was one of the founders of the Palestinian "revolution" in 1965. He said the revolution was born of the Palestinian need for self-defense and self-determination. By the 1970s the Palestinians had progressed from secret cells to openly carrying weapons within the camp. Since then the camp has been governed by a democratically elected committee.

Now, the camp is surrounded by the Syrian Army. The residents expect a repetition of the events of 1976, when the Syrians helped the Phalange and the Israelis to massacre the Palestinians in Tel az-Zaatar camp near Beirut.

I spoke to one man who lived through the siege of Tel az-Zaatar. Pushed from Palestine in 1948, his family fled to Tyre in southern Lebanon. In 1949 they moved again, this time to the area around Beirut, tragically, to Tel az-Zaatar. By the time the camp fell to the Phalangists, 14 members of his family had been killed.

During the Israeli invasion of Lebanon, the remnants of his family were again driven from their homes to the Bekaa Valley and finally to Beddawi camp. He and his family now live in a cement-block and canvas house provided by the PLO. There is no place left to go. This man will return to Palestine or die in Beddawi camp.

Over cups of bitter Arab coffee we spoke of the past and his hopes for the future. I asked him if he thought his son would ever see Palestine. He told me, "It does not matter, because his son will. We are not going to stop fighting."

Asked if this were realistic given Israel's overwhelming military strength, he said, "Every tree grows high, but eventually it falls down."

During my stay in Beddawi camp I witnessed many things that challenged preconceived views of the Palestinian people, from the Jewish-Palestinian camp guard to the Palestinian distaste for Marxist ideology. I saw that history has created a people with nothing left to lose, and therefore little to gain from peace.

As I packed to leave the camp, I voiced concern for the safety of the residents. Heavy fighting had just broken out in nearby Tripoli. My friend said, "Any war is good for us, because after the war will come change. Even change for the worse is better than living like this forever."

*C. Douglas Hooper, a graduate student in journalism at the University of Minnesota, was in Lebanon to complete his master's project in photojournalism.*



Photo by C. Douglas Hooper

**A Palestinian boy held an AK47 at a training camp.**

# EXHIBIT F5

Elaine Benthack, Barbara Lee, Jeffrey Monroe, Mabel Powers. Ex Officio: Marion Freeman, Paul Rupprecht. Civil Service: Carol Ostrow. Students: Ross Bram, John Cumming, C. Douglas Hooper, Jessica Nelson, Susan Reiersgord, Bonnie Warhol (co-chair), Rondi Watson (co-chair), 3 to be named.

# EXHIBIT F6

# Why Muslims must object to Rushdie's book

By Ibrahim abd al-Wahid

Consider this scenario: A major American publisher decides to print and distribute an updated version of "The Protocols of the Elders of Zion," that loathsome bit of anti-Semitic propaganda.

When the Jewish communities in this country and around the world protest, the anger is labeled "barbaric" and "antidemocratic." Well-known writers come to the defense of the publisher, asking "If the 'Protocols' can be banned, what next?"

"Experts" on Judaism are interviewed on the nightly news. They say the need to establish rigid orthodoxy has always been part of Jewish culture. Editorials in newspapers around the country decry this attempt to stifle free speech. Western ambassadors are recalled from Israel to show that the "civilized" world will not be pushed around by medievally minded bullies.

Does this scenario sound far-fetched? It is. No reputable publishing company would ever print a book that so obviously promotes hatred and bigotry.

Or would it?

Muslims around the world see the publication of Salman Rushdie's work, "The Satanic Verses," to be every bit as offensive as the "Protocols of the Elders of Zion." Yet when they express their anger, it is termed "barbaric" and "antidemocratic." "Experts" on Islam do arrogantly describe the "Islamic mentality" to millions of television viewers. And editorialists, most of whom know nothing of Islamic beliefs or sensitivities, write scathing articles against "Islamic fanaticism."

Americans live in a society that consciously tries to remove any trace of spirituality from social discourse. They find it difficult to grasp the outrage felt by the one-fifth of the world's population that still views God, not economics, as the ultimate arbiter.

The debate over publication of "The Satanic Verses" is not one of free speech vs. unquestioning dogmatism. It is merely an attempt to prohibit a shout of "fire" in a crowded theater.

