# **EXHIBIT G1**

0110-DWF-DTS    Doc. 70-7    Filed 01/03/2

# Muslims have reason to be wary

By Ibrahim Hooper

Americans are often bewildered by people in the Muslim world who see a Christian missionary under every bed. They were shocked when the Saudi government restricted Christian religious services in that country during the Gulf War. Christian congregations in this country are told of the "hostility" evangelists encounter in Islamic countries.

When Christian or American institutions in Islamic areas are viewed with suspicion, the question always asked is: "Why do they hate us so much?" The question implies irrationality on the part of those who oppose Western influence in Muslim areas.

Let me provide just one local example of why Muslims have reason to be wary.

In November, I took part in one of the Star Tribune's citizen observer groups which tour the newspaper to learn a little about how the day's news is put together. In the course of this tour, I spoke to another participant, a bishop of the Evangelical Lutheran Church in America (ELCA). The bishop told me his organization wanted to establish a "center for Christian-Muslim dialogue" in northern Nigeria. He said the center would be designed to help reduce religious conflict in the area. Knowing that hundreds of lives already have been lost in communal conflict, I told the bishop I would be glad to help if he would send me some information about the project.



eckers
n 1952

further attacks of this sort would come. And in fact, he admitted, he had accepted one personal gift:

# **EXHIBIT G2**

0110-DWF-DTS   Doc 70-7   Filed 01/03/

I recently sat in on a missionary class at a Twin Cities Bible college in which the students were taught the most outrageous falsehoods about Islam. These students are sent to Twin Cities mosques where they join in our prayers without revealing their true intentions. The covert visits are designed to help the students learn Islamic cultural norms in order to infiltrate more effectively the foreign communities in which they will be placed.

Other deceptive tactics include adopting Muslim-sounding names and distribution of Arabic New Testaments made to look like Korans. I have even been told that these students now greet each other at school as Muslims do with the Arabic phrase *salaam alaikum,* "peace to you."

When the bishop's "dialogue center" is proposed to the Nigerian Muslims, and rejected, the question will again be asked: "Why do they hate us so much?"

Perhaps a better question can come from the Muslims: "Why won't you leave us in peace to practice our faith?"

---

*Ibrahim Hooper is a member of the Muslim community in the Twin Cities.*