# **<u>EXHIBIT H</u>**

10Y  SW4          Thursday/May 14/1987/**Minneapolis Star and Tribune**

# Real estate

Information for the weekly Hennepin County real estate listings is taken from certificates of value at the Hennepin County Government Center. The amount published is the amount listed on the certificate as the purchase price, but because mortgage assumptions or sales on contract for deed often involve only a down payment, the amounts given here may not always reflect the total price of the sale. CD denotes contract for deed; LWD denotes limited warranty deed; QCD denotes quit claim deed; PD denotes probate deed; PRD denotes personal representative deed; WD denotes warranty deed; SWD denotes special warranty deed.

**6325 Halifax Av. S./$110,000.** WD. Benjamin and Joan Larson from Warren and Kathryn Lindberg.

**6440 Indian Hills Pass/$204,155.** WD. Larry and Carlene Catlett from Folke and Veown Victorsen.

**6967 Langford Court/$99,000.** WD. Donald and Eunice Johnson from Paul and Lorraine Dahlberg.

**6721 Limerick Lane/$138,500.** CD. Martin and Lynda Erickson from Emmanuel and Anne Fourakis.

**6721 Limerick Lane/$138,500.** WD. Heigl Investment Company from Emmanuel and Anne

**16970 Creek Ridge Trail/$174,900.** WD. Bruce and Ann Ostern from Thomas and Marcia Bennis.

**2631 Crescent Ridge Rd./$493,207.** WD. E. Curtis and Eva Aanenson from Robert H. Mason, Inc.

**15325 Excelsior Blvd./$82,000.** WD. John and Mary Berry from Jeffery and Margo Marko and Randy and Jolene Hodson.

**18216 Hermitage Way/$199,500.** WD. Peter and Rebecca Jones from Alexander and Ann Goodfellow.

**3641 Larchwood Circle/$127,000.** CD. James and Colleen Lee from Richard and

ratty from Dick Adams.

**5204 13th Av. S./$80,000.** WD. Michael Derrig and Robin Schultz from Mary Dupont.

**3321 15th Av. S./$74,375.** WD. Willaim Lyons Jr. from John and Bernadette Stanley.

**5214 15th Av. S./$70,000.** WD. Vicki Kieffer from Catherine Knobloch.

**5243 15th Av. S./$90,700.** WD. Edward Gunyo from Old Shakopee Park Co.

**2612 16th Av. S./$48,500.** WD. C. Douglas Hooper from Catherine Friberg.

**5653 22nd Av. S./$69,900.** WD. Lauren Haugen from Kimberly Bell.