# **<u>EXHIBIT I1</u>**

## Company Information

Company Name: HALALCO EXPORT MANAGEMENT

Entity Type: MINNESOTA ASSUMED NAME

File Number: 66119

Filing State: Minnesota (MN)

Filing Status: Inactive

Filing Date: September 18, 1987

Company Age: 37 Years, 3 Months

Principal Address: 2612 16th Ave S
Mpls, MN 55407

Governing Agency: Minnesota Secretary of State

## Company Contacts

C DOUGLAS HOOPER
Nameholder
 2612 16th Ave S
Mpls, MN 55407

# **EXHIBIT I2**



mblsportal.sos.state.mn.us

**Business Record Details** »    Print    File Amendment / Renewal    Order Copies          « Back to Search Results

Minnesota Business Name
**HALALCO EXPORT MANAGEMENT**

**Business Type**
Assumed Name

**File Number**
66119

**Filing Date**
09/18/1987

**Renewal Due Date**
09/18/1997

**MN Statute**
333

**Home Jurisdiction**
Minnesota

**Status**
Inactive

**Principal Place of Business Address**
2612 16th Ave S
Mpls, MN 55407
USA

**Applicant**

C Douglas Hooper

**Applicant Address**

2612 16th Ave S, Mpls, MN 55407

# **EXHIBIT I3**

## Company Information

| | |
|---|---|
| Company Name: | PRESS PASS MEDIA RELATIONS |
| Entity Type: | MINNESOTA ASSUMED NAME |
| File Number: | 105558 |
| Filing State: | Minnesota (MN) |
| Filing Status: | Inactive |
| Filing Date: | June 28, 1991 |
| Company Age: | 33 Years, 6 Months |
| Principal Address: |  2612 16th Ave S Mpls, MN 55407 |
| Business Category: | Media |
| Governing Agency: | Minnesota Secretary of State |

## Company Contacts

C DOUGLAS HOOPER
Nameholder
 2612 16th Ave S
Mpls, MN 55407

# **EXHIBIT I4**

mblsportal.sos.state.mn.us



## Business Record Details »

| Print | File Amendment / Renewal | Order Copies |

« Back to Search Results

Minnesota Business Name
**Press Pass Media Relations**

**Business Type**
Assumed Name

**MN Statute**
333

**File Number**
105558

**Home Jurisdiction**
Minnesota

**Filing Date**
06/28/1991

**Status**
Inactive

**Renewal Due Date**
06/28/2001

**Principal Place of Business Address**
2612 16th Ave S
Mpls, MN 55407
USA

**Applicant**

**Applicant Address**

C Douglas Hooper

2612 16th Ave S, Mpls, MN 55407