# Continued Exhibits J-Q to Declaration of Lori Saroya