# **EXHIBIT J**

CAIR has updated our Privacy Policy. Please read this document as the changes affect your legal rights. These changes allow us to share your information with CAIR affiliates and trusted service providers. By using our website, you agree to these updates.



# CAIR Press Releases

**Share this:**

- Facebook
- Twitter
- Linkedin
- WhatsApp
- Reddit
- Copy Link

## CAIR Files Suit Against Minnesota Federal Correctional Facility for Removing Muslim Woman's Hijab



Ismail Allison | October 4, 2023 | 3:34 pm

**(WASHINGTON, D.C., 10/4/23)** - The Council on American-Islamic Relations (CAIR), the nation's largest Muslim civil rights organization, today filed a lawsuit in partnership with its Minnesota chapter (CAIR-MN) and Law Office of Deborah M. Golden against Minnesota's FCI Waseca, a federal correction institution, for removing a Muslim woman's hijab, photographing her and forcing her to carry that photo on her ID card.

"Mrs. Jama was often threatened if she did not comply with orders to remove her hijab – including threats to cut off her communication with her children," said **CAIR Legal Fellow Aya Beydoun**. "The hijab is a sacred part of Mrs. Jama's identity and her connection to God. No one should be forced to choose between their faith and the ability to speak to their children."

**CAIR's lawsuit states in part:**

"The Free Exercise Clause of the US Constitution has long guaranteed individuals the right to practice their religious beliefs without interference from the government. Key legislation has been born from its ideals, ensuring the safeguarding our freedoms, specifically during interactions with law enforcement."



### Latest Press Releases

**CAIR Welcomes Arrest of Va. Man with Largest Cache of IEDs Ever Seized By FBI**
January 2, 2025 • Press Releases

**CAIR Joins New Orleans Muslim Community in Mourning Victims of Bourbon Street Attack, Denouncing Daesh**
January 2, 2025 • Press Releases

**CAIR in the News, January 2, 2025**
January 2, 2025 • Press Releases

**CAIR Says U.N. Report Condemning Israel's Destruction of Gaza Healthcare System is Further Evidence of Genocide**
December 31, 2024 • Press Releases

**CAIR Welcomes Transfer of Guantanamo Prisoner to Tunisia, Repeats Call for Facility's Closure**
December 31, 2024 • Press Releases

**Video: CAIR-WA Calls for Hate Crime Probe of Vandalism Targeting Kent Mosque**
December 31, 2024 • Press Releases

CAIR has updated our Privacy Policy. Please read this document as the changes affect your legal rights. These changes allow us to share your information with CAIR affiliates and trusted service providers. By using our website, you agree to these updates. 

The lawsuit seeks "an order that Defendants take all possible steps to destroy Ms. Jama's uncovered photographs from their database and to end its practice of taking and using uncovered photographs."

READ THE LAWSUIT.

BACKGROUNDER:

Muna Jama, a Somali-American Muslim woman incarcerated at FCI Waseca, has been forced to carry around an ID photo, which features a picture of her without her hijab or abaya. Her head, ears, and neck are on full display each time male officers need to identify her during headcounts, at commissary, and other check in points throughout FCI Waseca.

Each time Jama swipes her ID card, her hijab-less photo appears on the database screen for any males in the vicinity to view. This hijab-less ID has caused Jama a great deal of shame and embarrassment. Her identity as a Muslim woman wearing hijab has been compromised and her beliefs violated on a near daily basis.

FCI Waseca has violated the Religious Freedom Restoration Act, a landmark piece of legislation that prohibits the federal government from substantially burdening a person's exercise of their religion.

While she is able and continues to wear her hijab throughout the facility, to the degree that most officers and fellow inmates do not even recognize her without it, FCI Waseca and the Federal Bureau of Prison's Regional Manager Andre Matevousian have forced her into a situation in which she must identify herself to male staff without her hijab.

The Federal Bureau of Prison's own policies allow female incarcerees to wear their religious headwear (including hijab) throughout the facility, but no logical reason has been provided as to why incarcerees at FCI Waseca like Jama are forced to take their photos without a hijab.

The officials of FCI Waseca continue to violate her rights as a Muslim American, despite the dozens of complaints she has filed and the endless pleading she has done with officers to allow her the dignity of covering up.

She has repeatedly been ordered to remove her hijab for transfers and photographs between facilities, with the constant threat of solitary confinement if she should refuse. On one occasion an officer threatened to cut off her communication with her family if she did not remove her hijab.

Washington, D.C., based CAIR offers a Know Your Rights guide on interactions with law enforcement.

CAIR: Know Your Rights with Law Enforcement

CAIR's mission is to protect civil rights, enhance understanding of Islam, promote justice, and empower American Muslims.

La misión de CAIR es proteger las libertades civiles, mejorar la comprensión del Islam, promover la justicia, y empoderar a los musulmanes en los Estados Unidos.

