# **EXHIBIT K1**

Gaza Crisis Resources  ·  Your Rights with Law Enforcement 



HOME    ABOUT US ▾    NEWS & MEDIA ▾    GET INVOLVED ▾    RESOURCES ▾

CONTACT US ▾

**$ DONATE**

# CAIR Press Releases

Share this:

Facebook  |  Twitter  |  Linkedin  |  WhatsApp  |  Reddit  |  Copy Link

## CAIR-MN Condemns Neo-Nazi Antisemitic Vandalism Targeting Synagogue



Ismail Allison  ·  December 17, 2024  ·  1:25 pm

The Minnesota chapter of the Council on American-Islamic Relations (CAIR-MN) today condemned neo-Nazi antisemitic vandalism targeting a synagogue in Minneapolis.

Two Nazi swastikas were spray painted on the Minneapolis' Temple Israel, the largest synagogue in Minnesota, on Monday morning. Minneapolis police confirmed surveillance cameras captured the incident and released several images Monday afternoon. The suspect wore a white hoodie with the hood up, a black face covering, black jogger pants and tan boots. They left in a silver Honda Civic and spent less than two minutes at the temple. No arrests have been made.

SEE: Swastikas spray-painted outside entrance to Temple Israel synagogue in Minneapolis

"We condemn this hateful desecration of a house of worship and stand in solidarity with the Jewish community of Minneapolis," said **CAIR-MN Executive Director Jaylani Hussein**. "All faith communities should be protected from harassment and intimidation at their houses of worship."

Hussein asked houses of worship to utilize CAIR's Best Practices for Mosque and Community Safety guide, which contains security advice applicable to institutions of all faiths.



**Latest Press Releases**

CAIR Welcomes Arrest of Va. Man with Largest Cache of IEDs Ever Seized By FBI
January 2, 2025  ·  Press Releases

CAIR Joins New Orleans Muslim Community in Mourning Victims of Bourbon Street Attack, Denouncing Daesh
January 2, 2025  ·  Press Releases

CAIR in the News, January 2, 2025
January 2, 2025  ·  Press Releases

CAIR Says U.N. Report Condemning Israel's Destruction of Gaza Healthcare System is Further Evidence of Genocide
December 31, 2024  ·  Press Releases

CAIR Welcomes Transfer of Guantanamo Prisoner to Tunisia, Repeats Call for Facility's Closure
December 31, 2024  ·  Press Releases

Video: CAIR-WA Calls for Hate Crime Probe of Vandalism Targeting Kent Mosque
December 31, 2024  ·  Press Releases

surveillance cameras captured the incident and released several images Monday afternoon. The suspects wore white hoodies with the hood up, a black face covering, black jogger pants and tan boots. They left in a silver Honda Civic and spent less than two minutes at the temple. No arrests have been made.

SEE: Swastikas spray-painted outside entrance to Temple Israel synagogue in Minneapolis

"We condemn this hateful desecration of a house of worship and stand in solidarity with the Jewish community of Minneapolis," said **CAIR-MN Executive Director Jaylani Hussein**. "All faith communities should be protected from harassment and intimidation at their houses of worship."

Hussein asked houses of worship to utilize CAIR's Best Practices for Mosque and Community Safety guide, which contains security advice applicable to institutions of all faiths.

He said CAIR and the American Muslim community stand in solidarity with all those challenging systemic anti-Black racism, xenophobia, Islamophobia, antisemitism, white supremacy, and all other forms of bigotry.

END

**CONTACT**: CAIR National Deputy Director Edward Ahmed Mitchell, 404-285-9530, e-Mitchell@cair.com; CAIR Government Affairs Director Robert McCaw, 202-742-6448, rmccaw@cair.com; CAIR National Communications Director Ibrahim Hooper, 202-744-7726, ihooper@cair.com; CAIR National Communications Manager Ismail Allison, 202-770-6280, iallison@cair.com

Share this:
Facebook | Twitter | LinkedIn | WhatsApp | Reddit | Copy Link

### Video: CAIR-WA Calls for Hate Crime Probe of Vandalism Targeting Kent Mosque
December 31, 2024 • Press Releases



## CONTACT INFO
453 New Jersey Avenue, SE
Washington, DC 20003

Tel: (202) 488-8787
Fax: (202) 488-0833
www.cair.com
More contact info

## ABOUT US
Vision, Mission, Core Principles
CAIR at a Glance
CAIR: Who We Are
National Board of Directors
Department Directors
Annual Reports and Financials
Endorsements, Awards, Recognitions
CAIR Chapters
Dispelling Rumors About CAIR
Working with Law Enforcement

## NEWS & MEDIA
Media Contacts
Press Releases
Op-eds
Bookable Speakers
Videos
Media Research
CAIR Logos
Photos

## GET INVOLVED
Careers
Intern
Volunteer
Events
Become an Ally
Use Your Voice

## RESOURCES
Know Your Rights
Civil Rights Reports
Ways to Give
Guides and toolkits
Guides to Muslim Religious Practices
Book a CAIR Workshop
Request a Speaker
Register to Vote
Government Affairs Reports

## TAKE ACTION
Report an incident
Action Alerts

© 2025 Council on American-Islamic Relations.   Website designed by INTELLIPLANS

# **EXHIBIT K2**

CAIR has updated our Privacy Policy. Please read this document as the changes affect your legal rights. These changes allow us to share your information with CAIR affiliates and trusted service providers. By using our website, you agree to these updates. 

