# **EXHIBIT L1**

  
Download Know Your Rights Guides



HOME     ABOUT US ▾     NEWS & MEDIA ▾     GET INVOLVED ▾     RESOURCES ▾

CONTACT US ▾

**$ DONATE**

# CAIR Press Releases

Share this:

Facebook     Twitter     Linkedin     WhatsApp     Reddit     Copy Link

## CAIR Offers Condolences on Passing of Minnesota Attorney General Keith Ellison's Mother Due to COVID-19



⌂ Ibrahim Hooper     ◷ April 18, 2020     ◷ 9:53 am

**(WASHINGTON, D.C., 4/18/20)** – The Council on American-Islamic Relations (CAIR), the nation's largest Muslim civil rights and advocacy organization, today offered condolences on the passing of Clida Ellison, the mother of Minnesota Attorney General Keith Ellison, due to COVID-19 complications. She passed away on March 26 at the age of 82.

"We offer our sincere condolences to the family and loved ones of Clida Ellison," said **CAIR National Executive Director Nihad Awad**. "As described by her children, she was a child advocate, social worker and loving mother. We pray for ease for the families who must say goodbye to loved ones due to this deadly virus. To God we belong, and to Him is our return."

Jeremiah Ellison, a Minneapolis city council member and the attorney general's son, wrote a New York Times op-ed about his mother contracting the virus and the difficulties the current pandemic had on funeral arrangements.

...p Telling Us

...opinion/coronavirus-african-americans-inequality.html



## Latest Press Releases

**CAIR Welcomes Arrest of Va. Man with Largest Cache of IEDs Ever Seized By FBI**

January 2, 2025   •   Press Releases

**CAIR Joins New Orleans Muslim Community in Mourning Victims of Bourbon Street Attack, Denouncing Daesh**

January 2, 2025   •   Press Releases

**CAIR in the News, January 2, 2025**

January 2, 2025   •   Press Releases

**CAIR Says U.N. Report Condemning Israel's Destruction of Gaza Healthcare System is Further Evidence of Genocide**

December 31, 2024   •   Press Releases

**CAIR Welcomes Transfer of Guantanamo Prisoner to Tunisia, Repeats Call for Facility's Closure**

December 31, 2024   •   Press Releases

**Video: CAIR-WA Calls for Hate Crime Probe of Vandalism Targeting Kent Mosque**

December 31, 2024   •   Press Releases

Mayada F. donated $20 🎁
🇺🇸 Naperville, United States     **Donate!**



children, she was a child advocate, social worker and loving mother. We pray for ease for the family in this difficult period when so many lives due to the deadly virus. To God we belong, and to Him is our return."

Jeremiah Ellison, a Minneapolis city council member and the attorney general's son, wrote a New York Times op-ed about his mother contracting the virus and the difficulties the current pandemic had on funeral arrangements.

SEE: 'Woe Is You,' White People Keep Telling Us
https://www.nytimes.com/2020/04/15/opinion/coronavirus-african-americans-inequality.html

Clida earned a master's degree in social work at 57 and worked in the juvenile division of Michigan's Third Circuit Court for 20 years. Jeremiah Ellison said her funeral would have been packed if it was outside of the circumstance of social distancing.

CAIR is America's largest Muslim civil liberties and advocacy organization. Its mission is to enhance understanding of Islam, protect civil rights, promote justice, and empower American Muslims.

La misión de CAIR es proteger las libertades civiles, mejorar la comprensión del Islam, promover la justicia, y empoderar los musulmanes en los Estados Unidos.

**END**

**CONTACT:** CAIR National Communications Director Ibrahim Hooper, 202-744-7726, ihooper@cair.com

Share this:

Facebook    Twitter    LinkedIn    WhatsApp    Reddit    Copy Link

## CONTACT INFO

453 New Jersey Avenue, SE
Washington, DC 20003

Tel: (202) 488-8787

Fax: (202) 488-0833

www.cair.com

More contact info

## ABOUT US

Vision, Mission, Core Principles

CAIR at a Glance

CAIR: Who We Are

National Board of Directors

Department Directors

Annual Reports and Financials

Endorsements, Awards, Recognitions

CAIR Chapters

Dispelling Rumors About CAIR

Working with Law Enforcement

## NEWS & MEDIA

Media Contacts

Press Releases

Op-eds

Bookable Speakers

Videos

Media Research

CAIR Logos

Photos

## GET INVOLVED

Careers

Intern

Volunteer

Events

Become an Ally

Use Your Voice

## RESOURCES

Know Your Rights

Civil Rights Reports

Ways to Give

Guides and toolkits

Guides to Muslim Religious Practices

Book a CAIR Workshop

Request a Speaker

Register to Vote

Government Affairs Reports

## TAKE ACTION

Report an incident

Action Alerts

Privacy Policy    Legal    Volunteer    Join our Email List    Events    Contact Us

© 2025 Council on American-Islamic Relations.

Website designed by INTELLIPLANS

# **<u>EXHIBIT L2</u>**

Download Know Your Rights Guides





# CAIR

HOME     ABOUT US ▾     NEWS & MEDIA ▾     GET INVOLVED ▾     RESOURCES ▾

CONTACT US ▾

**$ DONATE**

🔍

## CAIR Press Releases

Share this:

**f Facebook**     **𝕏 Twitter**     **in Linkedin**     **◎ WhatsApp**     **🔴 Reddit**     **🔗 Copy Link**

## CAIR Offers Condolences on Passing of Minnesota Rep. Ilhan Omar's Father Due to COVID-19



SAHANJOURNAL.COM
**U.S. Rep. Ilhan Omar's father, Nur Omar Mohamed, dies of COVID-19 complications - Sahan Journal**

👤 Ibrahim Hooper     🕐 June 16, 2020     🕐 2:35 pm

(WASHINGTON, D.C., 6/16/20) – The Council on American-Islamic Relations (CAIR), the nation's largest Muslim civil rights and advocacy organization, today offered condolences on the passing of Nur Omar Mohamed, the father of Minnesota Congresswoman Ilhan Omar (D) who died Monday from complications related to COVID-19 infection.

SEE: U.S. Rep. Ilhan Omar's Father, Nur Omar Mohamed, Dies of COVID-19 Complications

https://sahanjournal.com/health/u-s-rep-ilhan-omars-father-nur-omar-mohamed-dies-of-covid-19-complications/

"We offer our sincere condolences to Representative Omar and to all the family and loved ones of Nur Omar Mohamed. To God we belong and to Him we return," said **CAIR National Executive Director Nihad Awad**. "We must all do whatever we can to stem this ongoing pandemic that continues to tragically impact so many families nationwide."

In a **tweet**, Awad said: "May Allah SWT bless his soul and accept in paradise. May He SWT reward him for all the good he did in his life and for raising an amazing person like you."

"We send our condolences to Congresswoman Ilhan Omar and her entire family. We ... ... this time," said **Jaylani Hussein, CAIR-**

CAIR is America's largest Muslim civil liberties and advocacy organization. Its mission is to enhance understanding of Islam, protect civil rights, promote justice...

## Latest Press Releases



**CAIR Welcomes Arrest of Va. Man with Largest Cache of IEDs Ever Seized By FBI**
January 2, 2025  •  Press Releases

**CAIR Joins New Orleans Muslim Community in Mourning Victims of Bourbon Street Attack, Denouncing Daesh**
January 2, 2025  •  Press Releases

**CAIR in the News, January 2, 2025**
January 2, 2025  •  Press Releases

**CAIR Says U.N. Report Condemning Israel's Destruction of Gaza Healthcare System is Further Evidence of Genocide**
December 31, 2024  •  Press Releases

**CAIR Welcomes Transfer of Guantanamo Prisoner to Tunisia, Repeats Call for Facility's Closure**
December 31, 2024  •  Press Releases

**Video: CAIR-WA Calls for Hate Crime Probe of Vandalism Targeting Kent Mosque**
December 31, 2024  •  Press Releases

**Salman K. donated $25** ❤️
🇺🇸 New York, United States

**Donate!**

"We offer our sincere condolences to Representative Omar and to all the family and loved ones of Nur Omar Mohamed. To God we belong and to Him we return," said **CAIR National Executive Director Nihad Awad**. "We must all do whatever we can to stem this ongoing pandemic that continues to tragically impact so many families nationwide."

In a _tweet_, Awad said: "_May Allah SWT bless his soul and accept in paradise. May He SWT reward him for all the good he did in his life and for raising an amazing person like you._"

"We send our condolences to Congresswoman Ilhan Omar and her entire family. We pray for her father and her family in this time," said **Jaylani Hussein, CAIR-Minnesota's executive director.**

CAIR is America's largest Muslim civil liberties and advocacy organization. Its mission is to enhance understanding of Islam, protect civil rights, promote justice, and empower American Muslims.

La misión de CAIR es proteger las libertades civiles, mejorar la comprensión del Islam, promover la justicia, y empoderar a los musulmanes en los Estados Unidos.

END

CONTACT: CAIR National Communications Director Ibrahim Hooper, 202-744-7726, ihooper@cair.com

Share this:

Facebook    Twitter    Linkedin    WhatsApp    Reddit    Copy Link

**Video: CAIR-WA Calls for Hate Crime Probe of Vandalism Targeting Kent Mosque**
December 31, 2024  •  Press Releases

---

### CONTACT INFO

453 New Jersey Avenue, SE
Washington, DC 20003

Tel: (202) 488-8787

Fax: (202) 488-0833

www.cair.com

More contact info

### ABOUT US

Vision, Mission, Core Principles

CAIR at a Glance

CAIR: Who We Are

National Board of Directors

Department Directors

Annual Reports and Financials

Endorsements, Awards, Recognitions

CAIR Chapters

Dispelling Rumors About CAIR

Working with Law Enforcement

### NEWS & MEDIA

Media Contacts

Press Releases

Op-eds

Bookable Speakers

Videos

Media Research

CAIR Logos

Photos

### GET INVOLVED

Careers

Intern

Volunteer

Events

Become an Ally

Use Your Voice

### RESOURCES

Know Your Rights

Civil Rights Reports

Ways to Give

Guides and toolkits

Guides to Muslim Religious Practices

Book a CAIR Workshop

Request a Speaker

Register to Vote

Government Affairs Reports

### TAKE ACTION

Report an incident

Action Alerts

Privacy Policy    Legal    Volunteer    Join our Email List    Events    Contact Us

© 2025 Council on American-Islamic Relations.    Website designed by INTELLIPLANS

# **EXHIBIT L3**

Gaza Crisis | Take Action | CAIR Know Your Rights as an Employee

 

 **CAIR**

HOME   ABOUT US ▾   NEWS & MEDIA ▾   GET INVOLVED ▾   RESOURCES ▾

CONTACT US ▾

 **$ DONATE**

🔍

# CAIR Press Releases

Share this:

| f Facebook | 𝕏 Twitter | in Linkedin | 🟢 WhatsApp | 🟠 Reddit | 🔗 Copy Link |

## CAIR Condemns Increasing Death Threats Targeting Rep. Ilhan Omar



👤 Ibrahim Hooper   🕐 June 10, 2021   🕐 12:07 pm

*Civil rights group rebukes 'disingenuous and dangerous' Islamophobic smears against Minnesota congresswoman*

**(WASHINGTON, DC – 6/10/2021)** – The Council on American-Islamic Relations (CAIR), the nation's largest Muslim civil rights and advocacy organization, today strongly condemned a dozen House Democrats for joining far-right voices in smearing Rep. Ilhan Omar after she criticized human rights violations that our government and other actors have committed in the Middle East.

SEE: https://twitter.com/IlhanMN/status/1402790912623845378

CAIR also condemned a surge in death threats against the Minnesota congresswoman, and called on Capitol Police to ensure it is doing everything possible to protect her from extremist actors.

In a statement, **CAIR National Deputy Director Edward Ahmed Mitchell** said:

*"We strongly condemn the latest death threats against Rep. Ilhan Omar, as well as the latest disingenuous and dangerous smear campaign against her.*

*"Although we expect far-right, Islamophobic voices to target Rep. Omar for speaking up on human rights, it is shameful for her own colleagues in the House to join them in doing so.*



## Latest Press Releases

**CAIR Welcomes Arrest of Va. Man with Largest Cache of IEDs Ever Seized By FBI**
January 2, 2025 • Press Releases

**CAIR Joins New Orleans Muslim Community in Mourning Victims of Bourbon Street Attack, Denouncing Daesh**
January 2, 2025 • Press Releases

**CAIR in the News, January 2, 2025**
January 2, 2025 • Press Releases

**CAIR Says U.N. Report Condemning Israel's Destruction of Gaza Healthcare System is Further Evidence of Genocide**
December 31, 2024 • Press Releases

**CAIR Welcomes Transfer of Guantanamo Prisoner to Tunisia, Repeats Call for Facility's Closure**
December 31, 2024 • Press Releases

**Video: CAIR-WA Calls for Hate Crime Probe of Vandalism Targeting Kent Mosque**
December 31, 2024 • Press Releases

In a statement, **CAIR National Deputy Director Edward Ahmed Mitchell** said:

"We strongly condemn the latest death threats against Rep. Ilhan Omar, as well as the latest disingenuous and dangerous smear campaign against her.

"Although we expect far-right, Islamophobic voices to target Rep. Omar for speaking up on human rights, it is shameful for her own colleagues in the House to join them in doing so.

"Rep. Omar stated an indisputable fact: various actors in the Middle East, including our own government, have committed atrocities and should face accountability for their conduct in the appropriate international forums. There is nothing 'prejudiced' about this observation.

"This obsession with misconstruing Rep. Omar's words and smearing her has little to do with what she says and more to do with who she is: an outspoken Black, visibly Muslim woman who vocally condemns human rights violations, regardless of the perpetrator.

"Enough is enough. House Democrats should stop endangering Ilhan Omar for telling the truth and start demanding justice for all people."

Three weeks ago, CAIR called on congressional leaders to condemn the American Israel Public Affairs Committee (AIPAC) for running anti-Muslim ads targeting Rep. Ilhan Omar and other congressional colleagues who voiced opposition to Israel's most recent war crimes in Gaza.

Instead, House Speaker Nancy Pelosi and Majority Leader Steny Hoyer lightly criticized the ads while reiterating support of Israel. In Rep. Hoyer's case, he went so far as to provide AIPAC strategic advice on "making the case to the American people" on behalf of Israel.

AIPAC's paid advertisement on Facebook displays an image of Omar with rockets raining down on Israel in the background. The image falsely claims that Omar said that when Israel targets Hamas, it's an "act of terrorism."

Omar actually stated that Israeli airstrikes killing civilians in Gaza is an act of terrorism and that Palestinians deserve protection.

**SEE:** CAIR Calls on Congressional Leaders to Condemn AIPAC, Marjorie Taylor Greene for Islamophobic Attacks and Incitement Against Rep. Ilhan Omar

**SEE:** Washington Post: Facebook won't take down an ad that Rep. Ilhan Omar's office says could lead to harassment and death threats

CAIR is America's largest Muslim civil liberties and advocacy organization. Its mission is to enhance understanding of Islam, protect civil rights, promote justice, and empower American Muslims.

**Become a Fan of CAIR on Facebook**

http://www.facebook.com/CAIRNational

**Subscribe to CAIR's Email List**

https://action.cair.com/a/newsletters

**Subscribe to CAIR's Twitter Feed**

http://twitter.com/cairnational

**Subscribe to CAIR's YouTube Channel**

http://www.youtube.com/cairtv

**Subscribe to CAIR's Twitter Feed**

http://twitter.com/cairnational

**Subscribe to CAIR's YouTube Channel**

http://www.youtube.com/cairtv

**Follow CAIR on Instagram**

https://www.instagram.com/cair_national/

**Donate to CAIR**

## Donate

Donate and Make A Difference Click Here to Learn How to Donate Stock and Other Ways to Give. Click Here to Learn About Planned Giving to CAIR [give_form id="19623"]



Do you like reading CAIR press releases and taking part in our action alerts? You can help contribute to CAIR's work of defending civil rights and empowering American Muslims across the country by making a one-time contribution or becoming a monthly donor. Supporters like you make CAIR's advocacy work possible and defeating Islamophobia an achievable goal. Click here to donate to CAIR.

