# **EXHIBIT M**

Download "Know Your Rights" Guides






# CAIR

HOME    ABOUT US ▾    NEWS & MEDIA ▾    GET INVOLVED ▾    RESOURCES ▾

CONTACT US ▾

**$ DONATE**

# CAIR Press Releases

Share this:

| Facebook | Twitter | Linkedin | WhatsApp | Reddit | Copy Link |

## CAIR-MN Calls for Resignation of Lino Lakes City Council Member Who Said Hate-Filled, Anti-Muslim Email is 'Best I have Ever Received'



Ismail Allison    August 7, 2024    2:01 pm

The Minnesota chapter of the Council on American-Islamic Relations (CAIR-MN), a chapter of the nation's largest Muslim civil rights and advocacy organization, today called for the resignation of Lino Lakes City Council Member Christopher Lyden for writing that a hate-filled, anti-Muslim email was the "best [he] ever received."

[NOTE: CAIR-MN recently condemned a vote by the Lino Lakes City Council to halt progress on the Madina Lakes project designed to provide much-needed facilities for the community, including a mosque, houses and commercial beneficials to the Lino Lakes community.]

In response to an New York Times article on the Madinah Lakes development project, an individual sent a hate-filled, anti-Muslim email to the reporter, Lyden, and CAIR National and CAIR-MN staff.

In the email, the individual said, "Islam hates us," "Islam's our declared enemy," "don't believe the lying Muslims," and referred to the Quran, Islam's revealed text, as "hate speech against Jews and Christians." He also wished Lyden "good luck halting the Muslim conquest of Minnesota" and asked him to put "the kibosh on the Muslim development."

Lyden responds: "Might be the best email I have ever received! Thank you Sir!"



## Latest Press Releases

**CAIR Welcomes Arrest of Va. Man with Largest Cache of IEDs Ever Seized By FBI**
January 2, 2025 • Press Releases

**CAIR Joins New Orleans Muslim Community in Mourning Victims of Bourbon Street Attack, Denouncing Daesh**
January 2, 2025 • Press Releases

**CAIR in the News, January 2, 2025**
January 2, 2025 • Press Releases

**CAIR Says U.N. Report Condemning Israel's Destruction of Gaza Healthcare System is Further Evidence of Genocide**
December 31, 2024 • Press Releases

**CAIR Welcomes Transfer of Guantanamo Prisoner to Tunisia, Repeats Call for Facility's Closure**
December 31, 2024 • Press Releases

**Video: CAIR-WA Calls for Hate Crime Probe of Vandalism Targeting Kent Mosque**
December 31, 2024 • Press Releases

Waqas A. donated $100 👏
Donate!

---

Document title: CAIR-MN Calls for Resignation of Lino Lakes City Council Member Who Said Hate-Filled, Anti-Muslim Email is 'Best I have Ever Received'
Capture URL: https://www.cair.com/press_releases/cair-mn-calls-for-resignation-of-lino-lakes-city-council-member-who-said-hate-filled-anti-muslim-email-is-best-i-have-...
Capture timestamp (UTC): Thu, 02 Jan 2025 19:09:53 GMT

in the email, the individual said, "Islam makes us," "Islam our declared enemy," "don't believe the lying Muslims" and referred to the Quran, Islam's revealed text, as "hate speech against Jews and Christians." He also wished Lyden "good luck halting the Muslim conquest of Minnesota" and asked him to put "the kibosh on the Muslim development."

Lyden responds: "Might be the best email I have ever received! Thank you Sir!"

In a statement, **CAIR-MN Executive Director Jaylani Hussein** said:

"Mr. Lyden gave his enthusiastic approval for a hateful, anti-Muslim screed. How can someone who endorses such views be expected to represent Muslim citizens of Lino Lakes? We urge the city council to repudiate Mr. Lyden and his anti-Muslim bigotry. We call on Mr. Lyden to resign."

Hussein noted that he believes Minnesota leads the nation in bias attack on mosques.

