# **<u>EXHIBIT N</u>**

