# **EXHIBIT O**

1. Elections
   - Background of the candidates in folder
   - Missing two National Board members today – Manal and Tahara
2. Board Members Introductions
3. Chapter Members and Board Introductions
4. Agenda Items – reoccurring issues -
   a. CVE
   b. Stance on BDS
   c. Working with ADL
   d. LGBTQ community member
   e. Stance Gun Control
   f. International Issues
   g. Chapter Boundaries/borders (Serving community across boarder who are part of your metropolitan areas).
   h. Amending CAIR Bylaws
       i. Amending process of board members
       ii. Selection of executive committee
       iii. Services of formally incarcerated individuals -
       iv. Disability accommodation
       v. Agenda prep – provided to members in advance
   i. Proactive programing and campaigns
   j. Diversity training
   k. Affiliation Agreement –IT Policy re: access to email without probable cause & Fees and non-payment
   l. Update on New Entities and Finance
5. Updates from National
   a. Already have a position and statement on CVE – have violations of that position
   b. Already have a position on Gun Control – subject to amending
   c. Standing policy on International issues
   d. Chapter boundaries – already have something
   e. Policy and campaign – branding issue, but can do a creative project in line with the mission/vision (ex: library project)
       i. Need more discussion on the type of work we can do and
   f. Diversity training – cultural practice – nothing is written about it
   g. IT Policy – can be improved
   h. Financial approved – available, but can share it
   i. Fee payment – already have a policy, but need to have a compliance vs. non-compliance
   j. BDS – already have a position – lawsuit on 1st amendment
   k. ADL – no position - need more discussion/Development
6. Request to circulate polices to board members and chapters
   a. Including on 2013 polices that were included with the affiliation agreement
7. Voted - Agenda
   a. ADL –

- i. HISTORY: Long term Jewish organization who defended civil rights of Jewish populations, but took a stance that any criticism of Israel is anti-sematic. Have issued Anti-CAIR comments and have blocked CAIR effort. Will not meet with CAIR unless they meet ADL demands on policy.
- ii. CURRENT: New Director said he will register as Muslim if there is a Muslim registry – opening for cooperation – don't have to agree on everything, but can work on certain things. Know people there (Jacob)
    1. Comment - Not genuine – politicized, but willing to meet with them, but not compromise our position (Nihad)
    2. Not willing to sit at the table with them until they take down their Anti-CAIR website and apologize, and change their positions on policy that matter to us like (Palestine, Black Lives Matter, etc.) They are targeting and undermining rights/communities (Zahra). Should focus on working with other Jewish groups.
    3. Internal division amongst ADL (chapters vs national) – can work with them on certain issues. Can't make them change their position and policy issues, but only after they take down Anti-CAIR rhetoric
- iii. RECOMMENDATION ACTION ITEM– Nihad recommends subgroup make a recommendation about formulating a policy, including the history and demand letter that might go public (Jacob, Imran, Zahra, with Edward taking lead).
- iv. DEADLINE: July 31, 2018

  b. CVE:
    - i. Motion to create a committee on CVE – to offer recommendation, advisement, and education on CVE matter to CAIR chapters. seconded – motion passed.
  c. Gun control - motion to table, subject to policy distribution – amended to include commenting on International issues– amendment withdrawn – original seconded.
    - i. 23 for
    - ii. …………….
    - iii. Stopped process for elections.

8. Elections
    a. Discussion whether candidate present can give a statement when present if the other is not – (requirement to be present).
        - i. Decided – candidates should not be present and nominator will speak about why they nominated the candidate
        - ii. Hosam Alyoush – spoke about Haitham Abulhaija
        - iii. Abdul Basit spoke about Memoona Ghani – disclosed candidate was his sister, nominated by him and sister Tahra.
        - iv. Elections open until 2:00
        - v. Discussion about ballot, and what boxes to check
    b. CVE – done
    c. BDS – discussion on Shoura –
        - i. Suggestion - Committee lead by Imran of Arizona – to develop a living document – lawsuits are going to pop up, so need a comprehensive litigation strategy
        - ii. Suggestion– CAIR should support of BDS as it is a human rights issue

- iii. Motion to have committee (Roula) – second?
- iv. Separate motion (hosam) – Motion to support BDS
    1. Questions regarding Hosam's motion
        a. Concerns regarding whether this is an international issue
        b. Only argument against is losing partners
    2. 28 in favor, 3 oppose, 5 abstain
        a. National Board should take action on this recommendation.

9. Motion 7,8, 13, and to make this a working lunch, seconded.
    a. Decision to stay until 1:15 pm
10. Remaining items
    a. LGBTQ - Edward, John, Faizon will form a committee group to work on it
    b. Commenting on international issues – tabling because already have a policy (recommended to the board and approved a few years ago).
    c. Chapter boundaries – board will work with affected chapters (KY, OH, NY, NJ, Philadelphia, and (Kansas?)
    d. Diversity – tabled because session later today
    e. Affiliation Agreement – tabled to clarify policy and include IT – follow up with Cleveland specifically
    f. Financial status/CAIR entities – follow up and share into financial info (regular practice for the board to present info at the council meeting)
    g. Non- payment and compliance – hired a full-time staff to address – only 3 chapters who are not in compliance, and working to get them there.
    h. Policies – will send them out
    i. Amendments to bylaws - discuss with board today
    j. Separate campaign – tabled