UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lori Saroya,

    Plaintiff,

v.

CAIR Foundation, Inc,

    Defendant.

Case No. 24-cv-110 (DWF/DTS)

**ORDER**

**IT IS HEREBY ORDERED:**

1. Defendant shall produce documents in response to RFP 5 & 6 no later than close of business Friday, January 10, 2025.

2. Defendant shall also produce all non-objected to documents that have been reviewed and readied for production no later than close of business Friday, January 10, 2025.

3. Plaintiff shall produce the documents it has reviewed and readied for production no later than close of business Friday, January 10, 2025.

4. All documents produced prior to issuance of a protective order shall be restricted to outside counsel only until such time as a protective order is issued.

5. Parties shall submit an agreed protective order (or a redline of their disputed protective order) by close of business Friday, January 17, 2025.

6. Parties shall appear on February 3, 2025 prepared to discuss settlement of this case. Parties shall meet and confer in advance of this conference to candidly, respectfully and fully discuss settlement. No letters need be submitted.

7. Within one week of Judge Donovan W. Frank's ruling on the discovery appeal parties shall submit a proposed revised scheduling order.

Dated: January 7, 2025                     __s/David T. Schultz_____
                                           DAVID T. SCHULTZ
                                           U.S. Magistrate Judge