# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Lori Saroya, | Civil No. 24-110 (DWF/DTS) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| CAIR Foundation, Inc., *doing business as* Council on American-Islamic Relations and CAIR, | |
| Defendant. | |

Based upon the Joint Stipulation of Dismissal filed by the parties on March 14, 2025, (Doc. No. [88]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and on the merits, with each party to bear their own costs and attorneys' fees.

Dated: March 14, 2025         s/Donovan W. Frank
                              DONOVAN W. FRANK
                              United States District Judge