Muslims invite healthy debate and scepticism. Almost weekly, we have long discussions with people of other faiths, many of whom view Islam as inspired by the devil. This does not disturb a Muslim well-grounded in his or her beliefs. We enjoy a good theological debate.

What we do object to, however, is a vicious attack on those we hold dear, the Prophet Muhammad and his wives. The prophet has always been regarded as the prototype of a good Muslim. No Muslim mentions the name of the Prophet Muhammad, or any other prophet of God such as Jesus or Moses, without saying, "peace be upon him." The prophet's wives are called "the mothers of the faithful."

If Rushdie had written a critique of the prophet, no one would bat an eye. There are hundreds of books critical of Islam and Muslims. Instead, Rushdie used fiction as a cover for his attack. He just changed the real names and circumstances slightly, so that a non-Muslim reader may not even understand what he is trying to do.

In Western society, absolute individual freedom is the ideal. In Islamic society, the individual's rights are balanced with those of others in the community. A Muslim is prohibited from such things as drinking, adultery and, yes, blasphemy not just because they are individual sins. These acts are also seen as corrosive to the society at large.

Rushdie's work can do nothing but promote hatred and misunderstanding. The book should not be banned. It should never have been published in the first place.

*Ibrahim abd al-Wahid is the public-relations director for the Islamic Center of Minnesota.*

# **<u>EXHIBIT F7</u>**

# Moslems have a right to push for self-determination

Apparently Washington Post columnist Charles Krauthammer feels a little lost now that the Marxist bogeyman is on its deathbed. Why else would he stitch together a series of random facts and vague impressions to invent a new "arc of crisis" in the Moslem world ("As Moslems surge to power," Feb. 24)?

According to Krauthammer, there are dangerous things afoot in the Islamic world. From Kashmir to Kosovo, he sees a Moslem population demanding, of all things, "sovereign control over a piece of territory in which it constitutes a local majority." Boy, how radical can you get? They actually want to determine their own affairs where they constitute the majority population. Let me see, there's another word for that . . . oh yes, "democracy."

Krauthammer builds his arc of crisis theory using an analysis of recent events in Moslem areas. He tells of Moslems in Kashmir in rebellion, demanding independence, and speaks almost approvingly of the Indian armed forces sent to "restore order." Did he speak as strongly in favor of law and order when the Securitate opened fire on unarmed civilians protesting for freedom in Romania?

Kosovo province in Yugoslavia and the Azerbaijani Republic in the Soviet Union are also portrayed as hotbeds of Islamic revolution. However, the oppression of Moslem minorities in Communist countries is conveniently overlooked. Ask a Bulgarian Moslem what it feels like to be ordered to adopt a Slavic name in place of the Islamic one given to him by his parents. Or ask Azeris, Tajiks and Uzbekis what happened to the 25,000 mosques that once served a thriving religious community in Soviet Central Asia.

Krauthammer sees the Islamic genie of self-determination popping out of its bottle all over the world. He leaves little doubt that, if he could, he would put a cork in that bottle.

Part of Krauthammer's justification for denying self-determination to Moslems is based on the supposed fact that "in the Islamic world, self-determination is permitted only to Moslems." That view would come as a shock to the millions of Christians and Jews who lived with Moslems throughout history. According to Islamic law, Christians and Jews living in Moslem areas are entitled to follow their own beliefs. That freedom included having their own court system and being free from the duty to serve in the army.

There is indeed a reawakening in the Islamic world. But this reawakening is not being manifested in a call to

Of course, that freedom did not include geographical separation. The concept of nation-states and nationalism is a creation of Western capitalism and not part of Islamic, or for that matter Christian, theology. Many of the current problems in the world began when politicians in London, Paris and Moscow drew arbitrary lines on a map in order to carve up the global economic pie.

Krauthammer also mentions the treatment of the Kurds, Armenians and the non-Moslem population of southern Sudan as examples of Islamic intolerance. If he looked closely at the history of each of these regions, he would note that Moslems had little to say in the process of self-determination.

jihad against the Christian West. Instead, the Islamic movement can be seen in the clean and efficient Islamic hospitals of Egypt, the interest-free banks springing up all over the world and in schoolrooms made illegal by Israeli occupiers in Palestine.