Become a Fan of CAIR on Facebook

CAIR has updated our Privacy Policy. Please read this document as the changes affect your legal rights. These changes allow us to share your information with CAIR affiliates and trusted service providers. By using our website, you agree to these updates.



http://www.facebook.com/CAIRNational

Subscribe to CAIR's Email List

https://action.cair.com/a/newsletters

Subscribe to CAIR's Twitter Feed

http://twitter.com/cairnational

Subscribe to CAIR's YouTube Channel

http://www.youtube.com/cairtv

Follow CAIR on Instagram

https://www.instagram.com/cair_national/

Donate to CAIR

https://action.cair.com/a/donate

Do you like reading CAIR press releases and taking part in our action alerts? You can help contribute to CAIR's work of defending civil rights and empowering American Muslims across the country by making a one-time contribution or becoming a monthly donor. Supporters like you make CAIR's advocacy work possible and defeating Islamophobia an achievable goal. Click here to donate to CAIR.

If you would like to join CAIR's media list, please sign up here: https://action.cair.com/a/newsletters – For more information, email: info@cair.com, CC ihooper@cair.com

END

**CONTACT**: CAIR Senior Litigation Attorney Gadeir Abbas, 720-251-0425, gabbas@cair.com; CAIR Trial Attorney Justin Sadowsky, 646-785-9154, jsadowsky@cair.com; CAIR Staff Attorney Hannah Mullen, 202-742-6420, hmullen@cair.com; CAIR National Deputy Director Edward Ahmed Mitchell, 404-285-9530, e-Mitchell@cair.com; CAIR National Communications Manager Ismail Allison, 202-770-6280, iallison@cair.com

Share this:

Facebook | Twitter | Linkedin | WhatsApp | Reddit | Copy Link

---

**CONTACT INFO**

453 New Jersey Avenue, SE
Washington, DC 20003

Tel: (202) 488-8787

Fax: (202) 488-0833

www.cair.com

**ABOUT US**

Vision, Mission, Core Principles

CAIR at a Glance

CAIR: Who We Are

National Board of Directors

Department Directors

**NEWS & MEDIA**

Media Contacts

Press Releases

Op-eds

Bookable Speakers

Videos

Media Research

CAIR Logos

**GET INVOLVED**

Careers

Intern

Volunteer

Events

Become an Ally

Use Your Voice

**RESOURCES**

Know Your Rights

Civil Rights Reports

Ways to Give

Guides and toolkits

Guides to Muslim Religious Practices

Book a CAIR Workshop

**TAKE ACTION**

Report an incident

Action Alerts

CAIR has updated our Privacy Policy. Please read this document as the changes affect your legal rights. These changes allow us to share your information with CAIR affiliates and trusted service providers. By using our website, you agree to these updates.

Donate to CAIR

https://action.cair.com/a/donate

Do you like reading CAIR press releases and taking part in our action alerts? You can help contribute to CAIR's work of defending civil rights and empowering American Muslims across the country by making a one-time contribution or becoming a monthly donor. Supporters like you make CAIR's advocacy work possible and defeating Islamophobia an achievable goal. Click here to donate to CAIR.

If you would like to join CAIR's media list, please sign up here: https://action.cair.com/a/newsletters – For more information, email: info@cair.com, CC ihooper@cair.com

END

CONTACT: CAIR Senior Litigation Attorney Gadeir Abbas, 720-251-0425, gabbas@cair.com; CAIR Trial Attorney Justin Sadowsky, 646-785-9154, jsadowsky@cair.com; CAIR Staff Attorney Hannah Mullen, 202-742-6420, hmullen@cair.com; CAIR National Deputy Director Edward Ahmed Mitchell, 404-285-9350, e-Mitchell@cair.com; CAIR National Communications Manager Ismail Allison, 202-770-6280, iallison@cair.com

Share this:

Facebook  Twitter  LinkedIn  WhatsApp  Reddit  Copy Link

## CONTACT INFO

453 New Jersey Avenue, SE
Washington, DC 20003

Tel: (202) 488-8787

Fax: (202) 488-0833

www.cair.com

More contact info

## ABOUT US

Vision, Mission, Core Principles
CAIR at a Glance
CAIR: Who We Are
National Board of Directors
Department Directors
Annual Reports and Financials
Endorsements, Awards, Recognitions
CAIR Chapters
Dispelling Rumors About CAIR
Working with Law Enforcement

## NEWS & MEDIA

Media Contacts
Press Releases
Op-eds
Bookable Speakers
Videos
Media Research
CAIR Logos
Photos

## GET INVOLVED

Careers
Intern
Volunteer
Events
Become an Ally
Use Your Voice

## RESOURCES

Know Your Rights
Civil Rights Reports
Ways to Give
Guides and toolkits
Guides to Muslim Religious Practices
Book a CAIR Workshop
Request a Speaker
Register to Vote
Government Affairs Reports

## TAKE ACTION

Report an incident
Action Alerts

Privacy Policy   Legal   Volunteer   Join our Email List   Events   Contact Us

© 2025 Council on American-Islamic Relations.    Website designed by INTELLIPLANS