# CAIR Press Releases

Share this:
- Facebook
- Twitter
- Linkedin
- WhatsApp
- Reddit
- Copy Link

## CAIR Joins USCMO in Condemning Smears Targeting Minnesota Muslim Community



Ismail Allison   August 20, 2024   12:09 pm

The Council on American-Islamic Relations (CAIR) today joined the US Council of Muslim Organizations (USCMO), the nation's umbrella group of national, regional, and local Muslim organizations, in condemning a coordinated campaign of anti-Muslim attacks targeting the Minnesota Muslim community as part of politically-motivated attack on Minnesota governor Tim Walz. CAIR is a USCMO member.

On Aug. 16, the right-wing website The Washington Examiner published a defamatory article that falsely claimed that the Islamic Association of North America (IANA), a widely-respected national American Muslim social services organization, was raising funds for a charity linked to terrorism. IANA sent a demand letter to the Examiner demanding a correction and apology.

In a statement, **USCMO Secretary-General Oussama Jammal** said:

"The US Council of Muslim Organizations strongly condemns the recent hateful, politically motivated, and transparently dishonest attempts to smear the American Muslim community, particularly the Minnesota Muslim community.

"We stand in solidarity with the Islamic Association of North America, a widely respected national non-profit organization that has worked with the state of Minnesota to provide educational, medical, and youth services to the community, especially during the COVID pandemic.

"None of this important work is or should be remotely controversial. The Washington Examiner's twisted game of guilt by association via six degrees of separation is a stale, predictable strategy straight from the anti-Muslim playbook deployed every election season. Anti-Muslim voices must understand that this is 2024, not 2016. Defamatory attacks on the American Muslim community and our non-profit organizations will not be tolerated.

"We encourage all elected officials to reject cynical attempts by Islamophobes to turn American Muslims into a political hot potato and thereby rob our community of



### Latest Press Releases

**CAIR Welcomes Arrest of Va. Man with Largest Cache of IEDs Ever Seized By FBI**
January 2, 2025 • Press Releases

**CAIR Joins New Orleans Muslim Community in Mourning Victims of Bourbon Street Attack, Denouncing Daesh**
January 2, 2025 • Press Releases

**CAIR in the News, January 2, 2025**
January 2, 2025 • Press Releases

**CAIR Says U.N. Report Condemning Israel's Destruction of Gaza Healthcare System is Further Evidence of Genocide**
December 31, 2024 • Press Releases

**CAIR Welcomes Transfer of Guantanamo Prisoner to Tunisia, Repeats Call for Facility's Closure**
December 31, 2024 • Press Releases

**Video: CAIR-WA Calls for Hate Crime Probe of Vandalism Targeting Kent Mosque**
December 31, 2024 • Press Releases

CAIR has updated our Privacy Policy. Please read this document as the changes affect your legal rights. These changes allow us to share your information with CAIR affiliates and trusted service providers. By using our website, you agree to these updates.

especially during the COVID pandemic.

"None of this important work is or should be remotely controversial. The Washington Examiner's twisted game of guilt by association via six degrees of separation is a stale, predictable strategy straight from the anti-Muslim playbook deployed every election season. Anti-Muslim voices must understand that this is 2024, not 2016. Defamatory attacks on the American Muslim community and our non-profit organizations will not be tolerated.

"We encourage all elected officials to reject cynical attempts by Islamophobes to turn American Muslims into a political hot potato and thereby rob our community of our right to engage in the political process. American Muslims are not going anywhere, and we intend to make our voices heard everywhere from the halls of Congress to the ballot box, God willing."

END

CONTACT: CAIR National Deputy Director Edward Ahmed Mitchell, 404-285-9350, e-Mitchell@cair.com; CAIR National Communications Director Ibrahim Hooper, 202-744-7726, ihooper@cair.com; CAIR National Communications Manager Ismail Allison, 202-770-6280, iallison@cair.com

Share this:

Facebook | Twitter | Linkedin | WhatsApp | Reddit | Copy Link

December 31, 2024 • Press Releases

### CONTACT INFO

453 New Jersey Avenue, SE
Washington, DC 20003

Tel: (202) 488-8787

Fax: (202) 488-0833

www.cair.com

More contact info

### ABOUT US

Vision, Mission, Core Principles
CAIR at a Glance
CAIR: Who We Are
National Board of Directors
Department Directors
Annual Reports and Financials
Endorsements, Awards, Recognitions
CAIR Chapters
Dispelling Rumors About CAIR
Working with Law Enforcement

### NEWS & MEDIA

Media Contacts
Press Releases
Op-eds
Bookable Speakers
Videos
Media Research
CAIR Logos
Photos

### GET INVOLVED

Careers
Intern
Volunteer
Events
Become an Ally
Use Your Voice

### RESOURCES

Know Your Rights
Civil Rights Reports
Ways to Give
Guides and toolkits
Guides to Muslim Religious Practices
Book a CAIR Workshop
Request a Speaker
Register to Vote
Government Affairs Reports

### TAKE ACTION

Report an incident
Action Alerts

Privacy Policy    Email List    Events    Contact Us

Sharon F. donated $55 🎉
🇺🇸 New Bedford, United States
Donate!

© 2025 Council on American-Islamic Relations.

Website designed by INTELLIPLANS