**END**

**CONTACT:** CAIR Government Affairs Director Robert McCaw, 202-742-6448, rmccaw@cair.com; CAIR National Communications Director Ibrahim Hooper, 202-744-7726, ihooper@cair.com

Share this:

| Facebook | Twitter | Linkedin | WhatsApp | Reddit | Copy Link |



### CONTACT INFO

453 New Jersey Avenue, SE
Washington, DC 20003

Tel: (202) 488-8787

Fax: (202) 488-0833

www.cair.com

More contact info

### ABOUT US

Vision, Mission, Core Principles

CAIR at a Glance

CAIR: Who We Are

National Board of Directors

Department Directors

Annual Reports and Financials

Endorsements, Awards, Recognitions

CAIR Chapters

Dispelling Rumors About CAIR

Working with Law Enforcement

### NEWS & MEDIA

Media Contacts

Press Releases

Op-eds

Bookable Speakers

Videos

Media Research

CAIR Logos

Photos

### GET INVOLVED

Careers

Intern

Volunteer

Events

Become an Ally

Use Your Voice

### RESOURCES

Know Your Rights

Civil Rights Reports

Ways to Give

Guides and toolkits

Guides to Muslim Religious Practices

Book a CAIR Workshop

Request a Speaker

Register to Vote

Government Affairs Reports

### TAKE ACTION

Report an incident

Action Alerts

^ TOP



http://www.youtube.com/cairtv

Follow CAIR on Instagram

https://www.instagram.com/cair_national/

**Donate to CAIR**

**Donate**

Donate and Make A Difference Click Here to Learn How to Donate Stock and Other Ways to Give. Click Here to Learn About Planned Giving to CAIR [give_form id="19623"]

Do you like reading CAIR press releases and taking part in our action alerts? You can help contribute to CAIR's work of defending civil rights and empowering American Muslims across the country by making a one-time contribution or becoming a monthly donor. Supporters like you make CAIR's advocacy work possible and defeating Islamophobia an achievable goal. Click here to donate to CAIR.

**END**

**CONTACT:** CAIR Government Affairs Director Robert McCaw, 202-742-6448, rmccaw@cair.com; CAIR National Communications Director Ibrahim Hooper, 202-744-7726, ihooper@cair.com

Share this:

Facebook | Twitter | Linkedin | WhatsApp | Reddit | Copy Link



**CONTACT INFO**

453 New Jersey Avenue, SE
Washington, DC 20003

Tel: (202) 488-8787

Fax: (202) 488-0833

www.cair.com

More contact info

**ABOUT US**

Vision, Mission, Core Principles

CAIR at a Glance

CAIR: Who We Are

National Board of Directors

Department Directors

Annual Reports and Financials

Endorsements, Awards, Recognitions

CAIR Chapters

Dispelling Rumors About CAIR

Working with Law Enforcement

**NEWS & MEDIA**

Media Contacts

Press Releases

Op-eds

Bookable Speakers

Videos

Media Research

CAIR Logos

Photos

**GET INVOLVED**

Careers

Intern

Volunteer

Events

Become an Ally

Use Your Voice

**RESOURCES**

Know Your Rights

Civil Rights Reports

Ways to Give

Guides and toolkits

Guides to Muslim Religious Practices

Book a CAIR Workshop

Request a Speaker

Register to Vote

Government Affairs Reports

**TAKE ACTION**

Report an incident

Action Alerts

Privacy Policy    Legal    Volunteer    Join our Email List    Events    Contact Us

TOP

© 2025 Council on American-Islamic Relations.    Website designed by INTELLIPLANS

# EXHIBIT L4

Gaza Crisis Download "Know Your Rights" Guides



HOME    ABOUT US ▾    NEWS & MEDIA ▾    GET INVOLVED ▾    RESOURCES ▾

CONTACT US ▾

**$ DONATE**

# CAIR Press Releases

Share this:

Facebook    Twitter    Linkedin    WhatsApp    Reddit    Copy Link

## CAIR Calls on Minn. National Guard to Reject Trump's 'Racist and Illegal Threat,' Encourages Suspension of President's Twitter Account



Ibrahim Hooper    May 29, 2020    11:39 am

**TAKE ACTION:** Demand Twitter Shut Down Trump's Racist Account

**(WASHINGTON, DC – 5/29/2020) –** The Council on American-Islamic Relations (CAIR), the nation's largest Muslim civil rights and advocacy organization, today condemned President Trump's "racist threat of violence" against protesters, called for the suspension of both his and the White House's Twitter accounts, and encouraged the Minnesota National Guard to affirm that it will disobey any unlawful orders to harm protesters.

Amid protests and unrest in Minneapolis last night, President Trump posted a tweet that condemned "thugs" for "looting" in Minneapolis, threatened to intervene with the National Guard, and declared "when the looting starts, the shooting will start."

In response, Twitter restricted the visibility of the post for "glorifying violence" in violation of its rules, but allowed the tweet to remain accessible for "public interest." The official White House Twitter account then posted the same quote from President Trump.

SEE: Twitter Restricts Access to Trump's Threat to Shoot Minneapolis Protesters

/twitter-restricts-access-trumps-threat-shoot-minneapolis-protesters/



Nedim C. donated $55 🎉
🇺🇸 Cleveland, United States

Donate!

## Latest Press Releases



**CAIR Welcomes Arrest of Va. Man with Largest Cache of IEDs Ever Seized By FBI**
January 2, 2025   •   Press Releases

**CAIR Joins New Orleans Muslim Community in Mourning Victims of Bourbon Street Attack, Denouncing Daesh**
January 2, 2025   •   Press Releases

**CAIR in the News, January 2, 2025**
January 2, 2025   •   Press Releases

**CAIR Says U.N. Report Condemning Israel's Destruction of Gaza Healthcare System is Further Evidence of Genocide**
December 31, 2024   •   Press Releases

**CAIR Welcomes Transfer of Guantanamo Prisoner to Tunisia, Repeats Call for Facility's Closure**
December 31, 2024   •   Press Releases

**Video: CAIR-WA Calls for Hate Crime Probe of Vandalism Targeting Kent Mosque**
December 31, 2024   •   Press Releases

interest. The official White House Twitter account then posted the same quote from President Trump.

**SEE: Twitter Restricts Access to Trump's Threat to Shoot Minneapolis Protesters**

https://theintercept.com/2020/05/29/twitter-restricts-access-trumps-threat-shoot-minneapolis-protesters/

In a statement, **CAIR National Deputy Executive Director Edward Ahmed Mitchell** said:

"President Trump's threat to shoot 'thugs' for 'looting' in Minneapolis was a blatantly racist call to violence worthy of Bull Connor.

"As despicable as President Trump's words were, no one should be surprised that the man who praised neo-Confederates, neo-Nazis and other armed white militants is now smearing and threatening unarmed black protesters.

"The Minnesota National Guard should publicly affirm that it will not obey such unlawful orders, and Twitter should suspend the accounts of both the White House and President Trump for posting this racist threat of violence."

[**NOTE**: "Bull" Connor was an Alabama official who sparked outrage nationwide by permitting and directing brutal violence against civil rights activists in the Birmingham during the 1960s.]

CAIR also noted that Trump's use of the word "THUGS" is a race-coded word that bigoted politicians use to negatively describe African-American protestors.

In 2015, following the death of African-American Baltimore resident Freddie Grey and city wide protests Trump posted a similar racist tweet: "Our great African American president hasn't exactly had a positive impact on the thugs who are so happily and openly destroying Baltimore."

Last July, CAIR and the Maryland State Conference of the NAACP (NAACP MSC) denounced Trump's racist tweets labeling Baltimore a "disgusting, rat and rodent infested, dangerous and filthy mess" and claiming that "no human being would want to live there."

Yesterday, the Minnesota chapter of the Council on American-Islamic Relations (CAIR-Minnesota) joined other civil rights and community organizations at a peaceful protest calling for the arrest of the four former Minneapolis police officers whose actions and inactions resulted in the killing of George Floyd.

Protesters also demanded that Governor Walz use his powers to appoint a special prosecutor not affiliated with the Hennepin County Prosecutor's office or the Attorney General's office.

CAIR is America's largest Muslim civil liberties and advocacy organization. Its mission is to enhance understanding of Islam, protect civil rights, promote justice, and empower American Muslims.

La misión de CAIR es proteger las libertades civiles, mejorar la comprensión del Islam, promover la justicia, y empoderar a los musulmanes en los Estados Unidos.

**END**

**CONTACT:** CAIR National Communications Director Ibrahim Hooper, 202-744-7726, ihooper@cair.com; CAIR Director of Government Affairs Department Robert S.





Last July, CAIR and the Maryland State Conference of the NAACP (NAACP MSC) denounced Trump's racist tweets labeling Baltimore a "disgusting, rat and rodent infested, dangerous and filthy mess" and claiming that "no human being would want to live there."

Yesterday, the Minnesota chapter of the Council on American-Islamic Relations (CAIR-Minnesota) joined other civil rights and community organizations at a peaceful protest calling for the arrest of the four former Minneapolis police officers whose actions and inactions resulted in the killing of George Floyd.

Protesters also demanded that Governor Walz use his powers to appoint a special prosecutor not affiliated with the Hennepin County Prosecutor's office or the Attorney General's office.

CAIR is America's largest Muslim civil liberties and advocacy organization. Its mission is to enhance understanding of Islam, protect civil rights, promote justice, and empower American Muslims.

La misión de CAIR es proteger las libertades civiles, mejorar la comprensión del Islam, promover la justicia, y empoderar a los musulmanes en los Estados Unidos.

**END**

**CONTACT:** CAIR National Communications Director Ibrahim Hooper, 202-744-7726, ihooper@cair.com; CAIR Director of Government Affairs Department Robert S. McCaw, 202-999-8292, rmccaw@cair.com

Share this:

Facebook    Twitter    LinkedIn    WhatsApp    Reddit    Copy Link



**CONTACT INFO**

453 New Jersey Avenue, SE
Washington, DC 20003

Tel: (202) 488-8787

Fax: (202) 488-0833

www.cair.com

More contact info

**ABOUT US**

Vision, Mission, Core Principles

CAIR at a Glance

CAIR: Who We Are

National Board of Directors

Department Directors

Annual Reports and Financials

Endorsements, Awards, Recognitions

CAIR Chapters

Dispelling Rumors About CAIR

Working with Law Enforcement

**NEWS & MEDIA**

Media Contacts

Press Releases

Op-eds

Bookable Speakers

Videos

Media Research

CAIR Logos

Photos

**GET INVOLVED**

Careers

Intern

Volunteer

Events

Become an Ally

Use Your Voice

**RESOURCES**

Know Your Rights

Civil Rights Reports

Ways to Give

Guides and toolkits

Guides to Muslim Religious Practices

Book a CAIR Workshop

Request a Speaker

Register to Vote

Government Affairs Reports

**TAKE ACTION**

Report an incident

Action Alerts

Privacy Policy    Legal    Volunteer    Join our Email List    Events    Contact Us

© 2025 Council on American-Islamic Relations.    Website designed by INTELLIPLANS

# **EXHIBIT L5**

Download "Know Your Rights" Guides



HOME    ABOUT US ▾    NEWS & MEDIA ▾    GET INVOLVED ▾    RESOURCES ▾

CONTACT US ▾

$ DONATE

# CAIR Press Releases

Share this:

Facebook    Twitter    Linkedin    WhatsApp    Reddit    Copy Link

## CAIR-Minnesota to Urge Minneapolis City Council to Allow 5-Daily Calls to Prayer



SAHANJOURNAL.COM
Minneapolis nears approval to expand broadcast of Islamic call to prayer

Ibrahim Hooper    April 12, 2023    2:00 pm

**(MINNEAPOLIS, MN, 4/12/23) –** On **Thursday, April 13**, the Minnesota chapter of the Council on American-Islamic Relations (CAIR-Minnesota), as well as Dar Al Hijrah Mosque leaders and faith leaders from across the state, will attend the Minneapolis City Council meeting during which the council will vote on a noise ordinance change that would allow for the Islamic call to prayer to be broadcast from loudspeakers for all five daily prayers in Minneapolis.

**Backgrounder:**

**SEE: Minneapolis City Council poised to vote on allowing a full daily set of Muslim prayer calls**

The adhan, five times a day: Minneapolis City Council poised to vote on allowing a full daily set of Muslim prayer calls year-round

Councilwoman Chughtai's resolution to amend the noise ordinance passed the Public Health and Safety Committee meeting on Wednesday, March 29. The resolution seeks to modify the noise violation exemption related to sounds associated with religious worship to allow for all five daily prayers to be called, as the current ordinance only permits three prayer calls.

**SEE: Noise Ordinance Change**

https://lims.minneapolismn.gov/file/2023-00176

cil meeting:

https://lims.minneapolismn.gov/Agenda/Council/3822



## Latest Press Releases

CAIR Welcomes Arrest of Va. Man with Largest Cache of IEDs Ever Seized By FBI
January 2, 2025 • Press Releases

CAIR Joins New Orleans Muslim Community in Mourning Victims of Bourbon Street Attack, Denouncing Daesh
January 2, 2025 • Press Releases

CAIR in the News, January 2, 2025
January 2, 2025 • Press Releases

CAIR Says U.N. Report Condemning Israel's Destruction of Gaza Healthcare System is Further Evidence of Genocide
December 31, 2024 • Press Releases

CAIR Welcomes Transfer of Guantanamo Prisoner to Tunisia, Repeats Call for Facility's Closure
December 31, 2024 • Press Releases

Video: CAIR-WA Calls for Hate Crime Probe of Vandalism Targeting Kent Mosque
December 31, 2024 • Press Releases

Muhammad A. donated $100
🇺🇸 Miami, United States
Donate!

**SEE:** Noise Complaint from a resident:

https://lims.minneapolismn.gov/file/2023-00176

**SEE:** The agenda for the City Council meeting:

https://lims.minneapolismn.gov/Agenda/Council/3822

**WHAT:** Minneapolis City Council Meeting

**WHEN:** Thursday April 13Th 9:30 a.m.

**WHERE:** Minneapolis City Hall, 350 S. 5th Street, Minneapolis, MN 55415

**CONTACT:** CAIR-MN Executive Director Jaylani Hussein, 612-406-0070, Jhussein@cair.com

CAIR is America's largest Muslim civil liberties and advocacy organization. Its mission is to enhance understanding of Islam, protect civil rights, promote justice, and empower American Muslims.

La misión de CAIR es proteger las libertades civiles, mejorar la comprensión del Islam, promover la justicia, y empoderar a los musulmanes en los Estados Unidos.

**END**

**CONTACT:** CAIR-MN Executive Director Jaylani Hussein, 612-406-0070, CAIR National Communications Director Ibrahim Hooper, 202-744-7726, ihooper@cair.com

Share this:

| Facebook | Twitter | LinkedIn | WhatsApp | Reddit | Copy Link |



## CONTACT INFO

453 New Jersey Avenue, SE
Washington, DC 20003

Tel: (202) 488-8787

Fax: (202) 488-0833

www.cair.com

More contact info

## ABOUT US

Vision, Mission, Core Principles

CAIR at a Glance

CAIR: Who We Are

National Board of Directors

Department Directors

Annual Reports and Financials

Endorsements, Awards, Recognitions

CAIR Chapters

Dispelling Rumors About CAIR

Working with Law Enforcement

## NEWS & MEDIA

Media Contacts

Press Releases

Op-eds

Bookable Speakers

Videos

Media Research

CAIR Logos

Photos

## GET INVOLVED

Careers

Intern

Volunteer

Events

Become an Ally

Use Your Voice

## RESOURCES

Know Your Rights

Civil Rights Reports

Ways to Give

Guides and toolkits

Guides to Muslim Religious Practices

Book a CAIR Workshop

Request a Speaker

Register to Vote

Government Affairs Reports

## TAKE ACTION

Report an incident

Action Alerts

© 2025 Council on American-Islamic Relations.