**SEE: [CAIR-MN Director Says Minnesota Leads the Nation in Number of Attacks Against Mosques](#) (Video)**

Earlier this year, CAIR's national office released its 2024 civil rights report, which revealed the highest number of complaints it has ever received in its 30-year history. Titled "Fatal: The Resurgence of Anti-Muslim Hate," the report documented 8,061 complaints. Nearly half of all complaints received in 2023 were reported in the final three months of the year.

**END**

**CONTACT**: CAIR-MN Director of Advocacy Osman Ahmed 612-459-0334, o-ahmed@cair.com or CAIR-Minnesota Executive Director Jaylani Hussein, 612-406-0070, jhussein@cair.com; CAIR National Deputy Director Edward Ahmed Mitchell, 404-285-9530, e-Mitchell@cair.com; CAIR National Communications Director Ibrahim Hooper, 202-744-7726, ihooper@cair.com; CAIR National Communications Manager Ismail Allison, 202-770-6280, iallison@cair.com

Share this:



Document title: CAIR-MN Calls for Resignation of Lino Lakes City Council Member Who Said Hate-Filled, Anti-Muslim Email is 'Best I have Ever Received'
Capture URL: https://www.cair.com/press_releases/cair-mn-calls-for-resignation-of-lino-lakes-city-council-member-who-said-hate-filled-anti-muslim-email-is-best-i-have-…
Capture timestamp (UTC): Thu, 02 Jan 2025 19:09:53 GMT                                                                                      Page 2 of 3

In a statement, CAIR-MN Executive Director Jaylani Hussein said:

"Mr. Lyden gave his enthusiastic approval for a hateful, anti-Muslim screed. How can someone who endorses such views be expected to represent Muslim citizens of Lino Lakes? We urge the city council to repudiate Mr. Lyden and his anti-Muslim bigotry. We call on Mr. Lyden to resign."

Hussein noted that he believes Minnesota leads the nation in bias attack on mosques.

**SEE:** [CAIR-MN Director Says Minnesota Leads the Nation in Number of Attacks Against Mosques](#) (Video)

Earlier this year, CAIR's national office released its 2024 civil rights report, which revealed the highest number of complaints it has ever received in its 30-year history. Titled "[Fatal: The Resurgence of Anti-Muslim Hate](#)," the report documented 8,061 complaints. Nearly half of all complaints received in 2023 were reported in the final three months of the year.

**END**

**CONTACT:** CAIR-MN Director of Advocacy Osman Ahmed 612-459-0334, o-ahmed@cair.com or CAIR-Minnesota Executive Director Jaylani Hussein, 612-406-0070, jhussein@cair.com; CAIR National Deputy Director Edward Ahmed Mitchell, 404-285-9530, e-Mitchell@cair.com; CAIR National Communications Director Ibrahim Hooper, 202-744-7726, ihooper@cair.com; CAIR National Communications Manager Ismail Allison, 202-770-6280, iallison@cair.com

Share this:

Facebook · Twitter · LinkedIn · WhatsApp · Reddit · Copy Link



## CONTACT INFO

453 New Jersey Avenue, SE
Washington, DC 20003

Tel: (202) 488-8787

Fax: (202) 488-0833

www.cair.com

More contact info

## ABOUT US

Vision, Mission, Core Principles

CAIR at a Glance

CAIR: Who We Are

National Board of Directors

Department Directors

Annual Reports and Financials

Endorsements, Awards, Recognitions

CAIR Chapters

Dispelling Rumors About CAIR

Working with Law Enforcement

## NEWS & MEDIA

Media Contacts

Press Releases

Op-eds

Bookable Speakers

Videos

Media Research

CAIR Logos

Photos

## GET INVOLVED

Careers

Intern

Volunteer

Events

Become an Ally

Use Your Voice

## RESOURCES

Know Your Rights

Civil Rights Reports

Ways to Give

Guides and toolkits

Guides to Muslim Religious Practices

Book a CAIR Workshop

Request a Speaker

Register to Vote

Government Affairs Reports

## TAKE ACTION

Report an incident

Action Alerts

Ali R. donated $25 🎉
Monmouth Junction, United States

Donate!

TOP

© 2025 Council on American-Islamic Relations.    Website designed by INTELLIPLANS

Pr...    ...List    Events    Contact Us