And lest you think Islamic renewal is a far-distant phenomenon, consider the thousands of Americans who each year choose to adopt the drug-free, morally upright and family-oriented Islamic lifestyle. Islam is already the fastest growing religion in America and around the world. Soon, one out of every four people on Earth will be a Moslem. Isn't it time western intellectuals dropped the medieval stereotypes and showed some true understanding of the Islamic faith?

**Ibrahim abd al-Wahid, Minneapolis. Public relations director for the Islamic Center of Minnesota.**

# EXHIBIT F8

# Hateful phone calls prompt rise in trace requests

By Mark Brunswick
Staff Writer

The telephone company's ability to trace harassing phone calls is being strained by a significant increase in traces requested by Arab-Americans who have received threatening calls.

"Anybody who is quoted in the news is going to get a call," said Ibrahim abd al-Wahid, an administrator for the Islamic Council of Minnesota. "They're going to say something obscene or that there is a bomb planted. It's a xenophobic response, that anything foreign is the enemy."

Bennie Cohen, a U S West Communications spokesman, said no figures were available on the number of traces in place, but he acknowledged that requests for traces have increased since the Persian Gulf War began. Cohen said that no one is being denied a trace but that police and telephone company officials are encouraging people with problem calls to pursue other solutions first.

"If someone really needs (a trace), they are going to get one," Cohen said. "If it's a life-or-death thing, it's going to be dealt with."

U S West owns telephone facilities in 14 states and usually deals with about 89,000 complaints of harassing or obscene calls a year.

It first advises customers receiving problem calls to log the time of the calls and to tell relatives and friends that their calls are being traced, though tracers may not be in place. Most problems are caused by people the customer knows, Cohen said.

About 40 percent of those with problem calls need additional help from the telephone company, half through consultations with the complaining party and the other half through tracing, Cohen said.

The tracing is accomplished by placing a mechanical device on the customer's line at a switching station

they have obtained traces for their telephones after harassing calls. No arrests have been made. Several others have changed their numbers, according to Hesham Reda, communications director of the Islamic Center of Minnesota.

Local FBI spokesman Byron Gigler said the FBI is investigating only one alleged civil rights violation related to hostilities against Arab-Americans, a bomb threat against a northeast Minneapolis businessman.

The situation is the same nationally, according to Scott Easton, director of media and press relations for the American-Arab Anti-Discrimination Committee. He said that 48 hate

# EXHIBIT F9

DWF-DTS     Doc. 70-6     Filed 01/

By what logic does the Star Tribune call for repeal of the United Nations resolution equating Zionism with racism? Nowhere in the editorial did the writer state why an ideology based on racial and religious exclusivity should not be labeled as racist.

For decades, the same editorial writers who have been quick to denounce racism in South Africa have turned a blind eye to the realities of Zionism. As someone who has experienced Zionist racism firsthand, I see no difference between the "Jewish" state of Israel and the "white" homeland envisioned by the founders of apartheid. Both ideas depend on the perpetual subjugation of those who are "nons," whether "non-Jewish" or "nonwhite." — **Ibrahim abd al-Wahid, coordinator, the Islamic Information Service, Minneapolis.**

# **EXHIBIT F10**

# An effort to forget that Malcolm X was a Muslim

**By Ibrahim Hooper**



Malcolm X spoke to a crowd in Harlem in 1963.

As the release date for Spike Lee's new movie "Malcolm X" approaches, we are witnessing a renewed effort to deny the Islamic nature of El-Hajj Malik Shabazz (Malcolm X). Even those who praise his legacy see him as a "Black Nationalist," a humanist, an anti-imperialist firebrand or even a Marxist; anything but what he was at the end of his life: a Muslim.

The current media term used when referring to Malcolm X is "slain black leader." This term does not take into account the transformation Malcolm X underwent when he came in contact with true Islam, not just the pseudo-Islamic teachings of the late Nation of Islam leader Elijah Muhammad. It was in the city of Mecca that this transformation took place.

"At Makkah I saw the spirit of unity and true brotherhood displayed by tens of thousands of people from all over the world, from blue-eyed blonds to black-skinned Africans. My religious pilgrimage (Hajj) to Makkah has given me a new insight into the true brotherhood of Islam, which encompasses all the races of

mankind" (article written for an Egyptian newspaper, August 1964).