Website designed by INTELLIPLANS

Lujani A. donated $100
🇺🇸 Bethesda, United States
Donate!

# EXHIBIT L6







HOME    ABOUT US ⌄    NEWS & MEDIA ⌄    GET INVOLVED ⌄    RESOURCES ⌄

CONTACT US ⌄



# CAIR Press Releases

Share this:

Facebook    Twitter    Linkedin    WhatsApp    Reddit    Copy Link

## CAIR-MN Calls for Updated Hate Crime Law After Anti-Muslim, Racist Graffiti Sprayed on Minnesota Mosque





## Latest Press Releases

**CAIR Welcomes Arrest of Va. Man with Largest Cache of IEDs Ever Seized By FBI**
January 2, 2025    •    Press Releases

**CAIR Joins New Orleans Muslim Community in Mourning Victims of Bourbon Street Attack, Denouncing Daesh**
January 2, 2025    •    Press Releases

**CAIR in the News, January 2, 2025**
January 2, 2025    •    Press Releases

**CAIR Says U.N. Report Condemning Israel's Destruction of Gaza Healthcare System is Further Evidence of Genocide**
December 31, 2024    •    Press Releases

**CAIR Welcomes Transfer of Guantanamo Prisoner to Tunisia, Repeats Call for Facility's Closure**
December 31, 2024    •    Press Releases

**Video: CAIR-WA Calls for Hate Crime Probe of Vandalism Targeting Kent Mosque**
December 31, 2024    •    Press Releases



🧑 Ibrahim Hooper    🕐 April 25, 2021    🕐 8:16 pm

**(MINNEAPOLIS, MN, 4/25/21)** - The Minnesota chapter of the Council on American-Islamic Relations (CAIR-MN) today called on local, state and federal law enforcement authorities to investigate anti-Muslim, neo-Nazi and racist graffiti sprayed on a mosque in Moorhead, Minn, as a hate crime.

Officials with the Moorhead-Fargo Islamic Community Center reported to CAIR-MN that vandals overnight spray-painted hate messages such as "Death to Islam," F**k Islam, "N**ger," and a Nazi swastika on and near the mosque. A window of the mosque was also broken. Police have released a photo of the suspect. The FBI is assisting in the case.

**PHOTOS OF VANDALISM**:

https://www.cair.com/wp-content/uploads/2021/04/MnMosque.png

**Suspect photos released after Moorhead Fargo Islamic Center vandalized with hate speech**

https://www.inforum.com/news/crime-and-courts/7000485-Moorhead-Fargo-Islamic-Center-vandalized-with-hate-speech

**FBI investigating vandalism at Moorhead Mosque**

https://www.kfyrtv.com/2021/04/25/fbi-investigating-vandalism-at-moorhead-mosque/

CAIR-MN also called on state lawmakers to pass a bill updating Minnesota's hate crime legislation. A Minnesota House committee moved forward a bill (HF 1691) to update the state's hate crime statutes to allow community organizations to report hate crimes to the Department of Human Rights, update police training to respond to hate crimes and treat hateful graffiti as a hate crime.

**SEE: Minnesota House pushes to update hate crime laws**

https://www.duluthnewstribune.com/news/government-and-politics/6954983-Minnesota-House-pushes-to-update-hate-crime-laws

"We call on local, state and federal law enforcement authorities to investigate this disturbing attack as a hate crime and to devote all resources necessary to bring the perpetrators to justice," said **CAIR-MN Executive Director Jaylani Hussein**. "Our ~~that they take growing hate crimes seriously by~~ ~~e incidents are reported and handled.~~"

He noted that tomorrow, CAIR will hold a virtual news conference to release its

 Sadaf A. donated $50 😊
🇺🇸 Philadelphia, United States

 Donate!

˄ TOP

"We call on local, state and federal law enforcement authorities to investigate this disturbing attack as a hate crime and to devote all resources necessary to bring the perpetrators to justice," said **CAIR-MN Executive Director Jaylani Hussein**. "Our state's lawmakers must also show that they take growing hate crimes seriously by passing legislation to update how hate incidents are reported and handled."

He noted that tomorrow, CAIR will hold a virtual news conference to release its latest national report on the civil rights of American Muslims, titled "Resilience in the Face of Hate."

**WHEN**: Monday, April 26 at 12:30 p.m. ET

**WHERE**: https://www.facebook.com/CAIRNational

**SEE: CAIR to Issue Report Detailing 6000+ American Muslim Civil Rights Complaints**



### CAIR to Issue Report Detailing 6000+ American Muslim Civil Rights Complaints

'Resilience in the Face of Hate' shows trends in complaints since 2018 and during COVID-19 pandemic (WASHINGTON, D.C, 4/22/2021) – On Monday, April 26, the Council on American-Islamic Relations (CAIR), the nation's largest Muslim civil rights and advocacy organization, will hold a virtual news conference to release its latest report on the civil rights of American ... Continue reading



CAIR is America's largest Muslim civil liberties and advocacy organization. Its mission is to enhance understanding of Islam, protect civil rights, promote justice, and empower American Muslims.

La misión de CAIR es proteger las libertades civiles, mejorar la comprensión del Islam, promover la justicia, y empoderar a los musulmanes en los Estados Unidos.

**END**

**CONTACT**: CAIR-MN Executive Director Jaylani Hussein, 612-406-0070, jhussein@cair.com; CAIR National Communications Director Ibrahim Hooper,202-744-7726, ihooper@cair.com; CAIR-MN Deputy Director Mohamed Ibrahim 507-990-3473, mlbrahim@cair.com

Share this:



| Facebook | Twitter | Linkedin | WhatsApp | Reddit | Copy Link |

---

**CONTACT INFO**

453 New Jersey Avenue, SE
Washington, DC 20003

Te

Fa

www.cair.com

**ABOUT US**

Vision, Mission, Core Principles

CAIR at a Glance

Department Directors

**NEWS & MEDIA**

Media Contacts

Press Releases

Op-eds

Bookable Speakers

Videos

Media Research

CAIR I

**GET INVOLVED**

Careers

Intern

Volunteer

Events

Become an Ally

Use Your Voice

**RESOURCES**

Know Your Rights

Civil Rights Reports

Ways to Give

Guides and toolkits

Guides to Muslim Religious Practices

Book a CAIR Workshop

**TAKE ACTION**

Report an incident

Action Alerts



Sadaf A. donated $50 😊
🇺🇸 Philadelphia, United States

Donate!

∧
**TOP**



### CAIR to Issue Report Detailing 6090+ American Muslim Civil Rights Complaints

'Resilience in the Face of Hate' shows trends in complaints since 2018 and during COVID-19 pandemic (WASHINGTON, D.C, 4/22/2021) – On Monday, April 26, the Council on American-Islamic Relations (CAIR), the nation's largest Muslim civil rights and advocacy organization, will hold a virtual news conference to release its latest report on the civil rights of American … Continue reading

CAIR is America's largest Muslim civil liberties and advocacy organization. Its mission is to enhance understanding of Islam, protect civil rights, promote justice, and empower American Muslims.

La misión de CAIR es proteger las libertades civiles, mejorar la comprensión del Islam, promover la justicia, y empoderar a los musulmanes en los Estados Unidos.

**END**

**CONTACT**: CAIR-MN Executive Director Jaylani Hussein, 612-406-0070, jhussein@cair.com; CAIR National Communications Director Ibrahim Hooper,202-744-7726, ihooper@cair.com; CAIR-MN Deputy Director Mohamed Ibrahim 507-990-3473, mlbrahim@cair.com

Share this:

| Facebook | Twitter | LinkedIn | WhatsApp | Reddit | Copy Link |



**CONTACT INFO**

453 New Jersey Avenue, SE
Washington, DC 20003

Tel: (202) 488-8787

Fax: (202) 488-0833

www.cair.com

More contact info

**ABOUT US**

Vision, Mission, Core Principles

CAIR at a Glance

CAIR: Who We Are

National Board of Directors

Department Directors

Annual Reports and Financials

Endorsements, Awards, Recognitions

CAIR Chapters

Dispelling Rumors About CAIR

Working with Law Enforcement

**NEWS & MEDIA**

Media Contacts

Press Releases

Op-eds

Bookable Speakers

Videos

Media Research

CAIR Logos

Photos

**GET INVOLVED**

Careers

Intern

Volunteer

Events

Become an Ally

Use Your Voice

**RESOURCES**

Know Your Rights

Civil Rights Reports

Ways to Give

Guides and toolkits

Guides to Muslim Religious Practices

Book a CAIR Workshop

Request a Speaker

Register to Vote

Government Affairs Reports

**TAKE ACTION**

Report an incident

Action Alerts

Privacy Policy    Legal    Volunteer    Join our Email List    Events    Contact Us

© 2025 Council on American-Islamic Relations.    Website designed by INTELLIPLANS

# EXHIBIT L7

Gaza Crisis  
Download "Know Your Rights" Guides


CAIR

HOME    ABOUT US ▾    NEWS & MEDIA ▾    GET INVOLVED ▾    RESOURCES ▾

CONTACT US ▾

$ DONATE

## CAIR Press Releases

Share this:

Facebook    Twitter    Linkedin    WhatsApp    Reddit    Copy Link

## CAIR-Minnesota Calls for Community Support After St. Paul Mosque Vandalized Multiple Times



👤 Ibrahim Hooper    🕐 October 13, 2020    🕐 10:36 am

**(MINNEAPOLIS, MN, 10/13/20)** – The Minnesota chapter of the Council on American-Islamic Relations (CAIR-Minnesota) today is seeking community support for St. Paul's Dar Uloom Islamic Center, a mosque that has been vandalized multiple times this summer, starting on June 15.

**MEDIA NOTE: Media availability on Tuesday from 12-2 pm CDT at the mosque located at 977 5th St E, St. Paul, MN 55106**

The vandalism on June 15th caused over $20,000 in damages at the mosque's school building. On August 24, the front door was broken and vandalized. After repairing the door that day, vandals broke the door down again the next night on August 25th. Cars in the private parking lot were also broken into and vandalized.

**SEE: Dropbox link of Images and Videos of Vandalism**

...gaev0/AADctY7EsWsld_x452118zNua

In a statement, **CAIR-Minnesota Executive Director Jaylani Hussein** said:



## Latest Press Releases

**CAIR Welcomes Arrest of Va. Man with Largest Cache of IEDs Ever Seized By FBI**
January 2, 2025  •  Press Releases

**CAIR Joins New Orleans Muslim Community in Mourning Victims of Bourbon Street Attack, Denouncing Daesh**
January 2, 2025  •  Press Releases

**CAIR in the News, January 2, 2025**
January 2, 2025  •  Press Releases

**CAIR Says U.N. Report Condemning Israel's Destruction of Gaza Healthcare System is Further Evidence of Genocide**
December 31, 2024  •  Press Releases

**CAIR Welcomes Transfer of Guantanamo Prisoner to Tunisia, Repeats Call for Facility's Closure**
December 31, 2024  •  Press Releases

**Video: CAIR-WA Calls for Hate Crime Probe of Vandalism Targeting Kent Mosque**
December 31, 2024  •  Press Releases

DARDAN B. donated $20 👍
🏴󠁧󠁢󠁥󠁮󠁧󠁿 London, United Kingdom
Donate!

repairing the door that day, vandals broke the door down again the next night on
August 25th. Over the past several months, both mosques have been invaded, vandalized.

SEE: **Dropbox link of Images and Videos of Vandalism**

https://www.dropbox.com/sh/sxt5ys9rtjgaev0/AADctY7EsWsld_x452ll8zNua

In a statement, **CAIR-Minnesota Executive Director Jaylani Hussein** said:

"We are not concerned about residents in the immediate neighborhood around Dar
Uloom Islamic Center, who have been friendly and supportive of their local mosque.
We suspect that extremists outside of the community are committing these hateful
acts."

"Mosques in Minnesota have been targeted with bombings, vandalism and more.
Since 2016, we have seen an increase in other Islamophobic threats and attacks. We
cannot accept these assaults on mosques that intend to intimidate Muslims and the
Dar Uloom Islamic Center community. We will not be intimidated, and we will not
stop our worship."

To support the Dar Uloom Islamic Center, please visit their GoFundMe page here.

**GO TO:** https://www.gofundme.com/f/support-dar-uloom-islamic-center

The Washington-based civil rights organization has reported an unprecedented
spike in bigotry targeting American Muslims, immigrants and members of other
minority groups since the election of Donald Trump as president.

CAIR is America's largest Muslim civil liberties and advocacy organization. Its
mission is to enhance understanding of Islam, protect civil rights, promote justice,
and empower American Muslims.

La misión de CAIR es proteger las libertades civiles, mejorar la comprensión del
Islam, promover la justicia, y empoderar a los musulmanes en los Estados Unidos.

**END**

**CONTACT:** CAIR-MN Executive Director Jaylani Hussein, 612-406-
0070, jhussein@cair.com; CAIR-MN Deputy Director Mohamed Ibrahim 507-990-
3473 CAIR National Communications Director Ibrahim Hooper, 202-744-
7726, ihooper@cair.com

Share this:



"Mosques in Minnesota have been targeted with bombings, vandalism and more. Since 2016, we have seen an increase in other Islamophobic threats and attacks. We cannot accept these assaults on mosques that intend to intimidate Muslims and the Dar Uloom Islamic Center community. We will not be intimidated, and we will not stop our worship."

To support the Dar Uloom Islamic Center, please visit their GoFundMe page here.

**GO TO:** https://www.gofundme.com/f/support-dar-uloom-islamic-center

The Washington-based civil rights organization has reported an unprecedented spike in bigotry targeting American Muslims, immigrants and members of other minority groups since the election of Donald Trump as president.

CAIR is America's largest Muslim civil liberties and advocacy organization. Its mission is to enhance understanding of Islam, protect civil rights, promote justice, and empower American Muslims.

La misión de CAIR es proteger las libertades civiles, mejorar la comprensión del Islam, promover la justicia, y empoderar a los musulmanes en los Estados Unidos.

**END**

**CONTACT:** CAIR-MN Executive Director Jaylani Hussein, 612-406-0070, jhussein@cair.com; CAIR-MN Deputy Director Mohamed Ibrahim 507-990-3473 CAIR National Communications Director Ibrahim Hooper, 202-744-7726, ihooper@cair.com

Share this:

| Facebook | Twitter | Linkedin | WhatsApp | Reddit | Copy Link |



**CONTACT INFO**

453 New Jersey Avenue, SE
Washington, DC 20003

Tel: (202) 488-8787

Fax: (202) 488-0833

www.cair.com

More contact info

**ABOUT US**

Vision, Mission, Core Principles

CAIR at a Glance

CAIR: Who We Are

National Board of Directors

Department Directors

Annual Reports and Financials

Endorsements, Awards, Recognitions

CAIR Chapters

Dispelling Rumors About CAIR

Working with Law Enforcement

**NEWS & MEDIA**

Media Contacts

Press Releases

Op-eds

Bookable Speakers

Videos

Media Research

CAIR Logos

Photos

**GET INVOLVED**

Careers

Intern

Volunteer

Events

Become an Ally

Use Your Voice

**RESOURCES**

Know Your Rights

Civil Rights Reports

Ways to Give

Guides and toolkits

Guides to Muslim Religious Practices

Book a CAIR Workshop

Request a Speaker

Register to Vote

Government Affairs Reports

**TAKE ACTION**

Report an incident

Action Alerts

Privacy Policy     Legal     Volunteer     Join our Email List     Events     Contact Us

© 2025 Council on American-Islamic Relations.     Website designed by INTELLIPLANS

# EXHIBIT L8

  

Download "Know Your Rights' Guides



HOME    ABOUT US ▾    NEWS & MEDIA ▾    GET INVOLVED ▾    RESOURCES ▾

CONTACT US ▾



$ DONATE

# CAIR Press Releases

Share this:

Facebook    Twitter    Linkedin    WhatsApp    Reddit    Copy Link

## CAIR-Minnesota Calls for Hate Crime Probe of Vandalism Targeting Mosque, Muslim Business



 Ibrahim Hooper    March 5, 2020    4:26 pm

**(MINNEAPOLIS, MN, 3/5/20) –** The Minnesota chapter of the Council on American-Islamic Relations (CAIR-Minnesota) today called on law enforcement authorities to investigate a possible vandalism targeting Masjid Al Nur and a Muslim-owned business in Minneapolis.