The Muslim community in America, numbering some 6 to 8 million people of all races and backgrounds, is concerned that the legacy of our slain brother has become just another commodity to be sold at a profit. Millions of "X" hats, shirts and buttons are now worn by those who have little or no understanding of El-Hajj Malik Shabazz's deep commitment to Islam and racial justice. We are also concerned that the movie "Malcolm X" will not increase the public's knowledge of this commitment.

To paraphrase Elijah Muhammad, "'X' marks the spot where treasure is buried." It is our hope that moviegoers do not just take away the "X" and leave behind the treasure of Islam. In that treasure is a cure for the racism that afflicts this society. As EL-Hajj Malik Shabazz himself said:

"America needs to understand Islam, because it is a religion that erases the race problem from its society. Throughout my travels in the Muslim world, I have met, talked to, and eaten with people who would have been considered

"white" in America, but the religion of Islam in their hearts has removed the "white" from their minds. Before America allows herself to be destroyed by the 'cancer of racism' she should become better acquainted with the religious philosophy of Islam . . ." (letter from Saudi Arabia, 1964).

Representatives of the Islamic community in America have requested a screening of Spike Lee's movie. To date there has been no response to

that request. We sincerely hope the movie will portray our brother's true Islamic character. To make sure moviegoers have access to accurate information, those who go to see the movie on its release date will be offered Islamic materials as they enter theaters in Minneapolis and other cities around the country.

If moviegoers ignore this information and remain passive in the face of race-based ideologies used by people of all shades, they should not

complain when confronted with the natural consequences of those ideologies.

As it says in the Koran, "God will not change the condition of a people until they change that which is within themselves."

*Ibrahim Hooper is coordinator of the Islamic Information Service in Minnesota.*

# **EXHIBIT F11**

**Ibrahim abd al-Wahid,** administrator of the Islamic Council of Minnesota challenged the use of "Underground" to describe Israeli radicals freed from prison in an Associated Press (AP) picture caption and article Dec. 27.

The article reported that "three Jewish radicals" were freed after serving less than seven years for killing three Arabs and maiming two Palestinian mayors. They were described as "members of the Jewish Underground." The photo caption also referred to "underground" without capitalizing it. Abd al-Wahid said, "The word 'underground' is an inference that what they did is righteous. If you had called them 'terrorists' it would have taken away their legitimacy. Either use 'underground' (for all groups) or not at all."

Frank Crepeau, assistant AP foreign editor, said "Underground" was used to indicate the name the terrorists used to describe their organization. "I wish the word 'terrorist' could have gotten into the story.'" It was unfortunate that the AP did not capitalize "underground" in the picture caption to further signify that it was a proper noun, not a label chosen by AP writers.

# **<u>EXHIBIT F12</u>**

# Islam speakers available

Speakers about Islam and related subjects now are available through the Islamic Council of Minnesota.

"Particularly now, because of the impending crisis in the Persian Gulf, misunderstanding of Arabs and Muslims is heightened," said Ibrahim abd al-Wahid, council administrator. "So it's more important than ever to educate the American public."

The newly formed umbrella group for Muslim groups in the state can supply speakers at no cost on subjects including Islamic culture, Islam in America, women in Islam, Middle East politics and the gulf crisis. Organizations that want speakers may call the council at 378-3086.

# EXHIBIT F13

# Lawyers checking legality of Pan Am's refusal to carry Iraqis

**By Donna Halvorsen**
Staff Writer

Lawyers for the U.S. Department of Transportation are investigating whether an apparent policy by Pan American World Airlines banning Iraqis from flying on the airline is discriminatory, a department spokesman said Wednesday.

"We have antidiscrimination laws on the one hand and we have airline security laws on the other hand, both of which require certain things and prohibit certain things," said spokesman Ed O'Hare.

The New York Times reported Saturday that the airline had been refusing to carry Iraqi passengers since the Persian Gulf war broke out. Employees were issued a directive to refuse Iraqi nationals on all flights, both domestic and international, regardless of whether they posed a threat, the newspaper reported.