On Thursday morning, similar hate messages — including "F**** Allah" — were found spay-painted at each site.

**PHOTOS OF VANDALISM:**

https://www.cair.com/wp-content/uploads/2020/03/mn-mosque.png

https://www.cair.com/wp-content/uploads/2020/03/mn-business.png

"Sadly, these incidents have become all too common in Minnesota. We urge local, state and federal law enforcement authorities to investigate the apparent bias motive for this vandalism and for elected leaders to denounce hateful rhetoric fueling hate in our state and nation," said **CAIR-Minnesota Executive Director Jaylani Hussein.**

Hussein added that he appreciates the quick response from the Minneapolis Police Department. Anyone-who has any information can contact the Minneapolis Police Department.

He added 2019 was a record year for incidents targeting Mosques and Muslim business in Minnesota



## Latest Press Releases

CAIR Welcomes Arrest of Va. Man with Largest Cache of IEDs Ever Seized By FBI

January 2, 2025 • Press Releases

CAIR Joins New Orleans Muslim Community in Mourning Victims of Bourbon Street Attack, Denouncing Daesh

January 2, 2025 • Press Releases

CAIR in the News, January 2, 2025

January 2, 2025 • Press Releases

CAIR Says U.N. Report Condemning Israel's Destruction of Gaza Healthcare System is Further Evidence of Genocide

December 31, 2024 • Press Releases

CAIR Welcomes Transfer of Guantanamo Prisoner to Tunisia, Repeats Call for Facility's Closure

December 31, 2024 • Press Releases

Video: CAIR-WA Calls for Hate Crime Probe of Vandalism Targeting Kent Mosque

December 31, 2024 • Press Releases

Jaylani Hussein.

Hussein added that he appreciates the quick response from the Minneapolis Police Department. Anyone who has any information can contact the Minneapolis Police Department.

He added 2019 was a record year for incidents targeting Mosques and Muslim business in Minnesota.

**A LaunchGood Donation Page Set Has Been Set Up for the Mosque:**

https://www.launchgood.com/campaign/support_masjid_annur#!/

**Video: CAIR-Minnesota Calls for Hate Crime Probe of Attack on Minneapolis Mosque**



**Vandalism at Minnesota Mosque Being Investigated as Hate Crime, Police Say**

https://abcnews.go.com/US/vandalism-minnesota-mosque-investigated-hate-crime-police/story?id=67882085

**Minnesota Priest Apologizes for Calling Muslims a 'Threat'**

https://apnews.com/14ff9e6e9e7f884086e7e629b6d6eab0

The Washington-based Muslim civil rights organization has reported an unprecedented spike in bigotry targeting American Muslims, immigrants and members of other minority groups since the election of Donald Trump as president. It has repeatedly condemned Trump's racist, white supremacist, Islamophobic, xenophobic, and anti-immigrant rhetoric, appointments and policies.

**SEE: CAIR, CAIR-MN Condemn Trump's Racist Rant Targeting Somali-Americans**

https://www.prnewswire.com/news-releases/cair-cair-mn-condemn-trumps-racist-rant-targeting-somali-americans-300937190.html

CAIR is America's largest Muslim civil liberties and advocacy organization. Its mission is to enhance understanding of Islam, protect civil rights, promote justice, and empower American Muslims.

La misión de CAIR es proteger las libertades civiles, mejorar la comprensión del Islam, promover la justicia, y empoderar a los musulmanes en los Estados Unidos.

**END**

CONTACT: CAIR-MN Executive Director Jaylani Hussein, 612-406-0070, CAIR National Communications Coordinator Ayan Ajeen, 202-774-0770, aajeen@cair.com; CAIR National Communications Director Ibrahim Hooper, 202-744-

The Washington-based Muslim civil rights organization has reported an unprecedented spike in bigotry targeting American Muslims, immigrants and members of other minority groups since the election of Donald Trump as president. It has repeatedly condemned Trump's racist, white supremacist, Islamophobic, xenophobic, and anti-immigrant rhetoric, appointments and policies.

**SEE: CAIR, CAIR-MN Condemn Trump's Racist Rant Targeting Somali-Americans**

https://www.prnewswire.com/news-releases/cair-cair-mn-condemn-trumps-racist-rant-targeting-somali-americans-300937190.html

CAIR is America's largest Muslim civil liberties and advocacy organization. Its mission is to enhance understanding of Islam, protect civil rights, promote justice, and empower American Muslims.

La misión de CAIR es proteger las libertades civiles, mejorar la comprensión del Islam, promover la justicia, y empoderar a los musulmanes en los Estados Unidos.

**END**

CONTACT: CAIR-MN Executive Director Jaylani Hussein, 612-406-0070, CAIR National Communications Coordinator Ayan Ajeen, 202-774-0770, aajeen@cair.com; CAIR National Communications Director Ibrahim Hooper, 202-744-7726, ihooper@cair.com

Share this:

Facebook | Twitter | LinkedIn | WhatsApp | Reddit | Copy Link



## CONTACT INFO

453 New Jersey Avenue, SE
Washington, DC 20003

Tel: (202) 488-8787

Fax: (202) 488-0833

www.cair.com

More contact info

## ABOUT US

Vision, Mission, Core Principles

CAIR at a Glance

CAIR: Who We Are

National Board of Directors

Department Directors

Annual Reports and Financials

Endorsements, Awards, Recognitions

CAIR Chapters

Dispelling Rumors About CAIR

Working with Law Enforcement

## NEWS & MEDIA

Media Contacts

Press Releases

Op-eds

Bookable Speakers

Videos

Media Research

CAIR Logos

Photos

## GET INVOLVED

Careers

Intern

Volunteer

Events

Become an Ally

Use Your Voice

## RESOURCES

Know Your Rights

Civil Rights Reports

Ways to Give

Guides and toolkits

Guides to Muslim Religious Practices

Book a CAIR Workshop

Request a Speaker

Register to Vote

Government Affairs Reports

## TAKE ACTION

Report an incident

Action Alerts

Privacy Policy   Legal   Volunteer   Join our Email List   Events   Contact Us

© 2025 Council on American-Islamic Relations.

Website designed by INTELLIPLANS

TOP

# EXHIBIT L9



HOME    ABOUT US ▾    NEWS & MEDIA ▾    GET INVOLVED ▾    RESOURCES ▾    CONTACT US ▾


$ DONATE

# CAIR Press Releases

**Share this:**

Facebook    Twitter    Linkedin    WhatsApp    Reddit    Copy Link

## BREAKING NEWS: CAIR-MN, Community Leaders to React to Minnesota Mosque Bombing Trial Verdict



BREAKING · 6 MINS

MINNESOTA.CBSLOCAL.COM
Michael Hari Found Guilty On All 5 Counts In Bloomington Mosque Bombing

Ibrahim Hooper    December 9, 2020    3:24 pm

**(ST. PAUL, MN, 12/9/20)** – Later today, Wednesday, Dec. 9, the Minnesota chapter of the Council on American-Islamic Relations (CAIR-MN) will host a news conference response in St. Paul with faith and community leaders to react to a verdict in the 2017 bombing of Dar Al Farooq Islamic Center.

**SEE:** Michael Hari Found Guilty On All 5 Counts In Bloomington Mosque Bombing

https://minnesota.cbslocal.com/2020/12/09/michael-hari-found-guilty-on-all-5-counts-in-bloomington-mosque-bombing/

**WHAT:** Community response to verdict in 2017 bombing of Minnesota's Dar Al Farooq Islamic Center.

**WHEN:** December 9th at 3 p.m.

**WHERE:** Outside of Federal Court House building, 100 Federal Building, 316 Robert St N, St Paul, MN 55101

**CONTACT**: CAIR-MN Executive Director Jaylani Hussein, 612-406-0070, jhussein@cair.com; CAIR-MN Deputy Director Mohamed Ibrahim 507-990-3473; CAIR National Communications Director Ibrahim Hooper, 202-744-7726, ihooper@cair.com

CAIR is America's largest Muslim civil liberties and advocacy organization. Its mission is to enhance understanding of Islam, protect civil rights, promote justice, and empower American Muslims.



## Latest Press Releases

**CAIR Welcomes Arrest of Va. Man with Largest Cache of IEDs Ever Seized By FBI**
January 2, 2025 • Press Releases

**CAIR Joins New Orleans Muslim Community in Mourning Victims of Bourbon Street Attack, Denouncing Daesh**
January 2, 2025 • Press Releases

**CAIR in the News, January 2, 2025**
January 2, 2025 • Press Releases

**CAIR Says U.N. Report Condemning Israel's Destruction of Gaza Healthcare System is Further Evidence of Genocide**
December 31, 2024 • Press Releases

**CAIR Welcomes Transfer of Guantanamo Prisoner to Tunisia, Repeats Call for Facility's Closure**
December 31, 2024 • Press Releases

**Video: CAIR-WA Calls for Hate Crime Probe of Vandalism Targeting Kent Mosque**
December 31, 2024 • Press Releases

**SEE:** Michael Hari Found Guilty On All 5 Counts In Bloomington Mosque Bombing

https://minnesota.cbslocal.com/2020/12/09/michael-hari-found-guilty-on-all-5-counts-in-bloomington-mosque-bombing/

**WHAT:** Community response to verdict in 2017 bombing of Minnesota's Dar Al Farooq Islamic Center.

**WHEN:** December 9th at 3 p.m.

**WHERE:** Outside of Federal Court House building, 100 Federal Building, 316 Robert St N, St Paul, MN 55101

**CONTACT:** CAIR-MN Executive Director Jaylani Hussein, 612-406-0070, jhussein@cair.com; CAIR-MN Deputy Director Mohamed Ibrahim 507-990-3473; CAIR National Communications Director Ibrahim Hooper, 202-744-7726, ihooper@cair.com

CAIR is America's largest Muslim civil liberties and advocacy organization. Its mission is to enhance understanding of Islam, protect civil rights, promote justice, and empower American Muslims.

*La misión de CAIR es proteger las libertades civiles, mejorar la comprensión del Islam, promover la justicia, y empoderar a los musulmanes en los Estados Unidos.*

END

Share this:

Facebook  Twitter  Linkedin  WhatsApp  Reddit  Copy Link



CAIR Welcomes Transfer of Guantanamo Prisoner to Tunisia, Repeats Call for Facility's Closure

December 31, 2024 • Press Releases

Video: CAIR-WA Calls for Hate Crime Probe of Vandalism Targeting Kent Mosque

December 31, 2024 • Press Releases

---

**CONTACT INFO**

453 New Jersey Avenue, SE
Washington, DC 20003

Tel: (202) 488-8787

Fax: (202) 488-0833

www.cair.com

More contact info

**ABOUT US**

Vision, Mission, Core Principles

CAIR at a Glance

CAIR: Who We Are

National Board of Directors

Department Directors

Annual Reports and Financials

Endorsements, Awards, Recognitions

CAIR Chapters

Dispelling Rumors About CAIR

Working with Law Enforcement

**NEWS & MEDIA**

Media Contacts

Press Releases

Op-eds

Bookable Speakers

Videos

Media Research

CAIR Logos

Photos

**GET INVOLVED**

Careers

Intern

Volunteer

Events

Become an Ally

Use Your Voice

**RESOURCES**

Know Your Rights

Civil Rights Reports

Ways to Give

Guides and toolkits

Guides to Muslim Religious Practices

Book a CAIR Workshop

Request a Speaker

Register to Vote

Government Affairs Reports

**TAKE ACTION**

Report an incident

Action Alerts

---

Privacy Policy  Legal  Volunteer  Join our Email List  Events  Contact Us

© 2025 Council on American-Islamic Relations.

Website designed by INTELLIPLANS

# **EXHIBIT L10**

Gaza Crisis  

Download "Know Your Rights" Guides

 **CAIR**

HOME    ABOUT US ▼    NEWS & MEDIA ▼    GET INVOLVED ▼    RESOURCES ▼

CONTACT US ▼

 **$ DONATE**

🔍

# CAIR Press Releases

Share this:

| f Facebook | 𝕏 Twitter | in Linkedin | 🟢 WhatsApp | 🔴 Reddit | 🔗 Copy Link |

## UPDATED: CAIR-Minnesota Condemns City-Imposed Curfew on First Night of Ramadan, Seeks Exemption for Religious Purposes



USATODAY.COM
'This is murder': Outrage builds over death of Daunte Wright in traffic stop: police chief says officer...

👤 Ibrahim Hooper    🕐 April 12, 2021    🕕 6:10 pm

**UPDATE:** Gov. Walz sets 7 p.m. curfew in Hennepin, Ramsey, Anoka, Dakota counties (Star Tribune)

Those traveling to and from religious services are also exempt from the curfew, an exception clarified after the **Minnesota Chapter of the Council on American-Islamic Relations (CAIR)** issued a statement condemning officials for preventing prayer gatherings on the first night of Ramadan.

**(MINNEAPOLIS, MN – 4/12/2021) –** The Minnesota chapter of the Council on American-Islamic Relations today criticized the City of St. Paul-Minneapolis' decision to impose a curfew on the first night of Ramadan without consulting Muslim community leaders and called on city officials to add an exception for religious purposes.

In a statement, **CAIR-Minnesota Executive Director Jaylani Hussein** said:

*"By imposing a city-wide curfew on the very first night of Ramadan without consulting Minneapolis Muslim leaders, our leaders have undermined the community's trust and violated the Constitution. Public officials must amend the curfew in order to respect freedom of religion, including the right to gather and worship during Ramadan."*

In a statement, CAIR-Minnesota Deputy Director Mohamed Ibrahim said:

*"On the eve of Ramadan, our community has been traumatized by the trial of Derik Chauvin and now the murder of Dante Wright. Nothing can bring solace and hope tonight better than gathering with our fellow Muslim community members in prayer.*

## Latest Press Releases

**CAIR Welcomes Arrest of Va. Man with Largest Cache of IEDs Ever Seized By FBI**
January 2, 2025   •   Press Releases

**CAIR Joins New Orleans Muslim Community in Mourning Victims of Bourbon Street Attack, Denouncing Daesh**
January 2, 2025   •   Press Releases

**CAIR in the News, January 2, 2025**
January 2, 2025   •   Press Releases

**CAIR Says U.N. Report Condemning Israel's Destruction of Gaza Healthcare System is Further Evidence of Genocide**
December 31, 2024   •   Press Releases

**CAIR Welcomes Transfer of Guantanamo Prisoner to Tunisia, Repeats Call for Facility's Closure**
December 31, 2024   •   Press Releases

**Video: CAIR-WA Calls for Hate Crime Probe of Vandalism Targeting Kent Mosque**
December 31, 2024   •   Press Releases

*curfew in order to respect freedom of religion, including the right to gather and worship during Ramadan.*

In a statement, CAIR-Minnesota Deputy Director Mohamed Ibrahim said:

*"On the eve of Ramadan, our community has been traumatized by the trial of Derik Chauvin and now the murder of Dante Wright. Nothing can bring solace and hope tonight better than gathering with our fellow Muslim community members in prayer. Denying Minnesota Muslims this right violates our First Amendment rights. The order must be amended."*

Earlier today, CAIR-Minnesota called for the immediate termination of the Brooklyn City police officer who shot and killed Daunte Wright during a traffic stop on April 11.