Jeffrey Kriendler, a Pan Am spokesman in New York, declined to comment on the airline's policy or on the case of a Minneapolis businessman who said his return ticket from South America was not honored Sunday because he is an Iraqi citizen.

The man — who identified himself only by his first name, Wahab, in order to avoid retaliation — held a news conference Tuesday at Minneapolis-St. Paul International Airport with members of the Islamic Council of Minnesota to publicize the incident.

Wahab, research director for an Eden Prairie company, said he was trying to return home from a three-week business trip to Uruguay on Sunday when he was told that the airline was not accepting passengers with Iraqi, Lebanese or Iranian passports. He flew to New York on a Brazilian airline Monday and to Minneapolis via Northwest on Tuesday.

Although he is an Iraqi citizen, Wahab has a "green card" identifying him as a permanent U.S. resident, and two of his children were born here. He is also a veterinarian, and has a doctorate in food science from Michigan State University.

Wahab said yesterday that he intends to consult with an attorney to see if his civil rights have been violated. He said it is "highly possible" that he will sue the airline.

Ibrahim abd al-Wahid, administrator of the Islamic Council of Minnesota, said he believes that whether or not the airline's action was "strictly legal, it smacks of racism and it is certainly discrimination."

He said security risks should be ferreted out by security procedures, not by blanket rejections of national groups. "Check them out all you want, but once that's done, treat them equally," he said.

One Minneapolis attorney, Marshall Tanick, said he believed Wahab could have a valid claim against the airline for discrimination based on national origin.

Tanick said there is some dispute over whether U.S. civil rights laws apply outside the country. But because the man's wife and four children are here, he could claim that the airline's action had significant impact on him in this country, he said.

The Islamic Council was urging its members to call the airline to protest its action, and to boycott the airline both now and after the war is over. The council, formed last year, is an umbrella organization for half a dozen Muslim groups in the Twin Cities. Al-Wahid said about 15,000 Muslims live in the metro area.

Emily Smith, representative to the council from Muslim Women of Minnesota, said she made her protest call yesterday. "The Pan Am person I talked to made it clear that this was a policy that was being widely applied and he wasn't apologetic about it at all," she said.

# EXHIBIT F14

# Gulf War magnifies West's double standards for Arabs

**By Ibrahim abd al-Wahid**

*Munafiqeen* is a term often used by Muslims. It originally meant someone who professed faith but remained attached to the ignorance of the pre-Islamic past. Today, the term refers to hypocrites, those who say they believe one thing but whose actions betray their desires.

For Muslims, the Gulf War provides many examples of such hypocrisy.

Take for example the issue of "linkage." Bush administration officials rightly claim Saddam Hussein did not invade Kuwait in order to liberate Palestine. But they fail to mention the fact that the United States is quite selective in its opposition to "occupation."

For more than 40 years, American tax dollars have been a pillar of support for the occupation of Palestinian land. This fact is not just an embarrassing historical tidbit. It is a continuing process of oppression. Each day, another Jewish immigrant takes another piece of land from a Christian or Muslim Palestinian whose roots in the area date back thousands of years.

This hypocrisy extends to support for Israel as the "only democracy in the Middle East." Israel is a democracy in the same sense that South Africa is a democracy. A portion of the population, defined by racial and ethnic characteristics, claims all the political power and natural resources. The rest of the population has to make do with the political and social leftovers.

We also hear much talk of the Geneva Conventions. Americans like to refer to them when expressing outrage at mistreatment of prisoners of war. But for Palestinians who have been citing these same conventions for 43 years, the protestations ring hollow.

If President Bush bothered to read Articles 49, 50 and 55 of the Fourth Geneva Convention he would note they forbid deportations, school closures and deprivation of food and medical supplies in occupied territories. The first two violations are common Israeli practices and the third began when round-the-clock curfews kept the entire population of the West Bank and Gaza under house arrest.

Hypocrisy also extends to the relative worth of human beings. When several poorly armed and aimed missiles fell in and around Tel Aviv, the Western world showed a level of concern not seen since two wayward whales blundered into the Alaskan ice pack. Local reporters were hurriedly dispatched to gather sound bites from distraught Israel schoolchildren and billions of dollars in political bribes were offered to prevent Israeli "retaliation."