**SEE: CAIR-Minnesota Calls for Firing and Prosecution of Officer Who Killed Daunte Wright**

### CAIR-Minnesota Calls for Firing and Prosecution of Officer Who Killed Daunte Wright

 Civil rights group also condemns police abuse of protesters, and demands resignations of city manager and police chief. (MINNEAPOLIS, MN, 4/12/2021) – – The Minnesota chapter and national office of the Council on American-Islamic Relations (CAIR) today called for the immediate termination of the Brooklyn City police officer who shot and killed Daunte Wright during ... Continue reading



**WASH. POST: Minn. officer who shot Daunte Wright apparently meant to use Taser but accidentally fired gun, police chief says**

https://www.unionleader.com/news/courts/minn-officer-who-shot-daunte-wright-apparently-meant-to-use-taser-but-accidentally-fired-gun/article_d4772ee8-d7b2-585d-8369-b3e5f8113064.html

**'This is murder': Outrage builds over death of Daunte Wright in traffic stop; police chief says officer intended to use Taser**

https://www.usatoday.com/story/news/nation/2021/04/12/daunte-wright-police-shooting-near-minneapolis-protest-what-to-know/7185768002/

CAIR's mission is to protect civil rights, enhance understanding of Islam, promote justice, and empower American Muslims.

La misión de CAIR es proteger las libertades civiles, mejorar la comprensión del Islam, promover la justicia, y empoderar a los musulmanes en los Estados Unidos.

END

CONTACT: CAIR-MN Executive Director Jaylani Hussein, 612-406-0070, jhussein@cair.com; CAIR National Communications Director Ibrahim Hooper, 202-744-7726, ihooper@cair.com

Share this:

| f Facebook | X Twitter | in Linkedin | WhatsApp | Reddit | Copy Link |

TOP

**WASH. POST: Minn. officer who shot Daunte Wright apparently meant to use Taser but accidentally fired gun, police chief says**

https://www.unionleader.com/news/courts/minn-officer-who-shot-daunte-wright-apparently-meant-to-use-taser-but-accidentally-fired-gun/article_d4772ee8-d7b2-585d-8369-b3e5f8113064.html

**'This is murder': Outrage builds over death of Daunte Wright in traffic stop; police chief says officer intended to use Taser**

https://www.usatoday.com/story/news/nation/2021/04/12/daunte-wright-police-shooting-near-minneapolis-protest-what-to-know/7185768002/

CAIR's mission is to protect civil rights, enhance understanding of Islam, promote justice, and empower American Muslims.

La misión de CAIR es proteger las libertades civiles, mejorar la comprensión del Islam, promover la justicia, y empoderar a los musulmanes en los Estados Unidos.

END

CONTACT: CAIR-MN Executive Director Jaylani Hussein, 612-406-0070, jhussein@cair.com; CAIR National Communications Director Ibrahim Hooper, 202-744-7726, ihooper@cair.com

Share this:

| f Facebook | 𝕏 Twitter | in Linkedin | WhatsApp | Reddit | 🔗 Copy Link |

**CONTACT INFO**

453 New Jersey Avenue, SE
Washington, DC 20003

Tel: (202) 488-8787

Fax: (202) 488-0833

www.cair.com

More contact info

**ABOUT US**

Vision, Mission, Core Principles

CAIR at a Glance

CAIR: Who We Are

National Board of Directors

Department Directors

Annual Reports and Financials

Endorsements, Awards, Recognitions

CAIR Chapters

Dispelling Rumors About CAIR

Working with Law Enforcement

**NEWS & MEDIA**

Media Contacts

Press Releases

Op-eds

Bookable Speakers

Videos

Media Research

CAIR Logos

Photos

**GET INVOLVED**

Careers

Intern

Volunteer

Events

Become an Ally

Use Your Voice

**RESOURCES**

Know Your Rights

Civil Rights Reports

Ways to Give

Guides and toolkits

Guides to Muslim Religious Practices

Book a CAIR Workshop

Request a Speaker

Register to Vote

Government Affairs Reports

**TAKE ACTION**

Report an incident

Action Alerts

Privacy Policy    Legal    Volunteer    Join our Email List    Events    Contact Us

© 2025 Council on American-Islamic Relations.

Website designed by INTELLIPLANS

# **<u>EXHIBIT L11</u>**

Gaza Crisis    Download "Know Your Rights" Guides



HOME    ABOUT US ▾    NEWS & MEDIA ▾    GET INVOLVED ▾    RESOURCES ▾

CONTACT US ▾

$ DONATE

# CAIR Press Releases

Share this:

Facebook    Twitter    Linkedin    WhatsApp    Reddit    Copy Link

## CAIR-MN to Respond to St. Paul Mosque Vandalism, Call for Info From Community



Ibrahim Hooper    May 22, 2022    10:11 pm

**(MINNEAPOLIS, MN, 5/22/22) – On Monday, May 23,** the Minnesota chapter of the Council on American-Islamic Relations (CAIR-MN) will hold a media availability to respond to vandalism targeting a St. Paul mosque and to seek the community's help in apprehending the alleged perpetrator.

Dawah Mosque (Masjid Dawah) vandalized early Saturday morning. A white male suspect is seen on security cameras of the mosque breaking and entering, damaging doors and stealing construction equipment. Estimates of equipment stolen are over $20,000.

St Paul police are investigating and say there is no clear indication of a bias motive for the incident. They and CAIR-MN are asking for help from community to report any information about the incident.

**Video: Minnesota Mosque Vandalized**



Video: Minnesota Mosque Vandalized

Share

## Latest Press Releases



**CAIR Welcomes Arrest of Va. Man with Largest Cache of IEDs Ever Seized By FBI**

January 2, 2025  •  Press Releases

**CAIR Joins New Orleans Muslim Community in Mourning Victims of Bourbon Street Attack, Denouncing Daesh**

January 2, 2025  •  Press Releases

**CAIR in the News, January 2, 2025**

January 2, 2025  •  Press Releases

**CAIR Says U.N. Report Condemning Israel's Destruction of Gaza Healthcare System is Further Evidence of Genocide**

December 31, 2024  •  Press Releases

**CAIR Welcomes Transfer of Guantanamo Prisoner to Tunisia, Repeats Call for Facility's Closure**

December 31, 2024  •  Press Releases

**Video: CAIR-WA Calls for Hate Crime Probe of Vandalism Targeting Kent Mosque**

December 31, 2024  •  Press Releases



PHOTO OF ALLEGED VANDAL.

**WHAT:** Community Response to St. Paul Mosque Vandalism

**WHEN: Monday, May 23, Noon-1 p.m.**
**WHERE:** Outside Dawah Mosque, 605 Fairview Ave N, St Paul MN 55104

**CONTACT:** CAIR-MN Executive Director Jaylani Hussein, 612-406-0070, jhussein@cair.com; CAIR National Communications Director Ibrahim Hooper, 202-744-7726, ihooper@cair.com

CAIR has responded to a number of recent incidents targeting mosques nationwide.

**Video: CAIR-Connecticut Seeks Public's Help in Identifying Mosque Vandal**



**Video: CAIR-Oregon Condemns Attempted Mosque Arson, Urges Community Support**



Document title: CAIR-MN to Respond to St. Paul Mosque Vandalism, Call for Info From Community
Capture URL: https://www.cair.com/press_releases/cair-mn-to-respond-to-st-paul-mosque-vandalism-call-for-info-from-community/
Capture timestamp (UTC): Thu, 02 Jan 2025 19:28:29 GMT



**Video: CAIR Calls for Hate Crime Probe of Va. Mosque Vandalism**



Last month, CAIR-MN joined other faith and community to respond to sentencing in the 2017 bombing of Dar Al Farooq Islamic Center.

Washington, D.C., based CAIR is also urging houses of worship to take extra security precautions using CAIR "**Best Practices for Mosque and Community Safety**" booklet. The advice in CAIR's security publication is applicable to religious institutions of all faiths.

The booklet may be viewed at: https://www.cair.com/mosque-and-community-safety/

CAIR is America's largest Muslim civil liberties and advocacy organization. Its mission is to enhance understanding of Islam, protect civil rights, promote justice, and empower American Muslims.

La misión de CAIR es proteger las libertades civiles, mejorar la comprensión del Islam, promover la justicia, y empoderar a los musulmanes en los Estados Unidos.

**END**

**CONTACT:** CAIR-MN Executive Director Jaylani Hussein, 612-206-3360, jhussein@cair.com

Share this:

| Facebook | Twitter | Linkedin | WhatsApp | Reddit | Copy Link |
|----------|---------|----------|----------|--------|-----------|

▲
TOP

CONTACT INFO     ABOUT US     NEWS & MEDIA     GET INVOLVED     RESOURCES     TAKE ACTION



Last month, CAIR-MN joined other faith and community to respond to sentencing in the 2017 bombing of Dar Al Farooq Islamic Center.

Washington, D.C. based CAIR is also urging houses of worship to take extra security precautions using CAIR "**Best Practices for Mosque and Community Safety**" booklet. The advice in CAIR's security publication is applicable to religious institutions of all faiths.

The booklet may be viewed at: https://www.cair.com/mosque-and-community-safety/

CAIR is America's largest Muslim civil liberties and advocacy organization. Its mission is to enhance understanding of Islam, protect civil rights, promote justice, and empower American Muslims.

La misión de CAIR es proteger las libertades civiles, mejorar la comprensión del Islam, promover la justicia, y empoderar a los musulmanes en los Estados Unidos.

**END**

**CONTACT:** CAIR-MN Executive Director Jaylani Hussein, 612-206-3360, jhussein@cair.com

Share this:

| Facebook | Twitter | LinkedIn | WhatsApp | Reddit | Copy Link |



## CONTACT INFO

453 New Jersey Avenue, SE
Washington, DC 20003

Tel: (202) 488-8787

Fax: (202) 488-0833

www.cair.com

More contact info

## ABOUT US

Vision, Mission, Core Principles

CAIR at a Glance

CAIR: Who We Are

National Board of Directors

Department Directors

Annual Reports and Financials

Endorsements, Awards, Recognitions

CAIR Chapters

Dispelling Rumors About CAIR

Working with Law Enforcement

## NEWS & MEDIA

Media Contacts

Press Releases

Op-eds

Bookable Speakers

Videos

Media Research

CAIR Logos

Photos

## GET INVOLVED

Careers

Intern

Volunteer

Events

Become an Ally

Use Your Voice

## RESOURCES

Know Your Rights

Civil Rights Reports

Ways to Give

Guides and toolkits

Guides to Muslim Religious Practices

Book a CAIR Workshop

Request a Speaker

Register to Vote

Government Affairs Reports

## TAKE ACTION

Report an incident

Action Alerts

Privacy Policy    Legal    Volunteer    Join our Email List    Events    Contact Us

© 2025 Council on American-Islamic Relations.    Website designed by INTELLIPLANS

Document title: CAIR-MN to Respond to St. Paul Mosque Vandalism, Call for Info From Community
Capture URL: https://www.cair.com/press_releases/cair-mn-to-respond-to-st-paul-mosque-vandalism-call-for-info-from-community/
Capture timestamp (UTC): Thu, 02 Jan 2025 19:28:29 GMT

# **<u>EXHIBIT L12</u>**



HOME     ABOUT US ⌄     NEWS & MEDIA ⌄     GET INVOLVED ⌄     RESOURCES ⌄

CONTACT US ⌄

  

**$ DONATE**

🔍

# CAIR Press Releases

Share this:

| f Facebook | X Twitter | in Linkedin | WhatsApp | Reddit | 🔗 Copy Link |

## CAIR-Minnesota Calls for Firing of Minneapolis Police Officer Who Shared White Supremacist Threats Against Cedar Riverside Neighborhood



CITYPAGES.COM
**Minneapolis police officer urges looting of Cedar-Riverside, arresting press | City Pages**
Update: MPD spokesman John Elder responded to City Pages on Saturday, saying, "Thank you for bringing this to our attention. This does not meet the…

👤 Ibrahim Hooper     🕐 June 9, 2020     🕐 3:41 pm

**(MINNEAPOLIS, MN, 6/9/20)** - The Minnesota chapter of the Council on American-Islamic Relations (CAIR-Minnesota) today called for the firing of Minneapolis Police Officer David Peña, who shared white supremacist threats against the predominately Muslim neighborhood of Cedar Riverside.

Officer Peña posted multiple racists posts, including one that has been shared by white supremacists targeting the predominately immigrant Muslim neighborhood. Those posts called for burning and looting of homes in the Cedar Riverside area.

**SEE: Minneapolis police officer urges looting of Cedar-Riverside, arresting press**

http://www.citypages.com/news/minneapolis-police-officer-urges-looting-of-cedar-riverside-arresting-press/571046391

"Officers promoting white supremacist threats and violence against communities of color should be disciplined swiftly through official action up to and including termination," **said, Jaylani Hussein, CAIR-Minnesota executive director.** "The actions of this officer were dangerous could have cost the lives of law-abiding citizens."

Hussein also called for an investigation of reports that law enforcement agencies officers knifed the tires of vehicles in at least two locations during the recent anti-racist protests in Minneapolis.

**SEE: Officers slashed tires on vehicles parked amid Minneapolis protests, unrest**

https://www.startribune.com/officers-slashed-tires-on-vehicles-parked-during-mpls



## Latest Press Releases

**CAIR Welcomes Arrest of Va. Man with Largest Cache of IEDs Ever Seized By FBI**
January 2, 2025  •  Press Releases

**CAIR Joins New Orleans Muslim Community in Mourning Victims of Bourbon Street Attack, Denouncing Daesh**
January 2, 2025  •  Press Releases

**CAIR in the News, January 2, 2025**
January 2, 2025  •  Press Releases

**CAIR Says U.N. Report Condemning Israel's Destruction of Gaza Healthcare System is Further Evidence of Genocide**
December 31, 2024  •  Press Releases

**CAIR Welcomes Transfer of Guantanamo Prisoner to Tunisia, Repeats Call for Facility's Closure**
December 31, 2024  •  Press Releases

**Video: CAIR-WA Calls for Hate Crime Probe of Vandalism Targeting Kent Mosque**
December 31, 2024  •  Press Releases

Hussein also called for an investigation of reports that law enforcement agencies officers knifed tires of numerous vehicles at several locations during the recent anti-racist protests in Minneapolis.

**SEE: Officers slashed tires on vehicles parked amid Minneapolis protests, unrest**

https://www.startribune.com/officers-slashed-tires-on-vehicles-parked-during-mpls-protests-unrest/571105692/

Yesterday, CAIR-Minnesota joined a collation of other civil rights organizations for a news conference in Minneapolis to outline specific recommendations from the community to address police brutality, misconduct and abuse of authority.

**Video: CAIR-MN Joins Civil Rights Coalition in Offering Recommendations to Address Police Brutality**



CAIR's mission is to protect civil rights, enhance understanding of Islam, promote justice, and empower American Muslims.

La misión de CAIR es proteger las libertades civiles, mejorar la comprensión del Islam, promover la justicia, y empoderar a los musulmanes en los Estados Unidos.