Few in the West seem troubled by the fact that each day the war continues, tons of high explosives fall on and near civilian areas in Iraq. American television audiences are apparently content to watch the Iraqi ducks fall over in this high-tech shooting gallery. One almost feels rude to remind the American public of Iraqi women, children and old people who are being blown to bits in their own homes.

As Muslims, we are against what Saddam Hussein has done to the people of that region. But his acts of aggression do not make us blind to other injustices. A Muslim friend recently told me, "We know Saddam is a dictator, but what choice do they (the West) give us but to support him."

Only when the Western nations start looking at the Middle East through the small end of the political telescope will they understand why a despot like Saddam Hussein can claim the support of millions in the Arab and Muslim world.

We don't love Saddam Hussein or his methods. But he does tap into a legacy of bitterness and humiliation that seems destined to live on long after he leaves the scene.

*Ibrahim abd al-Wahid, of Minneapolis, is the administrator of the Islamic Council of Minnesota.*

# **EXHIBIT F15**

Star Tribune/Sunday/February 24/1991

**WAR IN THE GULF** ● **THE BATTLE FRONT**

# Troops' families face mixture of fear, relief

**Associated Press**

Word of a massive U.S.-led ground offensive in the Persian Gulf on Saturday stirred fear and relief in relatives of troops and brought warnings of heavy casualties from war opponents.

"I'm worried, but I'm happy. We have this feeling it won't be long before our husbands come home now," said Cecilia Mauga, who leads a support group for military families at Fort Sill in Oklahoma.

"It's kind of a two-point feeling," she said. "There's a danger there. But it's a good feeling to know it won't be very long before they can come home."

Allied forces began the ground war against Iraqi troops in Kuwait after Saddam Hussein ignored a White House ultimatum to pull his forces out of the occupied emirate. Marine bombers stepped up missions against targets on Kuwaiti islands to support charging ground troops.

## 'It won't be long until they can come home'

"It appears that we are going to get what the president wanted, which is a lot of dead people," said a war opponent, Bruce Gagnon, who is coordinator of the Florida Coalition for Peace and Justice, based in Orlando, Fla.

Jim Davis, a 23-year Army veteran who gathered with fellow veterans at a VFW post in Columbus, Ohio, said the ground war was bound to happen.

"It was inevitable. I think it was the right thing to do," said Davis, who served in the Korean War. "I know that some lives may be lost, but that's war. That's the nature of the business."

Phones were ringing nonstop last night at the Savage home of Yvonne Minor, cofounder of Support Our Country's Military (SOCM).

Islamic Council of Minnesota admin-

"There are a lot of Minnesotans not only on the front line but also 10, 15, 20 miles behind; that's what makes it tough," she said.

In recent days, SOCM members have been trying to prepare one another for the possibility of a ground war, Minor said. "We've been trying to get everyone to talk openly about ground war death, body bags — the things we'll be hearing on television."

Nonetheless, Minor said many of those she spoke to last night appeared numbed by the news. "They still don't want to believe this is really happening," she said.

". . .It's like when you're told a family member has a month to live. You're prepared, and you know . . . but then when it happens, you're still in shock."

istrator Ibrahim abd al-Wahid said last night that the U.S. administration clearly had been planning for the ground war all along.

"They had the opportunity of an unconditional withdrawal from Kuwait with the Soviet peace plan and they chose not to accept it," he said. "It's clear that the ultimate goal is the destruction of Iraq and not the liberation of Kuwait.

"This is something that should have been settled by Arabs and Muslims and not by the whims of an American president," abd al-Wahid said.

News of the heavy ground fighting broke up a demonstration in support of U.S. involvement held by about 100 veterans on horseback near a Miami Beach nightclub.

"Everybody over here started crying," said Maureen Soto, president of

Operation Homefront's Miami chapter. "I'm trying to get their thoughts back together and tell them it doesn't do any good to cry. We just have to listen to the news and stick tight."

Kerri Worthy's husband, Scott, is in the Army's 101st Airborne from Fort Campbell, Ky.

"He's in the 101st, so he's on the front," she said. "I'm scared to death for him. I know he's petrified. But on the other hand I'm glad it's started. It means he'll come home sooner. Hopefully."