END

CONTACT: CAIR-MN Executive Director Jaylani Hussein, 612-406-0070, jhussein@cair.com; CAIR National Communications Director Ibrahim Hooper, 202-744-7726, ihooper@cair.com

Share this:

Facebook   Twitter   Linkedin   WhatsApp   Reddit   Copy Link

---

**CONTACT INFO**

453 New Jersey Avenue, SE
Washington, DC 20003

Tel: (202) 488-8787

Fax: (202) 488-0833

www.cair.com

**ABOUT US**

Vision, Mission, Core Principles

CAIR at a Glance

CAIR: Who We Are

National Board of Directors

Department Directors

Annual Reports and

**NEWS & MEDIA**

Media Contacts

Press Releases

Op-eds

Bookable Speakers

Videos

Media Research

CAIR Logos

**GET INVOLVED**

Careers

Intern

Volunteer

Events

Become an Ally

Use Your Voice

**RESOURCES**

Know Your Rights

Civil Rights Reports

Ways to Give

Guides and toolkits

Guides to Muslim Religious Practices

Book a CAIR Workshop

**TAKE ACTION**

Report an incident

Action Alerts

TOP

Document title: CAIR-Minnesota Calls for Firing of Minneapolis Police Officer Who Shared White Supremacist Threats Against Cedar Riverside Neighborhood
Capture URL: https://www.cair.com/press_releases/cair-minnesota-calls-for-firing-of-minneapolis-police-officer-who-shared-white-supremacist-threats-against-cedar-…
Capture timestamp (UTC): Thu, 02 Jan 2025 19:29:22 GMT
Page 2 of 3



CAIR's mission is to protect civil rights, enhance understanding of Islam, promote justice, and empower American Muslims.

La misión de CAIR es proteger las libertades civiles, mejorar la comprensión del Islam, promover la justicia, y empoderar a los musulmanes en los Estados Unidos.

END

CONTACT: CAIR-MN Executive Director Jaylani Hussein, 612-406-0070, jhussein@cair.com; CAIR National Communications Director Ibrahim Hooper, 202-744-7726, ihooper@cair.com

Share this:



# EXHIBIT L13

Gaza Crisis   Download 'Know Your Rights' Guides

  



HOME   ABOUT US ▼   NEWS & MEDIA ▼   GET INVOLVED ▼   RESOURCES ▼

CONTACT US ▼

$ DONATE

# CAIR Press Releases

Share this:

Facebook | Twitter | Linkedin | WhatsApp | Reddit | Copy Link

## CAIR-Minnesota Seeks Charges for Apparent White Supremacist 'Umbrella Man' Incitement of Violence During George Floyd Protests



STARTRIBUNE.COM

**Minneapolis police say 'Umbrella Man' was a white supremacist trying to incite George Floyd rioting**

Ibrahim Hooper   July 29, 2020   2:04 pm

**(MINNEAPOLIS, MN, 7/29/20)** – The Minnesota chapter of the Council on American-Islamic Relations today (CAIR-Minnesota) today called for charges to be brought against a 32-year-old white supremacist suspected of vandalizing a Minneapolis auto parts store in the aftermath of the murder of George Floyd.

The suspected vandal, referred to as the "Umbrella Man," was seen smashing the store windows during the George Floyd murder protests. He is alleged to be a member of the Hells Angels biker gang, according to police. The suspect has been linked to an incident that occurred in Stillwater last month involving the harassment of a Muslim woman by a gang of white supremacists.

Police say the alleged vandal sparked violent riots that took place in Minneapolis and St. Paul for several days following Floyd's death. The investigation remains open and active, according to the Minneapolis Police Department.

CAIR-Minnesota condemns the vandal's actions and the white supremacist ideology of the Hell's Angels biker gang and called on city officials to hold those responsible



## Latest Press Releases

**CAIR Welcomes Arrest of Va. Man with Largest Cache of IEDs Ever Seized By FBI**
January 2, 2025   •   Press Releases

**CAIR Joins New Orleans Muslim Community in Mourning Victims of Bourbon Street Attack, Denouncing Daesh**
January 2, 2025   •   Press Releases

**CAIR in the News, January 2, 2025**
January 2, 2025   •   Press Releases

**CAIR Says U.N. Report Condemning Israel's Destruction of Gaza Healthcare System is Further Evidence of Genocide**
December 31, 2024   •   Press Releases

**CAIR Welcomes Transfer of Guantanamo Prisoner to Tunisia, Repeats Call for Facility's Closure**
December 31, 2024   •   Press Releases

**Video: CAIR-WA Calls for Hate Crime Probe of Vandalism Targeting Kent Mosque**
December 31, 2024   •   Press Releases

Police say the vandal's actions sparked a firestorm of protest in both Minneapolis and St. Paul for several days following Floyd's death. The investigation remains open and active, according to the Minneapolis Police Department.

CAIR-Minnesota condemns the vandal's actions and the white supremacist ideology of the Hell's Angels biker gang and called on city officials to hold those responsible accountable and bring justice.

**SEE: Minneapolis police say 'Umbrella Man' was a white supremacist trying to incite George Floyd rioting**

https://www.startribune.com/police-umbrella-man-was-a-white-supremacist-trying-to-incite-floyd-rioting/571932272/

"We denounce the suspected white supremacist vandal and his apparent motive of incitement," said CAIR-MN Executive Director Jaylani Hussein. "We call on city officials to join us in condemning his acts, investigate his motivation and possible associates and create the opportunity to rebuild and heal the damage to the communities that the suspected vandal targeted."

The Washington-based civil rights organization has reported an unprecedented spike in bigotry targeting American Muslims, immigrants and members of other minority groups since the election of Donald Trump as president.

CAIR and the American Muslim community are standing in solidarity with all those challenging anti-Black racism, Islamophobia, anti-Semitism, and white supremacy.

CAIR is America's largest Muslim civil liberties and advocacy organization. Its mission is to enhance understanding of Islam, protect civil rights, promote justice, and empower American Muslims.

La misión de CAIR es proteger las libertades civiles, mejorar la comprensión del Islam, promover la justicia, y empoderar a los musulmanes en los Estados Unidos.

END

CONTACT: CAIR-MN Executive Director Jaylani Hussein, 612-406-0070, jhussein@cair.com; CAIR National Communications Director Ibrahim Hooper, 202-744-7726, ihooper@cair.com

Share this:

| Facebook | Twitter | Linkedin | WhatsApp | Reddit | Copy Link |

## CONTACT INFO

453 New Jersey Avenue, SE
Washington, DC 20003

Tel: (202) 488-8787

Fax: (202) 488-0833

www.cair.com

More contact info

## ABOUT US

Vision, Mission, Core Principles

CAIR at a Glance

CAIR: Who We Are

National Board of Directors

Department Directors

Annual Reports and Financials

Endorsements, Awards, Recognitions

CAIR Chapters

## NEWS & MEDIA

Media Contacts

Press Releases

Op-eds

Bookable Speakers

Videos

Media Research

CAIR Logos

Photos

## GET INVOLVED

Careers

Intern

Volunteer

Events

Become an Ally

Use Your Voice

## RESOURCES

Know Your Rights

Civil Rights Reports

Ways to Give

Guides and toolkits

Guides to Muslim Religious Practices

Book a CAIR Workshop

Request a Speaker

Register to Vote

Government Affairs Reports

## TAKE ACTION

Report an incident

Action Alerts

^ TOP

"We denounce the suspected white supremacist vandal and his apparent motive of incitement," said CAIR-MN Executive Director Jaylani Hussein. "We call on city officials to join us in condemning his acts, investigate his motivation and possible associates and create the opportunity to rebuild and heal the damage to the communities that the suspected vandal targeted."

The Washington-based civil rights organization has reported an unprecedented spike in bigotry targeting American Muslims, immigrants and members of other minority groups since the election of Donald Trump as president.

CAIR and the American Muslim community are standing in solidarity with all those challenging anti-Black racism, Islamophobia, anti-Semitism, and white supremacy.

CAIR is America's largest Muslim civil liberties and advocacy organization. Its mission is to enhance understanding of Islam, protect civil rights, promote justice, and empower American Muslims.

La misión de CAIR es proteger las libertades civiles, mejorar la comprensión del Islam, promover la justicia, y empoderar a los musulmanes en los Estados Unidos.

END

CONTACT: CAIR-MN Executive Director Jaylani Hussein, 612-406-0070, jhussein@cair.com; CAIR National Communications Director Ibrahim Hooper, 202-744-7726, ihooper@cair.com

Share this:

Facebook    Twitter    LinkedIn    WhatsApp    Reddit    Copy Link



## CONTACT INFO

453 New Jersey Avenue, SE
Washington, DC 20003

Tel: (202) 488-8787

Fax: (202) 488-0833

www.cair.com

More contact info

## ABOUT US

Vision, Mission, Core Principles

CAIR at a Glance

CAIR: Who We Are

National Board of Directors

Department Directors

Annual Reports and Financials

Endorsements, Awards, Recognitions

CAIR Chapters

Dispelling Rumors About CAIR

Working with Law Enforcement

## NEWS & MEDIA

Media Contacts

Press Releases

Op-eds

Bookable Speakers

Videos

Media Research

CAIR Logos

Photos

## GET INVOLVED

Careers

Intern

Volunteer

Events

Become an Ally

Use Your Voice

## RESOURCES

Know Your Rights

Civil Rights Reports

Ways to Give

Guides and toolkits

Guides to Muslim Religious Practices

Book a CAIR Workshop

Request a Speaker

Register to Vote

Government Affairs Reports

## TAKE ACTION

Report an incident

Action Alerts

Privacy Policy    Legal    Volunteer    Join our Email List    Events    Contact Us

© 2025 Council on American-Islamic Relations.    Website designed by INTELLIPLANS

# **EXHIBIT L14**



Download "Know Your Rights" Guides


**CAIR**

HOME    ABOUT US ▾    NEWS & MEDIA ▾    GET INVOLVED ▾    RESOURCES ▾

CONTACT US ▾

**$ DONATE**

🔍

## CAIR Press Releases

Share this:

Facebook | Twitter | Linkedin | WhatsApp | Reddit | Copy Link

## CAIR, CAIR-Minnesota to Announce Lawsuit on Behalf of Jacob Letourneau-Elsharkawy's Estate Against Chisago Lakes School District



👤 Ibrahim Hooper    🕐 September 15, 2020    🕐 8:26 pm

**(MINNEAPOLIS, MN, 9/15/20) –** On **Wednesday September 16**, the Minnesota chapter of the Council on American-Islamic Relations (CAIR-Minnesota) and the CAIR National Legal Defense Fund (CAIR LDF) will hold a press conference in Minneapolis, Minn., to announce the filing of a federal lawsuit on behalf of Jacob Letourneau-Elsharkawy's estate to seek justice for Jacob's family and to fight for positive changes in how Chisago Lakes School District and other schools in Minnesota address bullying.

**SEE: Family Alleges Bullying Led to Teen's Suicide**

Family Alleges Bullying Led To Teen's Suicide

**WHAT**: CAIR-Minnesota and CAIR LDF will announce a lawsuit on behalf of Jacob Letourneau-Elsharkawy's estate against Chisago Lakes School District

**WHO**: Faith El-Sharkawy (Jacob's mother) will attend with CAIR-MN and CAIR LDF

**WHEN**: Wednesday, September 16, 11:30 A.M. CT

**WHERE**: CAIR-MN Office, **2511 East Franklin, Minneapolis MN 55406**

**CONTACT**: CAIR-MN Executive Director Jaylani Hussein, 612-206-3360, jhussein@cair.com



## Latest Press Releases

**CAIR Welcomes Arrest of Va. Man with Largest Cache of IEDs Ever Seized By FBI**
January 2, 2025  •  Press Releases

**CAIR Joins New Orleans Muslim Community in Mourning Victims of Bourbon Street Attack, Denouncing Daesh**
January 2, 2025  •  Press Releases

**CAIR in the News, January 2, 2025**
January 2, 2025  •  Press Releases

**CAIR Says U.N. Report Condemning Israel's Destruction of Gaza Healthcare System is Further Evidence of Genocide**
December 31, 2024  •  Press Releases

**CAIR Welcomes Transfer of Guantanamo Prisoner to Tunisia, Repeats Call for Facility's Closure**
December 31, 2024  •  Press Releases

**Video: CAIR-WA Calls for Hate Crime Probe of Vandalism Targeting Kent Mosque**
December 31, 2024  •  Press Releases

LDF

**WHEN**: Wednesday, September 16, 11:30 A.M. CT

**WHERE**: CAIR-MN Office, 2511 East Franklin, Minneapolis MN 55406

**CONTACT**: CAIR-MN Executive Director Jaylani Hussein, 612-206-3360, jhussein@cair.com

Jacob Letourneau-Elsharkawy, a Muslim high school student with special needs, died by suicide after school officials failed to provide him with a safe and supportive educational environment.

School officials allowed Jacob to be bullied and, on occasion, perpetrated the bullying themselves. Despite years of Islamophobic and ableist bullying punctuated by episodes of violence, Chisago Lakes School District chose to look the other way. **Discrimination on the basis of disability and religion are prohibited under state and federal law.**

Jaylani Hussein, **CAIR-Minnesota's executive director**, said: "Jacob's death will haunt Minnesota for our inability to protect Muslim students from systemic violence that made his school the most dangerous place for him. With this lawsuit, we aim to protect minority students from preventable Islamophobic, bigoted, and racist bullying."

CAIR is America's largest Muslim civil liberties and advocacy organization. Its mission is to protect civil rights, enhance understanding of Islam, promote justice, and empower American Muslims.

La misión de CAIR es proteger las libertades civiles, mejorar la comprensión del Islam, promover la justicia, y empoderar a los musulmanes en los Estados Unidos.

**END**

**CONTACT**: CAIR National Communications Director Ibrahim Hooper, 202-744-7726, ihooper@cair.com; CAIR Director of Government Affairs Robert S. McCaw, 202-999-8292, rmccaw@cair.com

Share this:

| Facebook | Twitter | Linkedin | WhatsApp | Reddit | Copy Link |

---

## CONTACT INFO

453 New Jersey Avenue, SE
Washington, DC 20003

Tel: (202) 488-8787

Fax: (202) 488-0833

www.cair.com

More contact info

## ABOUT US

Vision, Mission, Core Principles

CAIR at a Glance

CAIR: Who We Are

National Board of Directors

Department Directors

Annual Reports and Financials

Endorsements, Awards, Recognitions

CAIR Chapters

Dispelling Rumors About CAIR

## NEWS & MEDIA

Media Contacts

Press Releases

Op-eds

Bookable Speakers

Videos

Media Research

CAIR Logos

Photos

## GET INVOLVED

Careers

Intern

Volunteer

Events

Become an Ally

Use Your Voice

## RESOURCES

Know Your Rights

Civil Rights Reports

Ways to Give

Guides and toolkits

Guides to Muslim Religious Practices

Book a CAIR Workshop

Request a Speaker

Register to Vote

Government Affairs Reports

## TAKE ACTION

Report an incident

Action Alerts

∧ TOP

School officials allowed Jacob to be bullied and, on occasion, perpetrated the bullying themselves. Despite years of Islamophobic and ableist bullying punctuated by episodes of violence, Chisago Lakes School District chose to look the other way. **Discrimination on the basis of disability and religion are prohibited under state and federal law.**

Jaylani Hussein, **CAIR-Minnesota's executive director**, said: "Jacob's death will haunt Minnesota for our inability to protect Muslim students from systemic violence that made his school the most dangerous place for him. With this lawsuit, we aim to protect minority students from preventable Islamophobic, bigoted, and racist bullying."

CAIR is America's largest Muslim civil liberties and advocacy organization. Its mission is to protect civil rights, enhance understanding of Islam, promote justice, and empower American Muslims.

La misión de CAIR es proteger las libertades civiles, mejorar la comprensión del Islam, promover la justicia, y empoderar a los musulmanes en los Estados Unidos.