Juliet Twomey, a spokeswoman for Interfaith Witness for Peace in the Middle East, a San Francisco Bay Area peace group, said the ground attack would swing public opinion against the war.

# **EXHIBIT F16**

# Star Tribune apologizes for anti-Arab, Muslim ad

By Peter Leyden
Staff Writer

Local Muslim groups criticized the Star Tribune Wednesday for publishing an advertisement by an extreme pro-Israel group that they said incited religious hatred and racism.

At a news conference, the Muslim groups demanded that the newspaper print an apology and give them equal space to counter the controversial advertisement from the San Francisco-based FLAME, Facts and Logic About the Middle East.

The paper's advertising department reconsidered its decision late yesterday and apologized for the offensive nature of the advertisement, said spokeswoman Bette Fenton. The newspaper will not print the ad again as it now stands, she said.

"It was as if the paper was running an ad carrying the message of the Ku Klux Klan or a Nazi group," said Hesham Reda, a spokesman for the Islamic Council of Minnesota. "This is very upsetting."

The advertisement used words such as "virulent," "obsessive" and "irrational" to describe the Muslim religion and the Arab people, the Muslim group charged. It described "Arab-Moslem fanaticism and intransigence" and perpetuated stereotypes about Arab conquerors spreading their religion "with the sword in one hand and the Koran in the other."

"This is particularly disturbing because it comes during Ramadan," said Ibrahim abd al-Wahid, the administrator of the Islamic Council. "It's particularly insulting to come while we are fasting."

Ramadan is the holiest month of the Muslim calendar, when Muslims must fast from dawn to sunset. It began about three weeks ago and continues for another week.

The Star Tribune advertising department initially stood by its decision to publish the advertisement on the grounds that the ad was expressing a political position and should be protected as free expression, Fenton said. After representatives of Muslim and Arab groups contacted the newspaper and explained their objections, a group of top advertising executives, including Jim Diaz, vice president of advertising, revised their decision, Fenton said.

"We ran the ad from FLAME that we considered an expression of political opinion," she said. "However, some of the language of the ad was construed by some readers as offensive to a particular religious and ethnic group. And for this, we apologize."

The newspaper printed an apology in today's editions, but it has a long-standing policy not to offer free ad space for public service announcements or for groups to express their opinion beyond the regular opinion pages and letters to the editor, Fenton said. The FLAME ad cost about $2,468.

The advertising department has an advertising acceptability committee, which reviews advertisements that might be deemed offensive on any number of grounds, Fenton said. The committee initially found the FLAME ad acceptable, she said.

"As we looked at this ad in retrospect, we realized that the ad does raise other issues that are of concern to the Muslim community," she said. "They were more sensitive issues than we thought."

At the news conference, Muslim groups under the umbrella of the Islamic Council of Minnesota accused the news media of not having the same sensitivity to Arabs and Muslims that they have for blacks and Jews. The Minnesota Council of Churches also condemned the FLAME ad as "patently false and deliberately inflammatory."

FLAME officials in San Francisco couldn't be reached for comment.

# **<u>EXHIBIT F17</u>**



# Metro/State news



**Star Tribune**

Sunday
December 22/1991
Read then recycle

# Christmas saps spirit of non-Christians

## Secular trappings overwhelm and isolate many – especially kids

**By Martha Sawyer Allen**
Staff Writer

When Carrie Kleinberger's daughter, Rachael, was just a toddler, a stranger in a grocery store looked at her smiling face and wished her a Merry Christmas. "Oh, no," the little girl chirped. "We're Hanukkah."

The Kleinbergers are Jewish and they're trying very hard to keep their children Jewish during this time of year. It's not easy and it's a problem facing all non-Christian families.

For Ibrahim abd al-Wahid, coordinator of the Islamic Information Service in the Twin Cities, Christmas is also a hard time of year.

"We're very often overwhelmed by the media and the marketing and secular aspects of Christmas," he said. "For those of us who have no connection with the holiday, it's especially difficult for our children. They don't understand what the holiday is or why our family doesn't celebrate. All they understand is that other kids are getting massive amounts of presents and they aren't."

Non-Christians say they believe that Christians have every right to celebrate their holiday. However, many just wish that the overwhelming societal attachments that come with this particular holiday would go away.