### END

**CONTACT:** CAIR National Communications Director Ibrahim Hooper, 202-744-7726, ihooper@cair.com; CAIR Director of Government Affairs Robert S. McCaw, 202-999-8292, rmccaw@cair.com

Share this:

| Facebook | Twitter | LinkedIn | WhatsApp | Reddit | Copy Link |



### CONTACT INFO

453 New Jersey Avenue, SE
Washington, DC 20003

Tel: (202) 488-8787

Fax: (202) 488-0833

www.cair.com

More contact info

### ABOUT US

Vision, Mission, Core Principles

CAIR at a Glance

CAIR: Who We Are

National Board of Directors

Department Directors

Annual Reports and Financials

Endorsements, Awards, Recognitions

CAIR Chapters

Dispelling Rumors About CAIR

Working with Law Enforcement

### NEWS & MEDIA

Media Contacts

Press Releases

Op-eds

Bookable Speakers

Videos

Media Research

CAIR Logos

Photos

### GET INVOLVED

Careers

Intern

Volunteer

Events

Become an Ally

Use Your Voice

### RESOURCES

Know Your Rights

Civil Rights Reports

Ways to Give

Guides and toolkits

Guides to Muslim Religious Practices

Book a CAIR Workshop

Request a Speaker

Register to Vote

Government Affairs Reports

### TAKE ACTION

Report an incident

Action Alerts

Privacy Policy    Legal    Volunteer    Join our Email List    Events    Contact Us

© 2025 Council on American-Islamic Relations.    Website designed by INTELLIPLANS

# EXHIBIT L15

Gaza Crisis — Your Rights with Law Enforcement   



HOME    ABOUT US ▾    NEWS & MEDIA ▾    GET INVOLVED ▾    RESOURCES ▾

CONTACT US ▾

$
DONATE

# CAIR Press Releases

Share this:

Facebook    Twitter    Linkedin    WhatsApp    Reddit    Copy Link

## CAIR-Minnesota Calls for Arrest of Police Officers Involved in Choking Death of George Floyd in Minneapolis



BREAKING  1 HR  NBCNEWS.COM
'I can't breathe': Man dies after pleading with officer during Minneapolis arrest

Ibrahim Hooper    May 26, 2020    12:54 pm

**(MINNEAPOLIS, MN, 5/26/2020) –** The Minnesota chapter of the Council on American-Islamic Relations (CAIR-Minnesota) today called for the immediate arrest of the two Police officers involved in choking and killing George Floyd.

CAIR-Minnesota cited a video showing a white Minneapolis police officer kneeling on an African-American man's neck and ignoring the man's clear statement that he could not breathe. The man later died. FBI officials say they are investigating the incident.

Minneapolis Mayor Jacob Frey said he believes that race played a part in the incident. He said: "For five minutes, we watched a white officer press his knee into a black man's neck. Five minutes. When year hear someone calling for help, you're supposed to help. This officer failed in the most basic, human sense."

**SEE: 'I can't breathe': Man dies after pleading with officer during Minneapolis arrest**

https://www.nbcnews.com/news/us-news/man-dies-after-pleading-i-can-t-breathe-during-arrest-n1214586

**Black Man Dies After Minneapolis Police Officer Kneels On His Neck During Arrest**

https://www.bet.com/news/national/2020/05/26/black-man-dies-after-minneapolis-police-officer-kneels-on-neck.html



## Latest Press Releases

**CAIR Welcomes Arrest of Va. Man with Largest Cache of IEDs Ever Seized By FBI**
January 2, 2025  •  Press Releases

**CAIR Joins New Orleans Muslim Community in Mourning Victims of Bourbon Street Attack, Denouncing Daesh**
January 2, 2025  •  Press Releases

**CAIR in the News, January 2, 2025**
January 2, 2025  •  Press Releases

**CAIR Says U.N. Report Condemning Israel's Destruction of Gaza Healthcare System is Further Evidence of Genocide**
December 31, 2024  •  Press Releases

**CAIR Welcomes Transfer of Guantanamo Prisoner to Tunisia, Repeats Call for Facility's Closure**
December 31, 2024  •  Press Releases

**Video: CAIR-WA Calls for Hate Crime Probe of Vandalism Targeting Kent Mosque**
December 31, 2024  •  Press Releases

**Black Man Dies After Minneapolis Police Officer Kneels On His Neck During Arrest**

https://www.bet.com/news/national/2020/05/26/black-man-dies-after-minneapolis-police-officer-kneels-on-neck.html

**FBI, BCA investigating in-custody death of man in south Minneapolis**

https://www.startribune.com/man-dies-in-mpls-after-video-shows-officer-kneeling-on-neck/570763352/

"We are shocked and saddened to the core after watching George Floyd die," said **Jaylani Hussein, executive director of CAIR-Minnesota.** "It's a dark day in Minneapolis to see an innocent man plead for his life and be choked to death by those who are supposed to protect and serve."

Hussein added that there is enough video evidence that the officers involved in this case be immediately arrested pending appropriate charges.

CAIR is America's largest Muslim civil liberties and advocacy organization. Its mission is to enhance understanding of Islam, protect civil rights, promote justice, and empower American Muslims.

La misión de CAIR es proteger las libertades civiles, mejorar la comprensión del Islam, promover la justicia, y empoderar a los musulmanes en los Estados Unidos.

END

CONTACT: CAIR-MN Executive Director Jaylani Hussein, 612-406-0070, CAIR National Communications Coordinator Ayan Ajeen, 202-774-0770, aajeen@cair.com; CAIR National Communications Director Ibrahim Hooper, 202-744-7726, ihooper@cair.com

Share this:

| Facebook | Twitter | Linkedin | WhatsApp | Reddit | Copy Link |

## CONTACT INFO

453 New Jersey Avenue, SE
Washington, DC 20003

Tel: (202) 488-8787

Fax: (202) 488-0833

www.cair.com

More contact info

## ABOUT US

Vision, Mission, Core Principles

CAIR at a Glance

CAIR: Who We Are

National Board of Directors

Department Directors

Annual Reports and Financials

Endorsements, Awards, Recognitions

CAIR Chapters

Dispelling Rumors About CAIR

Working with Law Enforcement

## NEWS & MEDIA

Media Contacts

Press Releases

Op-eds

Bookable Speakers

Videos

Media Research

CAIR Logos

Photos

## GET INVOLVED

Careers

Intern

Volunteer

Events

Become an Ally

Use Your Voice

## RESOURCES

Know Your Rights

Civil Rights Reports

Ways to Give

Guides and toolkits

Guides to Muslim Religious Practices

Book a CAIR Workshop

Request a Speaker

Register to Vote

Government Affairs Reports

## TAKE ACTION

Report an incident

Action Alerts

^
TOP

Document title: CAIR-Minnesota Calls for Arrest of Police Officers Involved in Choking Death of George Floyd in Minneapolis
Capture URL: https://www.cair.com/press_releases/cair-minnesota-calls-for-arrest-of-police-officers-involved-in-choking-death-of-george-floyd-in-minneapolis/
Capture timestamp (UTC): Thu, 02 Jan 2025 19:35:01 GMT

police-officer-kneels-on-neck].html]

**FBI, BCA investigating in-custody death of man in south Minneapolis**

https://www.startribune.com/man-dies-in-mpls-after-video-shows-officer-kneeling-on-neck/570763352/

"We are shocked and saddened to the core after watching George Floyd die," said **Jaylani Hussein, executive director of CAIR-Minnesota.** "It's a dark day in Minneapolis to see an innocent man plead for his life and be choked to death by those who are supposed to protect and serve."

Hussein added that there is enough video evidence that the officers involved in this case be immediately arrested pending appropriate charges.

CAIR is America's largest Muslim civil liberties and advocacy organization. Its mission is to enhance understanding of Islam, protect civil rights, promote justice, and empower American Muslims.

La misión de CAIR es proteger las libertades civiles, mejorar la comprensión del Islam, promover la justicia, y empoderar a los musulmanes en los Estados Unidos.

END

CONTACT: CAIR-MN Executive Director Jaylani Hussein, 612-406-0070, CAIR National Communications Coordinator Ayan Ajeen, 202-774-0770, aajeen@cair.com; CAIR National Communications Director Ibrahim Hooper, 202-744-7726, ihooper@cair.com

Share this:

Facebook  Twitter  LinkedIn  WhatsApp  Reddit  Copy Link



**CONTACT INFO**

453 New Jersey Avenue, SE
Washington, DC 20003

Tel: (202) 488-8787

Fax: (202) 488-0833

www.cair.com

More contact info

**ABOUT US**

Vision, Mission, Core Principles

CAIR at a Glance

CAIR: Who We Are

National Board of Directors

Department Directors

Annual Reports and Financials

Endorsements, Awards, Recognitions

CAIR Chapters

Dispelling Rumors About CAIR

Working with Law Enforcement

**NEWS & MEDIA**

Media Contacts

Press Releases

Op-eds

Bookable Speakers

Videos

Media Research

CAIR Logos

Photos

**GET INVOLVED**

Careers

Intern

Volunteer

Events

Become an Ally

Use Your Voice

**RESOURCES**

Know Your Rights

Civil Rights Reports

Ways to Give

Guides and toolkits

Guides to Muslim Religious Practices

Book a CAIR Workshop

Request a Speaker

Register to Vote

Government Affairs Reports

**TAKE ACTION**

Report an incident

Action Alerts

Privacy Policy    Legal    Volunteer    Join our Email List    Events    Contact Us

© 2025 Council on American-Islamic Relations.    Website designed by INTELLIPLANS

# EXHIBIT L16

Gaza Crisis   

Download "Know Your Rights" Guides

 CAIR

HOME     ABOUT US ▼     NEWS & MEDIA ▼     GET INVOLVED ▼     RESOURCES ▼

CONTACT US ▼

$ DONATE

🔍

# CAIR Press Releases

Share this: 

| 🄵 Facebook | 🕱 Twitter | 🄻 Linkedin | 🟢 WhatsApp | 🔴 Reddit | 🔗 Copy Link |

## CAIR-Minnesota Condemns Nazi-Swastika Mask Incident in Southwestern Minnesota



STARTRIBUNE.COM
**Couple flaunt swastika face masks at southwestern Minnesota Walmart**

👤 Ibrahim Hooper     🕐 July 26, 2020     🕐 8:42 pm

**(MINNEAPOLIS, MN, 7/26/20) –** The Minnesota chapter of the Council on American-Islamic Relations today (CAIR-Minnesota) tonight condemned an incident in Marshall, Minn., in which two Walmart shoppers wore Nazi swastikas on their face masks.

CAIR-MN denounced the couple's offensive actions and called on Walmart and public officials to repudiate the hate represented by the customers' actions.

On Saturday, police officers were called to the Marshall Walmart in response to a report that two shoppers were wearing masks depicting Nazi swastikas. Other customers confronted the couple, and one shopper posted a video of the interaction on Facebook. Law enforcement authorities served the swastika-wearing couple trespass notices and they departed without charges being brought against them.

**SEE: Couple flaunt swastika face masks at southwestern Minnesota Walmart**

https://www.startribune.com/couple-flaunts-swastika-facemasks-at-marshall-walmart/571909142/?refresh=true

"We denounce this hate symbol and all hate speech targeting the Jewish community and stand in solidarity with those impacted by the bigotry these individuals displayed," said **CAIR-MN Executive Director Jaylani Hussein.** "All Americans must work to dismantle the systemic racism that continues to target minority communities."

## Latest Press Releases



**CAIR Welcomes Arrest of Va. Man with Largest Cache of IEDs Ever Seized By FBI**
January 2, 2025   •   Press Releases

**CAIR Joins New Orleans Muslim Community in Mourning Victims of Gaza Healthcare System, Denouncing Daesh**
January 2, 2025   •   Press Releases

**CAIR in the News, January 2, 2025**
January 2, 2025   •   Press Releases

**CAIR Says U.N. Report Condemning Israel's Destruction of Gaza Healthcare System is Further Evidence of Genocide**
December 31, 2024   •   Press Releases

**CAIR Welcomes Transfer of Guantanamo Prisoner to Tunisia, Repeats Call for Facility's Closure**
December 31, 2024   •   Press Releases

**Video: CAIR-WA Calls for Hate Crime Probe of Vandalism Targeting Kent Mosque**
December 31, 2024   •   Press Releases

"We denounce this hate symbol and all hate speech targeting the Jewish community and stand in solidarity with those impacted by the bigotry these individuals displayed," said **CAIR-MN Executive Director Jaylani Hussein**. "All Americans must work to dismantle the systemic racism that continues to target minority communities."

The Washington-based civil rights organization has reported an unprecedented spike in bigotry targeting American Muslims, immigrants and members of other minority groups since the election of Donald Trump as president.

**SEE: CAIR-LA Denounces Racist Confrontation Involving Nazi Salute in Torrance**

### CAIR-LA Denounces Racist Confrontation Involving Nazi Salute in Torrance

 (LOS ANGELES, CA – 7/24/2020) – The Greater Los Angeles Area office of the Council on American-Islamic Relations (CAIR-LA), part of the nation's largest Muslim civil rights and advocacy organization, today denounced an alleged hate crime at a stoplight in Torrance during which two people were the targets of a racist rant. According to KTLA/5, Itzel …
Continue reading



**CAIR Condemns Trump for Retweeting Anti-Muslim Bigot's Attack on Biden Outreach to American Muslims**

### CAIR Condemns Trump for Retweeting Anti-Muslim Bigot's Attack on Biden Outreach to American Muslims

 (WASHINGTON, D.C., 7/23/20) – The Council on American-Islamic Relations (CAIR), the nation's largest Muslim civil rights and advocacy organization, today condemned President Trump's decision to retweet an anti-Muslim bigot critical of former vice president Joe Biden for engaging in outreach to American Muslim voters and pledging to end the Muslim Ban. Trump retweeted a July 21st post by … Continue reading



CAIR and the American Muslim community are standing in solidarity with all those challenging anti-Black racism, Islamophobia, anti-Semitism, and white supremacy.

**Video: CAIR Director Nihad Awad Speaks at Unveiling of Black Lives Matter Banner**



TOP

---

Document title: CAIR-Minnesota Condemns Nazi-Swastika Mask Incident in Southwestern Minnesota
Capture URL: https://www.cair.com/press_releases/cair-minnesota-condemns-nazi-swastika-mask-incident-in-southwestern-minnesota/
Capture timestamp (UTC): Thu, 02 Jan 2025 19:35:40 GMT



CAIR is America's largest Muslim civil liberties and advocacy organization. Its mission is to enhance understanding of Islam, protect civil rights, promote justice, and empower American Muslims.

La misión de CAIR es proteger las libertades civiles, mejorar la comprensión del Islam, promover la justicia, y empoderar a los musulmanes en los Estados Unidos.

**END**

**CONTACT:** CAIR-MN Executive Director Jaylani Hussein, 612-406-0070, jhussein@cair.com; CAIR National Communications Director Ibrahim Hooper, 202-744-7726, ihooper@cair.com

Share this:

Facebook  Twitter  Linkedin  WhatsApp  Reddit  Copy Link



### CONTACT INFO

453 New Jersey Avenue, SE
Washington, DC 20003

Tel: (202) 488-8787

Fax: (202) 488-0833

www.cair.com

More contact info

### ABOUT US

Vision, Mission, Core Principles

CAIR at a Glance

CAIR: Who We Are

National Board of Directors

Department Directors

Annual Reports and Financials

Endorsements, Awards, Recognitions

CAIR Chapters

Dispelling Rumors About CAIR

Working with Law Enforcement

### NEWS & MEDIA

Media Contacts

Press Releases

Op-eds

Bookable Speakers

Videos

Media Research

CAIR Logos

Photos

### GET INVOLVED

Careers

Intern

Volunteer

Events

Become an Ally

Use Your Voice

### RESOURCES

Know Your Rights

Civil Rights Reports

Ways to Give

Guides and toolkits

Guides to Muslim Religious Practices

Book a CAIR Workshop

Request a Speaker

Register to Vote

Government Affairs Reports

### TAKE ACTION

Report an incident

Action Alerts

Privacy Policy   Legal   Volunteer   Join our Email List   Events   Contact Us

© 2025 Council on American-Islamic Relations.