People who usually blend in during the rest of year are constantly reminded this time of year that they're different merely because they have different religions or no religion.

Everywhere they turn, they see Santa Claus, holiday lights, store decorations, advertisements, religious symbols. Television airwaves are full of "holiday" broadcasts. It is of little comfort to non-Christians that some Christians are also overwhelmed by the commercialism of Christmas.

"I don't want to be seen as someone who doesn't want Christmas to happen," said Kleinberger, of Mendota

**Non-Christians** continued on 4B

# **EXHIBIT F18**

# Letters

## from readers

## This time, do something

Once again in Europe an entire religious group is targeted for genocide. Once again cattle cars laden with frightened women, children and old people lurch toward death camps. And once again, the world turns away.

Then, the names were Auschwitz, Treblinka and Babi Yar. Now they are Trnopolje, Prijedor and Prnjavor. Remember those names.

Then, when it was all over, everyone said, "How could we have known? What could we have done?"

Today you know. And if you want to be among those who did something, call the Bosnian Relief Committee at 649-4992. — Ibrahim Hooper, coordinator, Islamic Information Service, Minneapolis.

# **EXHIBIT F19**

# Letters
## from readers

# Where is the U.S.?

It's interesting which no-fly zones the United States chooses to enforce. When a few antiquated missiles move around the Iraqi desert, American planes are flying sorties within days. But when Serbian fighters and helicopters provide cover for the murder, torture and rape of innocent Bosnian Muslims, America not only does nothing, it also prevents the victims from defending themselves. Perhaps it's easier to kill Muslims than to save them. — **Ibrahim Hooper,** coordinator, Islamic Information Service, Minneapolis.

# **EXHIBIT F20**

# Muslims fear arrest will lead to backlash

# WTC/ Secon

**Continued from page 1A**

**By Tatsha Robertson**
Staff Writer

Nihad Awad of Minneapolis said now that the media and authorities have dubbed the suspect in the bombing of New York's World Trade Center as an "Islamic fundamentalist," Muslims fear they will be unjustly stereotyped as terrorists.

"I am afraid now that if I walk in the streets tomorrow that people will start pointing their fingers at me or at my wife or anyone that looks like an Arab, or wears a beard or just looks different," Awad said. "We are very much concerned. It happened through the Gulf War, and and I am expecting it to happen in our community."

Awad and several other members of the 20,000-member Twin Cities Muslim community joined Islamic leaders from around the United States Thursday in condemning the bomb attack and asking the media and government to avoid unfairly stereotyping Muslims as extremists or "fundamentalists."

Mohammed Salameh, 26, of Jersey City, has been arrested in the blast that killed five people and injured 1,000 others last Friday.

During a news conference yesterday, Ibrahim Hooper, coordinator of the Islamic Information Service in Minneapolis, criticized authorities for describing Salameh as an Islamic "fundamentalist" because the word has no meaning to Muslims.

"I say to the media: If you can't define the word, don't use it," Hooper said.

The arrest came after an army of investigators spent the past week combing through piles of rubble at the blast site, fielding thousands of phone calls and pursuing scores of leads. Detectives systematically checked garage payment stubs and viewed videotapes of entering vehicles.

Investigators turned up charred pieces of the rental van around the perimeter of the blast site, indicating that the van might have held the explosives.

Salameh had rented the van from a Ryder truck agent in Jersey City on Feb. 23 and returned less than two hours after the explosion last Friday to say it had been stolen from a parking lot the night before, said Paul Mascitelli, owner of a car dealership that shares an office with the Ryder agent.

# Sect/ Mosq

**Continued from page 1A**

Anwar Sadat, have opened a new battle front in the United States.

Heightening that concern is timing of the World Trade Center bombing: The explosion occurred an hour before Gamaa al Islamiya, an underground group said to be directed by the sheik, allegedly blew up a coffee shop in Cairo.

Authorities said the suspect in the New York bombing had "contacts" with Shiek Rahman, although it is not known how extensive they were. A mosque spokesman denied that Salameh is known to members there.

El Sayyid Nosair, another follower of the mosque, is now in prison on charges stemming from the assassination of Kahane, and Abdul Rahman's followers regularly gather contributions to support Nosair in prison.