Website designed by INTELLIPLANS

Document title: CAIR-Minnesota Condemns Nazi-Swastika Mask Incident in Southwestern Minnesota
Capture URL: https://www.cair.com/press_releases/cair-minnesota-condemns-nazi-swastika-mask-incident-in-southwestern-minnesota/
Capture timestamp (UTC): Thu, 02 Jan 2025 19:35:40 GMT

# EXHIBIT L17

  

 **CAIR**

HOME   ABOUT US ▾   NEWS & MEDIA ▾   GET INVOLVED ▾   RESOURCES ▾

CONTACT US ▾

**$ DONATE**

🔍

# CAIR Press Releases

Share this:

Facebook   Twitter   Linkedin   WhatsApp   Reddit   Copy Link

## CAIR Condemns Police Violence Against Protesters, Media and Bystanders Amid National Unrest



SLATE.COM
**Police Erupt in Violence Nationwide**
From New York to Los Angeles, police officers escalated the national unrest.

Ibrahim Hooper   🕐 May 31, 2020   🕐 11:40 am

CAIR-Minnesota to join coalition news conference on media coverage of protests, rally to demand arrest of all officers

**(WASHINGTON, DC, 5/31/2020) –** The Council on American-Islamic Relations, the nation's largest Muslim civil rights and advocacy organization, today condemned numerous incidents of police brutality that have occurred during nationwide protests sparked by George Floyd's murder in Minneapolis, Minn.

**SEE:** Police Erupt in Violence Nationwide

**SEE ALSO:** Journalists Detail Being Hit By Rubber Bullets, Attacked While Covering Nationwide Protests

NYPD Officer Rams into Crowd of George Floyd Protesters in Brooklyn

In a statement, **CAIR National Deputy Director Edward Ahmed Mitchell** said:

*"Engaging in police brutality at a protest against police brutality is a surefire way to escalate the unrest occurring on streets across our nation. The imposition of a curfew does not give any police officer free reign to gas, beat, shoot rubber bullets at, or otherwise attack protesters and journalists.*

*"Although we are not surprised to see that extremists and infiltrators continue to use peaceful protests as an opportunity to engage in violence, we expect and demand better from the law enforcement officers sworn to serve and protect their communities."*



## Latest Press Releases

**CAIR Welcomes Arrest of Va. Man with Largest Cache of IEDs Ever Seized By FBI**
January 2, 2025 • Press Releases

**CAIR Joins New Orleans Muslim Community in Mourning Victims of Bourbon Street Attack, Denouncing Daesh**
January 2, 2025 • Press Releases

**CAIR in the News, January 2, 2025**
January 2, 2025 • Press Releases

**CAIR Says U.N. Report Condemning Israel's Destruction of Gaza Healthcare System is Further Evidence of Genocide**
December 31, 2024 • Press Releases

**CAIR Welcomes Transfer of Guantanamo Prisoner to Tunisia, Repeats Call for Facility's Closure**
December 31, 2024 • Press Releases

**Video: CAIR-WA Calls for Hate Crime Probe of Vandalism Targeting Kent Mosque**
December 31, 2024 • Press Releases

does not give any police officer free reign to gas, beat, shoot rubber bullets at, or otherwise attack peaceful protestors."

"Although we are not surprised to see that extremists and infiltrators continue to use peaceful protests as an opportunity to engage in violence, we expect and demand better from the law enforcement officers sworn to serve and protect their communities."

[**MEDIA ADVISORY: Later today**, CAIR's Minnesota chapter and coalition partners will take part in a noon news conference at the State Capitol to discuss media coverage and official statements on the protests.

**WHAT: Coalition News Conference on Media Coverage of Protests**

**WHEN:** Sunday, May 31, 12 p.m.

**WHERE:** State Capitol, 75 Rev Dr Martin Luther King Jr Boulevard., St Paul, MN

On **Monday, June 1**, CAIR-Minnesota plans to take part in a rally at the Governor's Mansion to renew the demand for the arrest of all officers involved in the killing of George Floyd.

**WHAT: Rally to Call for Arrest of All Officers involved in George Floyd Killing**

**WHEN:** Monday, June 1, 4-6 p.m.

**WHERE:** Governor's Mansion, 1006 Summit Ave, St. Paul, MN

**CONTACT:** CAIR-MN Executive Director Jaylani Hussein, 612-406-0070, jhussein@cair.com; CAIR National Communications Director Ibrahim Hooper, 202-744-7726, ihooper@cair.com

Coalition organizations include **CAIR-Minnesota**, Black Lives Matter Minnesota, Black Lives Matter Twin Cities Metro, Communities United Against Police Brutality, Cop Watch Minneapolis, Minnesota Disability Justice Network, Twin Cities Coalition for Justice for Jamal, and others.]

CAIR-Minnesota has called on prosecutors in Minnesota to end the nationwide unrest by immediately arresting and charging the three other police officers involved in the death of George Floyd.

**SEE: CAIR-Minnesota Calls for Arrest of All Officers Involved in George Floyd Killing, Asks That No Bail Be Granted**

## CAIR-Minnesota Calls for Arrest of All Officers Involved in George Floyd Killing, Asks That No Bail Be Granted

 (MINNEAPOLIS, MN, 5/29/20) – – The Minnesota chapter of the Council on American-Islamic Relations (CAIR-Minnesota) today called for the arrest of all Minneapolis police officers involved in the killing of George Floyd. That demand came following the arrest of Derek Chauvin, the officer who was seen on video kneeling on the neck of George Floyd. ...
Continue reading



CAIR's Oregon chapter also issued a joint statement against the curfew in Portland.

**SEE: CAIR-Oregon and OJRC Joint-Statement Opposing Portland Curfew**

## CAIR-Oregon and OJRC Joint-Statement Opposing Portland Curfew

CAIR's Oregon chapter also issued a joint statement against the curfew in Portland.

**SEE: CAIR-Oregon and OJRC Joint-Statement Opposing Portland Curfew**



CAIR's mission is to protect civil rights, enhance understanding of Islam, promote justice, and empower American Muslims.

La misión de CAIR es proteger las libertades civiles, mejorar la comprensión del Islam, promover la justicia, y empoderar a los musulmanes en los Estados Unidos.

**END**

**CONTACT:** CAIR National Communications Director Ibrahim Hooper, 202-744-7726, ihooper@cair.com

Share this:

| Facebook | Twitter | LinkedIn | WhatsApp | Reddit | Copy Link |



### CONTACT INFO

453 New Jersey Avenue, SE
Washington, DC 20003

Tel: (202) 488-8787

Fax: (202) 488-0833

www.cair.com

More contact info

### ABOUT US

Vision, Mission, Core Principles

CAIR at a Glance

CAIR: Who We Are

National Board of Directors

Department Directors

Annual Reports and Financials

Endorsements, Awards, Recognitions

CAIR Chapters

Dispelling Rumors About CAIR

Working with Law Enforcement

### NEWS & MEDIA

Media Contacts

Press Releases

Op-eds

Bookable Speakers

Videos

Media Research

CAIR Logos

Photos

### GET INVOLVED

Careers

Intern

Volunteer

Events

Become an Ally

Use Your Voice

### RESOURCES

Know Your Rights

Civil Rights Reports

Ways to Give

Guides and toolkits

Guides to Muslim Religious Practices

Book a CAIR Workshop

Request a Speaker

Register to Vote

Government Affairs Reports

### TAKE ACTION

Report an incident

Action Alerts

Privacy Policy    Legal    Volunteer    Join our Email List    Events    Contact Us

© 2025 Council on American-Islamic Relations.    Website designed by INTELLIPLANS

# **EXHIBIT L18**

  



# CAIR

HOME    ABOUT US ▾    NEWS & MEDIA ▾    GET INVOLVED ▾    RESOURCES ▾

CONTACT US ▾

**$ DONATE**    🔍

# CAIR Press Releases

Share this:

Facebook    Twitter    Linkedin    WhatsApp    Reddit    Copy Link

## CAIR-Minnesota Calls on Stillwater Officials to Ensure Safety of Minorities After Biker Harassment of Muslim Mother and Child



CITYPAGES.COM
'Aryan Cowboy Brotherhood' bikers spotted in Stillwater, Minnesota | City Pages

👤 Ibrahim Hooper    🕐 June 29, 2020    🕐 1:39 pm

**(MINNEAPOLIS, MN, 6/29/20) –** The Minnesota chapter of the Council on American-Islamic Relations (CAIR-Minnesota) today called on public and law enforcement officials in Stillwater, Minn., to take concrete actions to ensure the safety of members of the Muslim and other minority communities after bikers allegedly harassed and intimidated a Muslim mother and her child.

Stillwater police are investigating the incident in which the Muslim mother and her four-year-old daughter were reportedly intimidated by a motorcycle gang wearing jackets that read "Aryan Cowboys." The "very visible Muslim woman" was having dinner Saturday evening in downtown Stillwater when the bikers allegedly made it clear they did not want her there and "tried to intimidate her." The Muslim mother and her daughter were escorted to her car by restaurant staff and a police officer.

**SEE:** 'Aryan Cowboy Brotherhood' bikers hung out in downtown Stillwater

http://www.citypages.com/news/aryan-cowboy-brotherhood-bikers-hung-out-in-downtown-stillwater/571541181

**Muslim Woman in Stillwater Said Bikers Made Her Uncomfortable**

https://patch.com/minnesota/stillwater/stillwater-police-investigating-aryan-cowboys-incident

**Stillwater investigating harassment complaint involving 'Aryan Cowboy' biker gang**



## Latest Press Releases

### CAIR Welcomes Arrest of Va. Man with Largest Cache of IEDs Ever Seized By FBI
January 2, 2025  •  Press Releases

### CAIR Joins New Orleans Muslim Community in Mourning Victims of Bourbon Street Attack, Denouncing Daesh
January 2, 2025  •  Press Releases

### CAIR in the News, January 2, 2025
January 2, 2025  •  Press Releases

### CAIR Says U.N. Report Condemning Israel's Destruction of Gaza Healthcare System is Further Evidence of Genocide
December 31, 2024  •  Press Releases

### CAIR Welcomes Transfer of Guantanamo Prisoner to Tunisia, Repeats Call for Facility's Closure
December 31, 2024  •  Press Releases

### Video: CAIR-WA Calls for Hate Crime Probe of Vandalism Targeting Kent Mosque
December 31, 2024  •  Press Releases

https://patch.com/minnesota/stillwater/stillwater-police-investigating-aryan-cowboys-incident

Stillwater investigating harassment complaint involving 'Aryan Cowboy' biker gang

### Stillwater investigating harassment complaint involving 'Aryan Cowboy' biker gang



Stillwater police are investigating a Muslim woman's claim that she was harassed by white supremacists in downtown Stillwater on Saturday night.Sophia Rashid, of Minneapolis, told police that she was eating dinner with her 4-year-old daughter on the outdoor patio at Leo's Grill and Malt Shop in downtown Stillwater when a group of men wearing black ... Continue reading

 Twin Cities                                        💬 0    ⤴

"We thank the restaurant staff and the police officer who sought to protect the Muslim mother and her child, but public officials must take concrete steps to ensure that this type of harassment and intimidation targeting members of minority communities does not occur in the future," said **CAIR-MN Executive Director Jaylani Hussein.**

The Washington-based civil rights organization has reported an unprecedented spike in bigotry targeting American Muslims, immigrants and members of other minority groups since the election of Donald Trump as president.

CAIR is America's largest Muslim civil liberties and advocacy organization. Its mission is to enhance understanding of Islam, protect civil rights, promote justice, and empower American Muslims.

La misión de CAIR es proteger las libertades civiles, mejorar la comprensión del Islam, promover la justicia, y empoderar a los musulmanes en los Estados Unidos.

**END**

**CONTACT:** CAIR-MN Executive Director Jaylani Hussein, 612-406-0070, jhussein@cair.com; CAIR National Communications Director Ibrahim Hooper, 202-744-7726, ihooper@cair.com

Share this:



### CONTACT INFO

453 New Jersey Avenue, SE
Washington, DC 20003

Tel: (202) 488-8787

Fax: (202) 488-0833

www.cair.com

### ABOUT US

Vision, Mission, Core Principles

CAIR at a Glance

CAIR: Who We Are

National Board of Directors

Department Directors

### NEWS & MEDIA

Media Contacts

Press Releases

Op-eds

Bookable Speakers

Videos

Media Research

CAIR Logos

### GET INVOLVED

Careers

Intern

Volunteer

Events

Become an Ally

Use Your Voice

### RESOURCES

Know Your Rights

Civil Rights Reports

Ways to Give

Guides and toolkits

Guides to Muslim Religious Practices

Book a CAIR Workshop

### TAKE ACTION

Report an incident

Action Alerts

⌃
TOP



**PP** Twin Cities    💬 0    ⤴

"We thank the restaurant staff and the police officer who sought to protect the Muslim mother and her child, but public officials must take concrete steps to ensure that this type of harassment and intimidation targeting members of minority communities does not occur in the future," said **CAIR-MN Executive Director Jaylani Hussein.**

The Washington-based civil rights organization has reported an unprecedented spike in bigotry targeting American Muslims, immigrants and members of other minority groups since the election of Donald Trump as president.

CAIR is America's largest Muslim civil liberties and advocacy organization. Its mission is to enhance understanding of Islam, protect civil rights, promote justice, and empower American Muslims.

La misión de CAIR es proteger las libertades civiles, mejorar la comprensión del Islam, promover la justicia, y empoderar a los musulmanes en los Estados Unidos.

**END**

**CONTACT:** CAIR-MN Executive Director Jaylani Hussein, 612-406-0070, jhussein@cair.com; CAIR National Communications Director Ibrahim Hooper, 202-744-7726, ihooper@cair.com

Share this:

| **f** Facebook | **𝕏** Twitter | **in** Linkedin | 🟢 WhatsApp | **Reddit** | 🔗 Copy Link |



**CONTACT INFO**

453 New Jersey Avenue, SE
Washington, DC 20003

Tel: (202) 488-8787

Fax: (202) 488-0833

www.cair.com

More contact info

**ABOUT US**

Vision, Mission, Core Principles

CAIR at a Glance

CAIR: Who We Are

National Board of Directors

Department Directors

Annual Reports and Financials

Endorsements, Awards, Recognitions

CAIR Chapters

Dispelling Rumors About CAIR

Working with Law Enforcement

**NEWS & MEDIA**

Media Contacts

Press Releases

Op-eds

Bookable Speakers

Videos

Media Research

CAIR Logos

Photos

**GET INVOLVED**

Careers

Intern

Volunteer

Events

Become an Ally

Use Your Voice

**RESOURCES**

Know Your Rights

Civil Rights Reports

Ways to Give

Guides and toolkits

Guides to Muslim Religious Practices

Book a CAIR Workshop

Request a Speaker

Register to Vote

Government Affairs Reports

**TAKE ACTION**

Report an incident

Action Alerts

Privacy Policy    Legal    Volunteer    Join our Email List    Events    Contact Us

© 2025 Council on American-Islamic Relations.    Website designed by INTELLIPLANS

TOP

Document title: CAIR-Minnesota Calls on Stillwater Officials to Ensure Safety of Minorities After Biker Harassment of Muslim Mother and Child
Capture URL: https://www.cair.com/press_releases/cair-minnesota-calls-on-stillwater-officials-to-ensure-safety-of-minorities-after-biker-harassment-of-muslim-mother-an…
Capture timestamp (UTC): Thu, 02 Jan 2025 19:38:06 GMT
Page 3 of 3